# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ELISHA JASON ALBERT<br><br>*Defendant(s)* | Case No. 1:23-MJ-183 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **08/25/2023 through 09/25/2023** in the city/county of **Haymarket** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement |

This criminal complaint is based on these facts:

See Affidavit of Federal Bureau of Investigation ("FBI") Special Agent Matthew E. Lee, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Laura Withers, AUSA
*Printed name and title*

*Complainant's signature*

Matthew E. Lee, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**telephone** *(specify reliable electronic means)*.

Date: 09/26/2023

Digitally signed by Ivan Davis
Date: 2023.09.26 13:22:29 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*