

00000255

GOVERNMENT
EXHIBIT
**5**
**1:23CR172**

GX810-000008



GX810-000009



GX810-000011



GX810-000012



GX810-000013



GX810-000014



hold on

✓ Received
9/6/2021 5:00:31 AM

**Local User <IPhone A2172>**
Wyd

↗ Sent
9/6/2021 5:01:22 AM

going downstairs

✓ Received
9/6/2021 5:01:37 AM

he isn't barking yet

✓ Received
9/6/2021 5:08:02 AM

**Local User <IPhone A2172>**
He will as soon as u open the door

↗ Sent
9/6/2021 5:08:29 AM

he's knocked out what if i go out the back door

✓ Received
9/6/2021 5:08:48 AM

**Local User <IPhone A2172>**
Or when u come back

↗ Sent
9/6/2021 5:08:52 AM

GX810-000015



GX810-000016



GX810-000017



GX810-000018



GX810-000019



> ✓ Received
> 9/6/2021 8:39:24 PM
>
> i mean i kinda figured it was going to

> ✓ Received
> 9/6/2021 11:35:36 PM
>
> JASON

> ✓ Received
> 9/6/2021 11:35:44 PM
>
> YOU BRUISED MY NECK

> ↗ Sent
> Local User <IPhone A2172>    9/6/2021 11:35:53 PM
> Lol what

> ↗ Sent
> Local User <IPhone A2172>    9/6/2021 11:35:58 PM
> How

> ✓ Received
> 9/6/2021 11:36:27 PM
>
> don't ask me i just went to the bathrrom and i was looking and it's all bruised and there's a scratch lol

> ↗ Sent
> Local User <IPhone A2172>    9/6/2021 11:36:46 PM
> Shit 😂

GX810-000020



GX810-000021



make that maybe into a yes

9/7/2021 6:44:48 PM

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 6:45:06 PM
I'll have to see

✓ Received
9/7/2021 6:45:18 PM
yeah ik

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 8:35:44 PM
How's school

✓ Received
9/7/2021 8:55:33 PM
boring asf but i'm going with my sister and friends after

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 10:38:16 PM
Bet she's gonna wanna know more

✓ Received
9/7/2021 10:38:31 PM
wdym

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 10:38:55 PM
About that night

GX810-000022



**Received**
9/7/2021 10:39:07 PM

i told her everything

**Local User <IPhone A2172>**    ↗ Sent
9/7/2021 10:39:50 PM

**Local User <IPhone A2172>**    ↗ Sent
9/7/2021 10:40:09 PM

What exactly did u tell her 👀

**Received**
9/7/2021 10:40:32 PM

i didn't tell her in detail i said we fucked and how good it was lol

**Local User <IPhone A2172>**    ↗ Sent
9/7/2021 10:40:48 PM

Oh lol

**Local User <IPhone A2172>**    ↗ Sent
9/7/2021 10:41:22 PM

And what did she say

**Received**
9/7/2021 10:41:55 PM

she was like how was mine first bad but mine and our friends good and how happy she was and stuff

GX810-000023



GX810-000024



yeah aren't you 20

9/7/2021 11:30:25 PM

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 11:32:57 PM
Yes ma'am

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 11:33:12 PM
My birthday was just last week dont u remember 😂

ik that but i couldn't remember if you were turning 19 or 20

✓ Received
9/7/2021 11:35:18 PM

but i was still right

✓ Received
9/7/2021 11:35:21 PM

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 11:38:33 PM
Yeah yeah

fight me

✓ Received
9/7/2021 11:39:34 PM

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 11:39:48 PM
I will

00000525

GX810-000025



00000610                                                    GX810-000026



GX810-000027



GX810-000028





GX810-000030



GX810-000031



GX810-000032



GX810-000033



GX810-000034



GX810-000035



GX810-000036



GX810-000037



GX810-000038

**[REDACTED]**

✓ Received
10/23/2021 2:23:45 AM

imma take a little nap till 11

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 2:24:11 AM

Haha okay

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 2:24:27 AM

I'll let u know when im about to leave

**[REDACTED]**

✓ Received
10/23/2021 2:24:46 AM

okay also imma wear the underwear you like the most

**[REDACTED]**

✓ Received
10/23/2021 4:01:13 AM

they asleep

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 4:05:22 AM

Loved "okay also imma wear the underwear you like the most"

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 4:05:27 AM

That's great haha

GX810-000039



GX810-000040



GX810-000041



GX810-000042



GX810-000043



✓ Received
10/23/2021 4:25:09 PM

my legs almost gave out on me running and it hurts to sit down **lol**

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 4:25:41 PM

I wonder why 😊

✓ Received
10/23/2021 4:26:36 PM

also the makeup only covered the one hickey idk how imma cover the other for the dance

✓ Received
10/23/2021 4:47:12 PM

did you even watch the video

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 8:00:19 PM

Lol I didn't

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 8:00:32 PM

Been so busy today

✓ Received
10/23/2021 8:01:38 PM

with what

00000979

GX810-000046



GX810-000047



GX810-000048



GX810-000049



GX810-000050

> **Received** 12/16/2021 11:29:24 PM
>
> omg yes

> **Received** 12/16/2021 11:30:56 PM
>
> i'm so wet daddy

> **Received** 12/16/2021 11:31:15 PM
>
> can you send me the video of you pounding my pussy

> **Sent** 12/16/2021 11:32:32 PM
>
> **Local User <IPhone A2172>**
> Mmm fuck i want you

> **Sent** 12/16/2021 11:32:41 PM
>
> **Local User <IPhone A2172>**
> Yea where do u want me to send it

> **Received** 12/16/2021 11:33:44 PM
>
> here so i can watch it over and over

> **Received** 12/16/2021 11:33:59 PM
>
> i miss your dick in me making me scream

> **Sent** 12/16/2021 11:34:06 PM
>
> **Local User <IPhone A2172>**

00001153

GX810-000051



GX810-000052

▮▮▮▮▮▮▮▮▮▮▮
✓ Received
12/16/2021 11:46:38 PM

i linda sound like a little girl when i scream and talk lol

**Local User <IPhone A2172>**
↗ Sent
12/17/2021 12:36:29 AM

Haha i love that

▮▮▮▮▮▮▮▮▮▮▮
✓ Received
12/17/2021 12:37:07 AM

really you sure we hearing the same thing

**Local User <IPhone A2172>**
↗ Sent
12/17/2021 12:43:14 AM

Haha yeah

▮▮▮▮▮▮▮▮▮▮▮
✓ Received
12/17/2021 12:43:52 AM

what do i sound like to you

**Local User <IPhone A2172>**
↗ Sent
12/17/2021 12:44:12 AM

It's just when u start moaning makes me wanna go harder

▮▮▮▮▮▮▮▮▮▮▮
✓ Received
12/17/2021 12:45:04 AM

why don't you

✓ Received

GX810-000053



**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:04:28 PM
But it would be so much fun 😂

▨ Received
1/8/2022 10:04:42 PM
ik it would be but i can't

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:04:48 PM
Okay I'll come whenever everyone's asleep.. as long as u don't fall asleep

▨ Received
1/8/2022 10:05:04 PM
i'll try not to

▨ Received
1/8/2022 10:05:13 PM
i don't think i will tonight though i slept good

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:05:16 PM
I think u should def sneak me in

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:05:26 PM
Im still mad at u about that

**Received**
1/8/2022 10:05:47 PM

im sorry i tried to my eyes weren't wit it though lol

**Received**
1/8/2022 10:06:19 PM

i would if i could if my room was downstairs so i could just bring you in the window

**Sent**
**Local User <IPhone A2172>**    1/8/2022 10:22:03 PM

Lol its okay I can climb

**Received**
1/8/2022 10:22:53 PM

with what

**Sent**
**Local User <IPhone A2172>**    1/8/2022 10:23:05 PM

No idea 😂

**Received**
1/8/2022 10:23:18 PM

exactly

**Sent**
**Local User <IPhone A2172>**    1/8/2022 10:23:20 PM

Or just sneak me in the front door 😂

**Received**
1/8/2022 10:23:40 PM

i can't do that cauee my parents can hear a certain stair when you step on it

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:24:08 PM
Then u just tell me not to step on it

[REDACTED]
✓ Received
1/8/2022 10:24:56 PM
idk which one it is

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:26:49 PM
Besides they gonna be sleeping

[REDACTED]
✓ Received
1/8/2022 10:27:08 PM
true but still don't wanna take that chance

[REDACTED]
✓ Received
1/8/2022 10:27:25 PM
like i'm scared to sneak out again tbh lol

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:27:41 PM
That's why u should sneak someone in

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:27:52 PM
If they get suspicious i'll just hide😂

**Received**
1/8/2022 10:28:05 PM

you really wanna come inside that bad?

**Local User   IPhone A2172**
**Sent**
1/8/2022 10:43:57 PM

Im just saying it would be better 😊

**Received**
1/8/2022 10 45 04 PM

how would it be better

**Local User <IPhone A2172>**
**Sent**
1/8/2022 10 45 15 PM

U don't have to sneak out lol

**Received**
1/8/2022 10 45 50 PM

ik there's another reason in your mind lol

**Local User <IPhone A2172>**
**Sent**
1/8/2022 10 46 53 PM

Lmao what reason 👀

**Received**
1/8/2022 10:47:10 PM

idk jason what reason

**Sent**

**Local User <IPhone A2172>**
1/8/2022 10:49:22 PM
Idk u seem to know better

✓ Received
1/8/2022 10:49:52 PM

but i want you to say it

↗ Sent
1/8/2022 11:22:33 PM
**Local User <IPhone A2172>**
Im just saying u won't get in trouble that way

✓ Received
1/8/2022 11:23:00 PM

no but ik you wanna come in for another reason too

✓ Received
1/8/2022 11:23:07 PM

so what's the real reason you wanna come in my room

↗ Sent
1/8/2022 11:23:13 PM
**Local User <IPhone A2172>**
Lol what reason is that?

✓ Received
1/8/2022 11:23:25 PM

you tell me

✓ Received
1/8/2022 11:23:36 PM

im curious to know

**Local User   IPhone A2172**

↗ Sent
1/8/2022 11:24:02 PM

Lol I already told u the reason

✓ Received
1/8/2022 11:24:23 PM

██████████████

okay then what's the other reason

**Local User   IPhone A2172**

↗ Sent
1/8/2022 11:24:38 PM

There is no other reason😂

✓ Received
1/8/2022 11 25 04 PM

██████████████

yes there is you keep laughing

✓ Received
1/8/2022 11 25 09 PM

██████████████

so just tell me

**Local User <IPhone A2172>**

↗ Sent
1/9/2022 1 03 11 AM

Lol I can't laugh?

✓ Received
1/9/2022 1 06 19 AM

██████████████

not unless you tell me the other reason

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 1:08:58 AM
There's no other reason

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 1:09:07 AM
Except that I wanna hold you

⬋ Received
1/9/2022 1:10:34 AM
you can do that anywhere

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 1:12:53 AM
But your bed is comfy ☺

⬋ Received
1/9/2022 1:13:05 AM
true

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 1:15:36 AM
Yeaa

⬋ Received
1/9/2022 1:15:52 AM
so is you're backseat

⬋ Received
1/9/2022 1:16:07 AM
but if my bed would be better



GX810-000054



GX810-000055



GX810-000056





GX810-000060