Government Exhibit 1A

Minor Victim 1

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 15 | | killingmysee | | I got a question | | Sat Aug 26 04 00 40 UTC 2023 |
| Text | 16 | | | killingmysee | What's up | | Sat Aug 26 04 01 17 UTC 2023 |
| Text | 17 | | | killingmysee | U sell? | | Sat Aug 26 04 01 23 UTC 2023 |
| Text | 18 | | | killingmysee | Also, how old r u | | Sat Aug 26 04 01 38 UTC 2023 |
| Text | 19 | | | killingmysee | Yes I do | | Sat Aug 26 04 03 41 UTC 2023 |
| Text | 20 | 18 | | killingmysee | How old do you want me to be? | | Sat Aug 26 04 03 52 UTC 2023 |
| Text | 21 | 20 | killingmysee | | Its better if u don't answer then | | Sat Aug 26 04 04 10 UTC 2023 |
| Text | 22 | 19 | killingmysee | | Oh yea? What u got? | | Sat Aug 26 04 04 16 UTC 2023 |
| Text | 23 | | | killingmysee | Whatever you want | | Sat Aug 26 04 05 37 UTC 2023 |
| Text | 24 | | killingmysee | | Depends what u have | | Sat Aug 26 04 05 54 UTC 2023 |
| Text | 25 | | | killingmysee | Tell me what you want and I'll lyk | | Sat Aug 26 04 11 43 UTC 2023 |
| Text | 26 | | killingmysee | | Everything u have  ) | | Sat Aug 26 04 13 33 UTC 2023 |
| Text | 27 | | | killingmysee | What are we talking about exactly | | Sat Aug 26 04 16 36 UTC 2023 |
| Text | 28 | | killingmysee | | You tell me | | Sat Aug 26 04 16 55 UTC 2023 |
| Text | 29 | | | killingmysee | Stop that and js tell me | | Sat Aug 26 04 17 46 UTC 2023 |
| Text | 30 | | killingmysee | | Haha  ok ok | | Sat Aug 26 04 18 00 UTC 2023 |
| Text | 31 | | killingmysee | | Videos? | | Sat Aug 26 04 18 02 UTC 2023 |
| Text | 32 | | | killingmysee | Like nudes? | | Sat Aug 26 04 18 23 UTC 2023 |
| Text | 33 | | killingmysee | | Precisely | | Sat Aug 26 04 18 29 UTC 2023 |
| Text | 34 | | | killingmysee | Okay I thought so | | Sat Aug 26 04 18 36 UTC 2023 |
| Text | 35 | | | killingmysee | Well how you pay for em? | | Sat Aug 26 04 18 42 UTC 2023 |
| Text | 36 | | killingmysee | | However u want | | Sat Aug 26 04 18 57 UTC 2023 |
| Text | 37 | | killingmysee | | Like i sajd | | Sat Aug 26 04 19 00 UTC 2023 |
| Text | 38 | | killingmysee | | Depends what u have tho | | Sat Aug 26 04 19 04 UTC 2023 |
| Text | 39 | | | killingmysee | I have big tits 🙄 | | Sat Aug 26 04 19 40 UTC 2023 |
| Text | 40 | | | killingmysee | A decent ass | | Sat Aug 26 04 19 47 UTC 2023 |
| Text | 41 | | killingmysee | | Hahaha cute | | Sat Aug 26 04 19 50 UTC 2023 |
| Text | 42 | | | killingmysee | I'm deadass | | Sat Aug 26 04 19 57 UTC 2023 |
| Text | 43 | | killingmysee | | Prove it | | Sat Aug 26 04 21 32 UTC 2023 |
| Text | 44 | | killingmysee | | U | | Sat Aug 26 04 21 34 UTC 2023 |
| Text | 45 | | killingmysee | | What do u have saved? | | Sat Aug 26 04 21 40 UTC 2023 |
| Text | 47 | | killingmysee | | Big tits indeeed | | Sat Aug 26 04 23 31 UTC 2023 |
| Text | 49 | | killingmysee | | I'd slap it  ) | | Sat Aug 26 04 23 54 UTC 2023 |
| Text | 50 | | | killingmysee | Bet | | Sat Aug 26 04 24 16 UTC 2023 |
| Text | 51 | 45 | killingmysee | | ? | | Sat Aug 26 04 25 14 UTC 2023 |
| Text | 52 | | | killingmysee | Videos of me playing with my pussy, tits, I have a bottle that I use as a dick and I suck it too, whatever you want | | Sat Aug 26 04 26 06 UTC 2023 |
| Text | 53 | | | killingmysee | I can slap my tits, ass, | | Sat Aug 26 04 26 15 UTC 2023 |
| Text | 54 | | killingmysee | | I'll take all your vids | | Sat Aug 26 04 27 31 UTC 2023 |
| Text | 55 | | killingmysee | | My thing | | Sat Aug 26 04 27 36 UTC 2023 |
| Text | 56 | | killingmysee | | Is | | Sat Aug 26 04 27 37 UTC 2023 |
| Text | 57 | | killingmysee | | The nastier the better | | Sat Aug 26 04 27 43 UTC 2023 |
| Text | 58 | | | killingmysee | Js tell me what you want | | Sat Aug 26 04 28 09 UTC 2023 |
| Text | 59 | | killingmysee | | Sloppy, spit, squirting, u talking dirty, slapping yourself etc | | Sat Aug 26 04 28 41 UTC 2023 |
| Text | 60 | | killingmysee | | Is that something u can handle? | | Sat Aug 26 04 28 46 UTC 2023 |
| Text | 61 | | killingmysee | | First send me everything u have saved and i can cashapp u | | Sat Aug 26 04 29 09 UTC 2023 |
| VoiceNote | 62 | | | killingmysee | | b~EiQSFUhPa2xteVFwZ0FzcjVYdDVGNFVtTRoAGgAyAQRIAlAEYAE | Sat Aug 26 04 37 11 UTC 2023 |
| Text | 71 | | | killingmysee | They're sending | | Sat Aug 26 04 41 29 UTC 2023 |
| Text | 72 | | | killingmysee | I couldn't send all js yet cuz I can only send 20 | | Sat Aug 26 04 41 43 UTC 2023 |
| Text | 73 | | killingmysee | | Ok lpve | | Sat Aug 26 04 42 30 UTC 2023 |
| Text | 74 | | killingmysee | | Love* | | Sat Aug 26 04 42 32 UTC 2023 |
| ExternalMedia | 75 | | | killingmysee | | b~EiQSFXpCUUFKZVk0M29zVDNLRDZhMXhxMBoAGgAyAX1IAlAEYAE;b~ChxZ Z01lS01vZFFTSEJvYXo2OVRpUTEuMTAyMF8xEikSGllnTWVLTW9kUVNIQm9hej Y5VGlRMS4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFVA0clkwWFpRQjJpM3Nha | Sat Aug 26 04 45 32 UTC 2023 |
| Text | 76 | | killingmysee | | They all loadinggg | | Sat Aug 26 04 58 24 UTC 2023 |
| Text | 184 | | | killingmysee | Did you watch the videos yet? | | Sat Aug 26 14 39 45 UTC 2023 |
| Text | 185 | | killingmysee | | Yes a few | | Sat Aug 26 15 28 04 UTC 2023 |
| Text | 186 | | killingmysee | | Jhm | | Sat Aug 26 15 28 07 UTC 2023 |
| Text | 187 | | | killingmysee | Oh | | Sat Aug 26 15 29 59 UTC 2023 |
| Text | 188 | | | killingmysee | We're they and? | | Sat Aug 26 15 30 04 UTC 2023 |
| Text | 189 | | | killingmysee | Were | | Sat Aug 26 15 30 09 UTC 2023 |
| Text | 190 | | killingmysee | | I liked them | | Sat Aug 26 17 29 05 UTC 2023 |
| Text | 191 | | killingmysee | | More squirting content please  ) | | Sat Aug 26 17 29 27 UTC 2023 |
| Text | 192 | | | killingmysee | Okay | | Sat Aug 26 17 30 17 UTC 2023 |
| Text | 193 | | killingmysee | | Send 20 more  )) | | Sat Aug 26 18 02 29 UTC 2023 |
| Text | 194 | | | killingmysee | For how much? | | Sat Aug 26 18 38 33 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 195 | | killingmysee | | Depends how good they are | | Sat Aug 26 19 00 49 UTC 2023 |
| Text | 196 | | killingmysee | | But i'll take care of you | | Sat Aug 26 19 00 53 UTC 2023 |
| Text | 197 | | killingmysee | | ) | | Sat Aug 26 19 01 53 UTC 2023 |
| Text | 198 | | killingmysee | | You're such a sweet little princess | | Sat Aug 26 19 03 00 UTC 2023 |
| Text | 199 | | | killingmysee | Thank you 🥺🤤- | | Sat Aug 26 19 03 28 UTC 2023 |
| Text | 200 | | killingmysee | | Ofc | | Sat Aug 26 19 03 37 UTC 2023 |
| Text | 201 | | killingmysee | | Wyd | | Sat Aug 26 19 03 39 UTC 2023 |
| Text | 202 | | | killingmysee | I'm sending the rest of what I have | | Sat Aug 26 19 07 57 UTC 2023 |
| Text | 203 | | | killingmysee | There's 20 | | Sat Aug 26 19 08 00 UTC 2023 |
| Text | 204 | | | killingmysee | But I'll make squirting videos for you too | | Sat Aug 26 19 08 12 UTC 2023 |
| ExternalMedia | 205 | | | killingmysee | | lkxSlJ4cVFHYXpTc3VlNFlhNnouMTAyMF8xEikSGkxiWTFKUnhxUUdhelNzdWU0WWE2ei4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFUcxZFVIemFXYlNlWVRkbXFyY2FhdxoAGgAyAX1IAlAEYAE;b~ChxjWlp0QWdxcEJIa1I4SDAxZGV3TzguMTAyM | Sat Aug 26 19 09 07 UTC 2023 |
| Share | 206 | | | killingmysee | | b~EiQSFW9aT3hoaTJ5U1o5WUVRYW1FUUp2ehoAGgAyAX1IAlAEYAE;b~Chw4MHR6MFZ0dkc3bTNCMm9ucVZFNTMuMTAyMF8xEikSGjgwdHowVnR2RzdtM0lyb25xVkU1My4xMDIwGgAaADIBBEgBUB5gAQ | Sat Aug 26 19 09 07 UTC 2023 |
| Text | 223 | | killingmysee | | Hey you | | Sun Aug 27 01 28 53 UTC 2023 |
| Text | 224 | | | killingmysee | Hi | | Sun Aug 27 01 35 55 UTC 2023 |
| Text | 225 | | killingmysee | | Wyd | | Sun Aug 27 01 36 05 UTC 2023 |
| Text | 226 | | | killingmysee | Showering hbu | | Sun Aug 27 01 38 12 UTC 2023 |
| Text | 227 | | killingmysee | | Im at work unfortunately | | Sun Aug 27 01 46 35 UTC 2023 |
| Text | 228 | | | killingmysee | Oh | | Sun Aug 27 01 50 18 UTC 2023 |
| Text | 229 | | | killingmysee | Well I've made three videos for you so far | | Sun Aug 27 01 50 27 UTC 2023 |
| Text | 230 | | killingmysee | | Do show | | Sun Aug 27 02 03 26 UTC 2023 |
| Text | 231 | | killingmysee | | Like i said, the nastier the better baby | | Sun Aug 27 02 03 33 UTC 2023 |
| Text | 232 | | | killingmysee | What kind of nasty yoh asnt | | Sun Aug 27 02 04 13 UTC 2023 |
| Text | 233 | | | killingmysee | You want | | Sun Aug 27 02 04 17 UTC 2023 |
| Text | 234 | | killingmysee | | As nasty as u can get | | Sun Aug 27 02 06 41 UTC 2023 |
| Text | 235 | | | killingmysee | Please js be straight with me | | Sun Aug 27 02 07 09 UTC 2023 |
| Text | 236 | | | killingmysee | Tell me what nasty involves | | Sun Aug 27 02 07 23 UTC 2023 |
| Text | 237 | | killingmysee | | Anal, dirty talking, squirting, gagging | | Sun Aug 27 02 16 11 UTC 2023 |
| Text | 238 | | killingmysee | | Basically as much as u can handle love | | Sun Aug 27 02 16 17 UTC 2023 |
| Text | 239 | | | killingmysee | Okay | | Sun Aug 27 02 36 40 UTC 2023 |
| Text | 240 | | killingmysee | | What do u have | | Sun Aug 27 02 40 21 UTC 2023 |
| ExternalMedia | 241 | | | killingmysee | | b~EiQSFTdxVHo3WXNyd2ExbVIyOUMzZ3RjbBoAGgAyAX1IAlAEYAE;b~Chx0WU5ObFRBelJFaVNCVTVZR3U2NmkuMTAyMF8xEikSGnRZTk5sVEF6UkVpU0JVNVlHdTY2aS4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFUhIam5qc3pVRUx1ZWFSaUY1S2tnchoAGgAyAX1IAlAEYAE;b~ChxQOWdUbHF3emMwS3dTcFNVWGlGQ3cuMTAyMF8xEikSGlA5Z1RscXd6YzBLd1NwU1VYaUZDdy4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFU9YYUl2WGVOSDJIaWFRdnZ6d2JkTRoAGgAyAX1IAlAEYAE;b~ChxUR21IbTFxcmhhVnJQWmJZRFN0dVEuMTAyMF8xEikSGlRHbWVtMXFyaGFWclBaYllEU3R1US4xMDIwGgAaADIBBEgBUB5gAQ | Sun Aug 27 02 41 13 UTC 2023 |
| ExternalMedia | 242 | | | killingmysee | | b~EiQSFUVScHJxT1h4c293MnBtUTRJekpkWBoAGgAyAX1IAlAEYAE;b~ChxXRkt6UUNVa24xN0IxemFaOHRsbWEuMTAyMF8xEikSGldGS3pRQ1VrbjE3QjF6YVo4dGxtYS4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFWJ3RkM2dzNMM0ZhM0FYalhHRVdkThoAGgAyAX1IAlAEYAE;b~ChxwUWY0NTBNSDQ2TmMxTzVPYnk0VGkuMTAyMF8xEikSGnBRZjQ1ME1INDZOYzFPNU9ieTRUaS4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFVd0V1VyYjd0S2JTRGxvMWVVEN01MZxoAGgAyAX1IAlAEYAE | Sun Aug 27 02 41 18 UTC 2023 |
| Text | 243 | | killingmysee | | I'll look at em in a sec | | Sun Aug 27 03 02 22 UTC 2023 |
| Text | 271 | | killingmysee | | When was the last time u got dicked down | | Sun Aug 27 15 15 42 UTC 2023 |
| Text | 272 | | | killingmysee | Um well I haven't before.. | | Sun Aug 27 15 16 13 UTC 2023 |
| Text | 273 | | killingmysee | | Never? | | Sun Aug 27 15 16 38 UTC 2023 |
| Text | 274 | | | killingmysee | Nope.. | | Sun Aug 27 15 16 46 UTC 2023 |
| Text | 275 | | killingmysee | | That's good | | Sun Aug 27 15 16 54 UTC 2023 |
| Text | 276 | | killingmysee | | I can change that | | Sun Aug 27 15 16 58 UTC 2023 |
| Text | 277 | | | killingmysee | You will? | | Sun Aug 27 15 17 08 UTC 2023 |
| Text | 278 | | killingmysee | | You want me to? | | Sun Aug 27 15 17 14 UTC 2023 |
| Text | 279 | | | killingmysee | Yessss | | Sun Aug 27 15 17 50 UTC 2023 |
| Text | 280 | | killingmysee | | Then I will | | Sun Aug 27 15 18 13 UTC 2023 |
| Text | 281 | | | killingmysee | Okay 🥺🥺 | | Sun Aug 27 15 18 23 UTC 2023 |
| Text | 282 | | killingmysee | | I wanna be your first | | Sun Aug 27 15 18 35 UTC 2023 |
| Text | 329 | | | killingmysee | I have some videos for you | | Mon Aug 28 02 18 48 UTC 2023 |
| Text | 330 | | killingmysee | | Oh yea? | | Mon Aug 28 03 10 51 UTC 2023 |
| Text | 331 | | killingmysee | | The way i like it? | | Mon Aug 28 03 10 54 UTC 2023 |
| Text | 332 | | killingmysee | | ) | | Mon Aug 28 03 29 42 UTC 2023 |
| Text | 333 | | | killingmysee | I didn't do all of them | | Mon Aug 28 03 36 54 UTC 2023 |
| Text | 334 | | | killingmysee | But I did a few of it | | Mon Aug 28 03 36 59 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 335 | | | killingmysee | And I kept the sound on | | Mon Aug 28 03 37 08 UTC 2023 |
| Text | 336 | | killingmysee | | Let's see if my princess did a good job | | Mon Aug 28 03 37 15 UTC 2023 |
| Text | 337 | 335 | killingmysee | | I love you for that | | Mon Aug 28 03 37 20 UTC 2023 |
| Text | 338 | | | killingmysee | 15 videos | | Mon Aug 28 03 37 49 UTC 2023 |
| Text | 339 | 336 | | killingmysee | I hope so 🥺 | | Mon Aug 28 03 38 03 UTC 2023 |
| Text | 340 | 339 | killingmysee | | I know you probably did princess | | Mon Aug 28 03 38 19 UTC 2023 |
| ExternalMedia | 341 | | | killingmysee | | b~EiQSFTVveWZqT002OG5WbmZvVXdhbkdPRxoAGgAyAX1IAlAEYAE;b~ChxpV1FXQmcyWFV2Y2MxQ2dTQ1FBc2QuMTAyMF8xEikSGmlXUVdCZzJYVXZjYzFDZ1NDUUFzZC4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFU1MWXNleXFibmZjMmx | Mon Aug 28 03 38 21 UTC 2023 |
| Text | 369 | | | killingmysee | Thanks bro | | Mon Aug 28 16 54 42 UTC 2023 |
| Text | 370 | | killingmysee | | Ofc my love | | Mon Aug 28 17 08 07 UTC 2023 |
| Text | 371 | | | killingmysee | 🙏 | | Mon Aug 28 17 08 33 UTC 2023 |
| Text | 372 | | | killingmysee | Can I tell you something | | Mon Aug 28 17 08 46 UTC 2023 |
| Text | 373 | | killingmysee | | Yeah? | | Mon Aug 28 17 14 11 UTC 2023 |
| Text | 374 | | killingmysee | | Anything | | Mon Aug 28 17 14 21 UTC 2023 |
| Text | 375 | 370 | | killingmysee | I don't like it when you call me that | | Mon Aug 28 17 15 37 UTC 2023 |
| Text | 376 | | | killingmysee | I find it annoying | | Mon Aug 28 17 15 44 UTC 2023 |
| Text | 377 | | killingmysee | | Ok | | Mon Aug 28 17 15 48 UTC 2023 |
| Text | 378 | | killingmysee | | No more of that | | Mon Aug 28 17 15 52 UTC 2023 |
| Text | 379 | | | killingmysee | I'm lying | | Mon Aug 28 17 15 58 UTC 2023 |
| Text | 380 | | killingmysee | | I knew that | | Mon Aug 28 17 16 05 UTC 2023 |
| Text | 381 | | killingmysee | | But no more of that | | Mon Aug 28 17 16 10 UTC 2023 |
| Text | 382 | | | killingmysee | NOOOOOO | | Mon Aug 28 17 16 16 UTC 2023 |
| Text | 383 | | | killingmysee | I WAS JS LYING | | Mon Aug 28 17 16 19 UTC 2023 |
| Text | 384 | | | killingmysee | I LIKE IT | | Mon Aug 28 17 16 25 UTC 2023 |
| Text | 385 | | killingmysee | | Nope u said u don't like it | | Mon Aug 28 17 16 40 UTC 2023 |
| Text | 386 | | killingmysee | | No more | | Mon Aug 28 17 16 42 UTC 2023 |
| Text | 387 | | | killingmysee | BRO FUCK U | | Mon Aug 28 17 16 52 UTC 2023 |
| Text | 388 | | | killingmysee | THATS DUMB SSF | | Mon Aug 28 17 16 57 UTC 2023 |
| Text | 389 | | | killingmysee | ASF | | Mon Aug 28 17 16 59 UTC 2023 |
| Text | 390 | | | killingmysee | FUCKING DUMBASS | | Mon Aug 28 17 17 05 UTC 2023 |
| Text | 391 | | killingmysee | | Im joking my love | | Mon Aug 28 17 17 13 UTC 2023 |
| Text | 392 | | | killingmysee | STFU | | Mon Aug 28 17 17 22 UTC 2023 |
| Text | 393 | | | killingmysee | UR ANNOYING | | Mon Aug 28 17 18 30 UTC 2023 |
| Text | 394 | | killingmysee | | U like me princess | | Mon Aug 28 17 21 16 UTC 2023 |
| Text | 395 | | | killingmysee | No I don't | | Mon Aug 28 17 21 26 UTC 2023 |
| Text | 396 | | killingmysee | | So no more my love? | | Mon Aug 28 17 21 35 UTC 2023 |
| Text | 397 | | | killingmysee | No. | | Mon Aug 28 17 21 53 UTC 2023 |
| Text | 398 | | killingmysee | | Fine | | Mon Aug 28 17 22 31 UTC 2023 |
| Text | 399 | | killingmysee | | No more princess? | | Mon Aug 28 17 22 36 UTC 2023 |
| Text | 400 | | | killingmysee | Umm | | Mon Aug 28 17 22 57 UTC 2023 |
| Text | 401 | | | killingmysee | More. | | Mon Aug 28 17 23 09 UTC 2023 |
| Text | 402 | | killingmysee | | Good girl | | Mon Aug 28 17 23 50 UTC 2023 |
| Text | 403 | | | killingmysee | Don't say that. | | Mon Aug 28 17 24 17 UTC 2023 |
| Text | 404 | | killingmysee | | U don't like that either? | | Mon Aug 28 17 24 28 UTC 2023 |
| Text | 405 | | killingmysee | | No more of that? | | Mon Aug 28 17 24 32 UTC 2023 |
| Text | 406 | | | killingmysee | I like it. | | Mon Aug 28 17 25 05 UTC 2023 |
| Text | 407 | | | killingmysee | Js don't say it rn. | | Mon Aug 28 17 25 12 UTC 2023 |
| Text | 442 | | killingmysee | | Show me what u have on rn | | Mon Aug 28 19 07 29 UTC 2023 |
| Text | 443 | | | killingmysee | Y | | Mon Aug 28 19 07 35 UTC 2023 |
| Text | 444 | | killingmysee | | Bc im gonna punish u. | | Mon Aug 28 19 07 54 UTC 2023 |
| Text | 445 | | | killingmysee | But my tummy hurts | | Mon Aug 28 19 08 08 UTC 2023 |
| Text | 446 | | killingmysee | | You're gonna have to spank yourself | | Mon Aug 28 19 08 31 UTC 2023 |
| Text | 447 | | | killingmysee | But I'm on the couch and my uncle is out here | | Mon Aug 28 19 11 18 UTC 2023 |
| Text | 448 | | killingmysee | | Can u go to your room? | | Mon Aug 28 19 22 48 UTC 2023 |
| Text | 449 | | | killingmysee | But my tummy and lower back hurts | | Mon Aug 28 19 35 52 UTC 2023 |
| Text | 450 | | killingmysee | | Hmm fine | | Mon Aug 28 19 36 47 UTC 2023 |
| Text | 451 | | killingmysee | | U can do it later. | | Mon Aug 28 19 36 54 UTC 2023 |
| Text | 452 | | | killingmysee | Okay | | Mon Aug 28 19 38 35 UTC 2023 |
| Text | 453 | | killingmysee | | Good girl | | Mon Aug 28 19 39 19 UTC 2023 |
| Text | 454 | | | killingmysee | Ig | | Mon Aug 28 19 39 56 UTC 2023 |
| Text | 455 | | killingmysee | | U okay? | | Mon Aug 28 19 47 04 UTC 2023 |
| Text | 456 | | | killingmysee | Yh | | Mon Aug 28 19 50 14 UTC 2023 |
| Text | 457 | | killingmysee | | Sure? | | Mon Aug 28 20 02 27 UTC 2023 |
| Text | 458 | | | killingmysee | Yh | | Mon Aug 28 20 02 43 UTC 2023 |
| Text | 459 | | killingmysee | | Wyd | | Mon Aug 28 20 02 51 UTC 2023 |
| Text | 460 | | | killingmysee | Table | | Mon Aug 28 20 03 58 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 461 | | killingmysee | | Huh? | | Mon Aug 28 20 05 53 UTC 2023 |
| Text | 463 | | killingmysee | | Fun | | Mon Aug 28 20 14 36 UTC 2023 |
| Text | 464 | | | killingmysee | Ig | | Mon Aug 28 20 15 33 UTC 2023 |
| Text | 465 | | killingmysee | | U having fun? | | Mon Aug 28 21 04 03 UTC 2023 |
| Text | 466 | | | killingmysee | No | | Mon Aug 28 21 04 35 UTC 2023 |
| Text | 467 | | killingmysee | | How come | | Mon Aug 28 21 12 14 UTC 2023 |
| Text | 468 | | killingmysee | | Family? | | Mon Aug 28 21 12 17 UTC 2023 |
| Text | 469 | | | killingmysee | No | | Mon Aug 28 21 12 24 UTC 2023 |
| Text | 470 | | | killingmysee | Period cramps | | Mon Aug 28 21 12 29 UTC 2023 |
| Text | 471 | | | killingmysee | Are hurting my lower back and tummy | | Mon Aug 28 21 12 41 UTC 2023 |
| Text | 472 | | killingmysee | | Damn im sorry love | | Mon Aug 28 21 12 47 UTC 2023 |
| Text | 473 | | killingmysee | | No wonder u wanted to be bad today | | Mon Aug 28 21 12 56 UTC 2023 |
| Text | 474 | | | killingmysee | It's fine | | Mon Aug 28 21 12 56 UTC 2023 |
| Text | 475 | 473 | | killingmysee | Yeah.. | | Mon Aug 28 21 13 05 UTC 2023 |
| Text | 476 | | killingmysee | | You're allowed | | Mon Aug 28 21 13 15 UTC 2023 |
| Text | 477 | | | killingmysee | Well it's okay | | Mon Aug 28 21 13 27 UTC 2023 |
| Text | 478 | | | killingmysee | I'm js sad | | Mon Aug 28 21 13 31 UTC 2023 |
| Text | 479 | | killingmysee | | Cuddles? | | Mon Aug 28 21 21 41 UTC 2023 |
| Text | 480 | | | killingmysee | Yeah I love cuddles | | Mon Aug 28 21 23 36 UTC 2023 |
| Text | 481 | | killingmysee | | I gotchu | | Tue Aug 29 01 58 02 UTC 2023 |
| Text | 482 | | | killingmysee | I want money so I can buy something | | Tue Aug 29 02 51 43 UTC 2023 |
| Text | 483 | | killingmysee | | What do u wanna buy love | | Tue Aug 29 03 40 55 UTC 2023 |
| Text | 484 | | | killingmysee | I wanna pierce my lip | | Tue Aug 29 03 55 26 UTC 2023 |
| Text | 485 | | killingmysee | | I think that would look pretty | | Tue Aug 29 06 36 42 UTC 2023 |
| Text | 486 | | | killingmysee | I used to have it pierced but I took it out and it closed up | | Tue Aug 29 11 59 52 UTC 2023 |
| Text | 487 | | | killingmysee | But I really miss it | | Tue Aug 29 11 59 58 UTC 2023 |
| Text | 489 | | killingmysee | | I think you should get it  ) | | Tue Aug 29 16 10 53 UTC 2023 |
| Text | 490 | | | killingmysee | You think so? | | Tue Aug 29 16 11 33 UTC 2023 |
| Text | 491 | | killingmysee | | Ofc princess | | Tue Aug 29 16 37 31 UTC 2023 |
| Text | 492 | | killingmysee | | How are u feeling | | Tue Aug 29 16 37 35 UTC 2023 |
| Text | 493 | | | killingmysee | I'm fine | | Tue Aug 29 16 58 02 UTC 2023 |
| Text | 494 | 489 | | killingmysee | I really want to but I don't have enough money | | Tue Aug 29 17 18 34 UTC 2023 |
| Text | 495 | | killingmysee | | How much is it | | Tue Aug 29 18 04 03 UTC 2023 |
| Text | 496 | | | killingmysee | 19.98 but I have 15 | | Tue Aug 29 18 04 56 UTC 2023 |
| Text | 497 | | killingmysee | | Now you don't | | Tue Aug 29 18 05 34 UTC 2023 |
| Text | 498 | | killingmysee | | ) | | Tue Aug 29 18 05 36 UTC 2023 |
| Text | 499 | | | killingmysee | Thank youuu 🥺🤍 ) | | Tue Aug 29 18 06 01 UTC 2023 |
| Text | 500 | | | killingmysee | You're too good to me | | Tue Aug 29 18 06 10 UTC 2023 |
| Text | 501 | | | killingmysee | Even when I was being bad | | Tue Aug 29 18 06 19 UTC 2023 |
| Text | 502 | | killingmysee | | I wanna take care of you princess | | Tue Aug 29 18 06 24 UTC 2023 |
| Text | 503 | | killingmysee | | And don't worry | | Tue Aug 29 18 06 27 UTC 2023 |
| Text | 504 | | killingmysee | | You're still getting punished  ) | | Tue Aug 29 18 06 38 UTC 2023 |
| Text | 505 | | | killingmysee | Oh no… | | Tue Aug 29 18 06 45 UTC 2023 |
| Text | 506 | | | killingmysee | I shouldn't have reminded you should I | | Tue Aug 29 18 06 59 UTC 2023 |
| Text | 507 | | killingmysee | | Thank you for doing tbat | | Tue Aug 29 18 07 15 UTC 2023 |
| Text | 508 | | | killingmysee | 🥺🥺🫶🏼 this is bad | | Tue Aug 29 18 07 59 UTC 2023 |
| Text | 509 | | killingmysee | | are u feeling better | | Tue Aug 29 18 13 03 UTC 2023 |
| Text | 510 | | | killingmysee | A little | | Tue Aug 29 18 13 17 UTC 2023 |
| Text | 511 | | | killingmysee | I should probably get this over with before my sister gets here | | Tue Aug 29 18 13 35 UTC 2023 |
| Text | 512 | | | killingmysee | How many | | Tue Aug 29 18 13 40 UTC 2023 |
| Text | 514 | | | killingmysee | I only have 15 minutes | | Tue Aug 29 18 15 15 UTC 2023 |
| Text | 515 | | | killingmysee |  Us once she gets here she'll be sleeping with me for a week or so | | Tue Aug 29 18 15 29 UTC 2023 |
| Text | 516 | | killingmysee | | 5 on each side. Each one harder than the other | | Tue Aug 29 18 15 51 UTC 2023 |
| Text | 517 | | | killingmysee | Okay | | Tue Aug 29 18 15 59 UTC 2023 |
| Text | 518 | | killingmysee | | U understand? | | Tue Aug 29 18 15 59 UTC 2023 |
| Text | 519 | | | killingmysee | I understand | | Tue Aug 29 18 16 03 UTC 2023 |
| Text | 593 | | killingmysee | | Are you alone rn | | Wed Aug 30 20 19 40 UTC 2023 |
| Text | 594 | | | killingmysee | Yea I am | | Wed Aug 30 20 19 46 UTC 2023 |
| Text | 595 | | killingmysee | | Show me what u have on rn | | Wed Aug 30 20 19 56 UTC 2023 |
| Text | 597 | | killingmysee | | Too many clothes love | | Wed Aug 30 20 20 46 UTC 2023 |
| Text | 598 | | killingmysee | | You should change that  ) | | Wed Aug 30 20 20 57 UTC 2023 |
| Text | 599 | | | killingmysee | Mmmm m | | Wed Aug 30 20 21 11 UTC 2023 |
| Text | 600 | | killingmysee | | Mhmm | | Wed Aug 30 20 21 18 UTC 2023 |
| Text | 601 | | killingmysee | | And take out your dildo | | Wed Aug 30 20 29 14 UTC 2023 |
| Text | 602 | | | killingmysee | Okay | | Wed Aug 30 20 32 35 UTC 2023 |
| Text | 603 | | killingmysee | | Good girl | | Wed Aug 30 20 32 49 UTC 2023 |
| Text | 604 | | killingmysee | | Let me know when u got it | | Wed Aug 30 20 33 04 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 605 | | | killingmysee | Got it | | Wed Aug 30 20 35 07 UTC 2023 |
| Text | 606 | | killingmysee | | Now slowly put it in your mouth for me princess | | Wed Aug 30 20 36 25 UTC 2023 |
| Text | 607 | | | killingmysee | And you wanna see | | Wed Aug 30 20 36 45 UTC 2023 |
| Text | 608 | | killingmysee | | Yes. | | Wed Aug 30 20 36 52 UTC 2023 |
| Text | 609 | | killingmysee | | Or you can make a video for a few mins where you give the sloppiest head ever while gagging on it. | | Wed Aug 30 20 37 23 UTC 2023 |
| Text | 610 | | killingmysee | | Is that better for u? | | Wed Aug 30 20 37 29 UTC 2023 |
| Text | 611 | | | killingmysee | Is that all you want? | | Wed Aug 30 20 38 51 UTC 2023 |
| Text | 612 | | killingmysee | | No | | Wed Aug 30 20 39 34 UTC 2023 |
| Text | 613 | | killingmysee | | I want you to slide it deep inside your ass while your fingers go inside your pussy | | Wed Aug 30 20 39 59 UTC 2023 |
| Text | 614 | | killingmysee | | I want you to crave me | | Wed Aug 30 20 40 05 UTC 2023 |
| Text | 615 | | killingmysee | | I want you squirt all over yourself. | | Wed Aug 30 20 40 13 UTC 2023 |
| Text | 616 | | killingmysee | | Is that a problem? | | Wed Aug 30 20 40 16 UTC 2023 |
| Text | 617 | | | killingmysee | Well I can't play with my pushy yet | | Wed Aug 30 20 40 29 UTC 2023 |
| Text | 618 | | | killingmysee | Pussy | | Wed Aug 30 20 40 32 UTC 2023 |
| Text | 619 | | | killingmysee | Remover | | Wed Aug 30 20 40 34 UTC 2023 |
| Text | 620 | | | killingmysee | Remember | | Wed Aug 30 20 40 37 UTC 2023 |
| Text | 621 | | killingmysee | | Yeah that's right | | Wed Aug 30 20 40 45 UTC 2023 |
| Text | 622 | | killingmysee | | Just do your best baby | | Wed Aug 30 20 40 57 UTC 2023 |
| Text | 623 | | killingmysee | | I'll never force you into doing something you dont wanna do… | | Wed Aug 30 20 41 07 UTC 2023 |
| Text | 624 | | | killingmysee | Well I don't having sex on my period but only when I'm in the shower | | Wed Aug 30 20 41 27 UTC 2023 |
| Text | 625 | | killingmysee | | Okay | | Wed Aug 30 20 41 37 UTC 2023 |
| Text | 626 | | killingmysee | | I hope you're not on your period when I come see you | | Wed Aug 30 20 41 48 UTC 2023 |
| Text | 627 | | | killingmysee | So you want me to play with my ass only | | Wed Aug 30 20 42 10 UTC 2023 |
| Text | 628 | | killingmysee | | Yes. The harder and sloppier the better. | | Wed Aug 30 20 43 46 UTC 2023 |
| Text | 629 | | killingmysee | | Is that a problem | | Wed Aug 30 20 43 49 UTC 2023 |
| Text | 630 | | | killingmysee | No it's not | | Wed Aug 30 20 43 57 UTC 2023 |
| Text | 631 | | killingmysee | | That's my girl | | Wed Aug 30 20 44 03 UTC 2023 |
| Text | 632 | | | killingmysee | Am I getting paid daddy | | Wed Aug 30 20 44 09 UTC 2023 |
| Text | 633 | | killingmysee | | Do a good job and you will princess | | Wed Aug 30 20 44 19 UTC 2023 |
| Text | 634 | | killingmysee | | U understand? | | Wed Aug 30 20 44 27 UTC 2023 |
| Text | 635 | | | killingmysee | I understand | | Wed Aug 30 20 44 33 UTC 2023 |
| Text | 661 | | | killingmysee | Videos is too long | | Wed Aug 30 21 00 59 UTC 2023 |
| Text | 662 | | killingmysee | | Are u sure | | Wed Aug 30 21 01 03 UTC 2023 |
| Text | 663 | | | killingmysee | So I need your number to send it | | Wed Aug 30 21 01 06 UTC 2023 |
| Text | 665 | | | killingmysee | Was the sucking video blurry too? | | Wed Aug 30 21 17 30 UTC 2023 |
| ExternalMedia | 666 | | | killingmysee | | b~EiQSFWcyTFQ4UXRMS1U2QnBJaWpiejVzdxoAGgAyAX1IAlAEYAE;b~EikSGmV0UU9yekU2bnFzYWNYTUVEbDBzVS4xMDIwGgAaADIBBEgBUB5gAQ | Wed Aug 30 21 17 30 UTC 2023 |
| Text | 667 | | killingmysee | | Yes it was | | Wed Aug 30 21 45 33 UTC 2023 |
| Text | 668 | 666 | killingmysee | | I loved it when u turned around | | Wed Aug 30 21 45 42 UTC 2023 |
| Text | 669 | | killingmysee | | U should grab it and shove it deep inside you as you lay on your back | | Wed Aug 30 21 46 12 UTC 2023 |
| Text | 670 | | | killingmysee | I'm working out now but I can do it after | | Wed Aug 30 21 47 53 UTC 2023 |
| Text | 672 | | killingmysee | | I just got home | | Fri Sep 01 04 24 14 UTC 2023 |
| Text | 673 | 669 | | killingmysee | Back or tummy? | | Fri Sep 01 13 17 06 UTC 2023 |
| Text | 674 | | killingmysee | | Back | | Fri Sep 01 15 57 05 UTC 2023 |
| Text | 675 | | | killingmysee | Okay | | Fri Sep 01 16 26 15 UTC 2023 |
| Text | 676 | | killingmysee | | Are u off your? | | Fri Sep 01 16 27 54 UTC 2023 |
| Text | 677 | | | killingmysee | Sunday | | Fri Sep 01 16 51 39 UTC 2023 |
| Text | 678 | | killingmysee | | Okay love | | Fri Sep 01 17 52 24 UTC 2023 |
| Text | 679 | | killingmysee | | Did u do what i said | | Fri Sep 01 17 52 29 UTC 2023 |
| Text | 680 | | | killingmysee | Not yet | | Fri Sep 01 18 23 58 UTC 2023 |
| Text | 695 | | killingmysee | | Hi | | Sat Sep 02 09 43 59 UTC 2023 |
| Text | 696 | | killingmysee | | Its my birthday lol | | Sat Sep 02 09 44 02 UTC 2023 |
| Text | 748 | | killingmysee | | I wanna come see u | | Thu Sep 07 20 51 29 UTC 2023 |
| Text | 750 | | killingmysee | | What are u wearing princess | | Thu Sep 07 21 54 38 UTC 2023 |
| Text | 752 | | killingmysee | | Underwear? | | Thu Sep 07 21 57 39 UTC 2023 |
| Text | 753 | | killingmysee | | I also think its time i give u some more moneu | | Thu Sep 07 21 59 50 UTC 2023 |
| Text | 754 | 752 | | killingmysee | I have shorts on | | Thu Sep 07 22 16 05 UTC 2023 |
| Text | 755 | 753 | | killingmysee | Yeah I think so | | Thu Sep 07 22 16 14 UTC 2023 |
| Text | 756 | | killingmysee | | U want me to come see u princess? | | Thu Sep 07 22 23 17 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 757 | | | killingmysee | Yessss | | Thu Sep 07 23 47 28 UTC 2023 |
| Text | 758 | | killingmysee | | Okay i'll come on the 23rd | | Fri Sep 08 00 31 51 UTC 2023 |
| Text | 777 | | killingmysee | | Im gonna look at all of that when i get homee | | Fri Sep 08 01 38 21 UTC 2023 |
| Text | 779 | | | killingmysee | Okay | | Fri Sep 08 02 01 23 UTC 2023 |
| Text | 780 | 758 | killingmysee | | Does that work | | Fri Sep 08 03 24 44 UTC 2023 |
| Text | 781 | | | killingmysee | Maybe | | Fri Sep 08 10 45 13 UTC 2023 |
| Text | 782 | | killingmysee | | Tell mee | | Fri Sep 08 14 37 57 UTC 2023 |
| Text | 783 | | | killingmysee | How old did you say you were | | Fri Sep 08 14 49 53 UTC 2023 |
| Text | 784 | | killingmysee | | I didn't | | Fri Sep 08 15 10 08 UTC 2023 |
| Text | 785 | | killingmysee | | Just like you didn't | | Fri Sep 08 15 10 13 UTC 2023 |
| Text | 786 | | | killingmysee | Well how old are you | | Fri Sep 08 16 26 47 UTC 2023 |
| Text | 787 | | killingmysee | | How old are you | | Fri Sep 08 16 55 59 UTC 2023 |
| Text | 788 | | | killingmysee | I asked you first | | Fri Sep 08 20 37 49 UTC 2023 |
| Text | 789 | | killingmysee | | Im 22 | | Fri Sep 08 20 51 07 UTC 2023 |
| Text | 790 | | | killingmysee | Oh | | Fri Sep 08 20 51 25 UTC 2023 |
| Text | 791 | | killingmysee | | And u? | | Fri Sep 08 20 56 13 UTC 2023 |
| Text | 792 | | killingmysee | | Or do u not wanna tell me | | Fri Sep 08 20 56 18 UTC 2023 |
| Text | 793 | | | killingmysee | 15 | | Fri Sep 08 20 58 44 UTC 2023 |
| Text | 794 | | killingmysee | | Oh | | Fri Sep 08 21 01 33 UTC 2023 |
| Text | 795 | | killingmysee | | Is that a problem for u | | Fri Sep 08 21 01 38 UTC 2023 |
| Text | 796 | | | killingmysee | No | | Fri Sep 08 21 01 42 UTC 2023 |
| Text | 799 | | killingmysee | | Can u sneak me in? | | Fri Sep 08 21 02 03 UTC 2023 |
| Text | 800 | | killingmysee | | At night | | Fri Sep 08 21 02 09 UTC 2023 |
| Text | 801 | | killingmysee | | Or sneak out | | Fri Sep 08 21 02 17 UTC 2023 |
| Text | 802 | | | killingmysee | No there's alert thingy on the door so when it opens it beeps | | Fri Sep 08 21 02 26 UTC 2023 |
| Text | 803 | | killingmysee | | Is there a window | | Fri Sep 08 21 04 03 UTC 2023 |
| Text | 804 | | | killingmysee | I'm on the second story | | Fri Sep 08 21 04 38 UTC 2023 |
| Text | 805 | | killingmysee | | Is it an apartment | | Fri Sep 08 21 05 04 UTC 2023 |
| Text | 806 | | | killingmysee | No | | Fri Sep 08 21 05 11 UTC 2023 |
| Text | 807 | | | killingmysee | It's a house | | Fri Sep 08 21 05 15 UTC 2023 |
| Text | 808 | | killingmysee | | Any window i can climb through at night? | | Fri Sep 08 21 05 31 UTC 2023 |
| Text | 809 | | | killingmysee | I'm not sure | | Fri Sep 08 21 13 29 UTC 2023 |
| Text | 821 | | killingmysee | | Let's see.. i'll come to u on the 23rd | | Fri Sep 08 21 25 48 UTC 2023 |
| Text | 822 | | | killingmysee | I can only do it in the day | | Fri Sep 08 21 26 55 UTC 2023 |
| Text | 823 | | | killingmysee | There's alarms on the windows too | | Fri Sep 08 21 27 03 UTC 2023 |
| Text | 824 | | killingmysee | | Oh damn | | Fri Sep 08 21 33 11 UTC 2023 |
| Text | 825 | | killingmysee | | Ok | | Fri Sep 08 21 33 13 UTC 2023 |
| Text | 826 | | killingmysee | | Can u tell them that you'll back at night | | Fri Sep 08 21 33 35 UTC 2023 |
| Text | 827 | | | killingmysee | I can't | | Fri Sep 08 21 35 26 UTC 2023 |
| Text | 828 | | | killingmysee | You're not listening | | Fri Sep 08 21 35 32 UTC 2023 |
| Text | 829 | | | killingmysee | I can only be out for a few hours | | Fri Sep 08 21 35 40 UTC 2023 |
| Text | 830 | | | killingmysee | Sigh | | Fri Sep 08 21 35 42 UTC 2023 |
| Text | 831 | | | killingmysee | I'll see what I can do | | Fri Sep 08 21 35 48 UTC 2023 |
| Text | 832 | | killingmysee | | Thanks princess | | Fri Sep 08 21 40 25 UTC 2023 |
| Text | 833 | | killingmysee | | I wanna see you for longer | | Fri Sep 08 21 40 31 UTC 2023 |
| Text | 834 | | killingmysee | | I can come to you around 6 | | Fri Sep 08 21 40 42 UTC 2023 |
| Text | 835 | | | killingmysee | That might be a bit late | | Fri Sep 08 21 41 05 UTC 2023 |
| Text | 836 | | | killingmysee | What about 4 or 5? | | Fri Sep 08 21 41 13 UTC 2023 |
| Text | 837 | | killingmysee | | I dont land till 4 | | Fri Sep 08 21 43 18 UTC 2023 |
| Text | 838 | | killingmysee | | You're a 2 hr drive away | | Fri Sep 08 21 43 26 UTC 2023 |
| Text | 839 | | | killingmysee | Your flight alr set? | | Fri Sep 08 21 48 24 UTC 2023 |
| Text | 840 | | killingmysee | | Yeah | | Fri Sep 08 21 52 59 UTC 2023 |
| Text | 841 | | | killingmysee | Oh | | Fri Sep 08 21 53 44 UTC 2023 |
| Text | 842 | | | killingmysee | How long will you stay for? | | Fri Sep 08 21 54 00 UTC 2023 |
| Text | 843 | | killingmysee | | I'll be there for a few days | | Fri Sep 08 22 09 32 UTC 2023 |
| Text | 844 | | killingmysee | | There's a wedding im going to | | Fri Sep 08 22 09 37 UTC 2023 |
| Text | 845 | | | killingmysee | Well can you come the day after then? | | Fri Sep 08 22 22 56 UTC 2023 |
| Text | 846 | | killingmysee | | Sunday? | | Fri Sep 08 22 43 16 UTC 2023 |
| Text | 847 | | | killingmysee | Yeah | | Fri Sep 08 22 43 32 UTC 2023 |
| Text | 848 | | killingmysee | | What time | | Fri Sep 08 22 44 13 UTC 2023 |
| Text | 849 | | | killingmysee | Around 2 maybe | | Fri Sep 08 22 45 15 UTC 2023 |
| Text | 875 | | killingmysee | | So sunday the 24th? | | Sat Sep 09 01 31 50 UTC 2023 |
| Text | 876 | | killingmysee | | Okay | | Sat Sep 09 12 46 09 UTC 2023 |
| Text | 877 | | killingmysee | | If u could sneak me that would be great too | | Sat Sep 09 16 10 42 UTC 2023 |
| Text | 878 | | | killingmysee | Idk | | Sat Sep 09 16 52 54 UTC 2023 |

| content_type | message_id | reply_to_message_id | sender_username | recipient_username | text | media_id | timestamp |
|---|---|---|---|---|---|---|---|
| Text | 879 | | killingmysee | | U can find outtt | | Sat Sep 09 16 55 15 UTC 2023 |
| Text | 880 | | killingmysee | | Gm | | Sat Sep 09 16 55 16 UTC 2023 |
| Text | 881 | | | killingmysee | Every window has an alarm on it | | Sat Sep 09 16 57 59 UTC 2023 |
| Text | 882 | | killingmysee | | Damn u live in a jail | | Sat Sep 09 17 14 10 UTC 2023 |
| Text | 905 | | | killingmysee | U have something for me? | | Fri Sep 15 16 13 12 UTC 2023 |
| Text | 906 | | | killingmysee | Not yet | | Fri Sep 15 16 14 12 UTC 2023 |
| Text | 907 | | | killingmysee | But I can make stuff tmr | | Fri Sep 15 16 14 17 UTC 2023 |
| Text | 908 | | | killingmysee | Well I do have this | | Fri Sep 15 16 14 56 UTC 2023 |
| ExternalMedia | 909 | | | killingmysee | | b~EiQSFXRtc040SWpxMjNBOFBLcWRwb3ljYxoAGgAyAX1IAlAEYAE;b~Chw3SHNySUFCOVlOZVlYRjFHQWY1YTQuMTAyMF8xEikSGjdIc3JJQUI5WU5lWVhGMUdBZjVhNC4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFXRkdk5NVVpnb2tWSXlqZllJZmliVRoAGgAyAX1IAlAEYAE;b~Chx2dEZxb0M5MlMxbGxBdFNUZUdNWmwuMTAyMF8xEikSGnZ0RnFvQzkyUzFsbEF0U1RlR01abC4xMDIwGgAaADIBBEgBUB5gAQ;b~EiQSFU9FbUY1OFY1bmU0d1RLQ2NXOFoyYRoAGgAyAX1IAlAEYAE;b~ChxrSHBQd01WZXdwdjFiVUlJdkxjNEwuMTAyMF8xEikSGmtIcFB3TVZld3B2MWJVSUl2TGM0TC4xMDIwGgAaADIBBEgBUB5gAQ | Fri Sep 15 16 15 43 UTC 2023 |
| Text | 910 | | killingmysee | | Sit on my face my little girl | | Fri Sep 15 16 19 04 UTC 2023 |
| Text | 911 | | killingmysee | | I wanna see you destroy your tight little holes | | Fri Sep 15 16 19 36 UTC 2023 |
| Text | 912 | | killingmysee | | U understand? | | Fri Sep 15 16 19 38 UTC 2023 |
| Text | 913 | | | killingmysee | Yes I understand | | Fri Sep 15 16 41 23 UTC 2023 |
| Text | 914 | | killingmysee | | Good girl | | Fri Sep 15 17 44 00 UTC 2023 |
| Text | 915 | | killingmysee | | Iâ€™ll send u something tonight  ) | | Fri Sep 15 17 44 07 UTC 2023 |
| Text | 916 | | | killingmysee | Okay ðŸ¥° | | Fri Sep 15 17 59 26 UTC 2023 |
| Text | 919 | | killingmysee | | Im coming to you sunday the 24th ok? | | Fri Sep 15 22 45 53 UTC 2023 |
| Text | 920 | | | killingmysee | Alr | | Fri Sep 15 23 44 17 UTC 2023 |
| Text | 939 | | killingmysee | | So iâ€™ll pick u up around 1pm on Sunday? | | Mon Sep 18 17 00 26 UTC 2023 |
| Text | 940 | | | killingmysee | Yeah | | Mon Sep 18 17 29 37 UTC 2023 |
| Text | 941 | | killingmysee | | Can u stay out longer? | | Mon Sep 18 18 29 12 UTC 2023 |
| Text | 942 | | killingmysee | | I donâ€™t know | | Mon Sep 18 18 29 47 UTC 2023 |
| Text | 943 | | | killingmysee | How long will i have with you | | Mon Sep 18 19 08 14 UTC 2023 |
| Text | 944 | | | killingmysee | I wanna take u to get u food too | | Mon Sep 18 19 08 27 UTC 2023 |
| Text | 945 | | | killingmysee | We canâ€™t leave my neighborhood is what interest trying to say | | Mon Sep 18 19 51 27 UTC 2023 |
| Text | 946 | | | killingmysee | How far can we go? | | Mon Sep 18 20 50 55 UTC 2023 |
| Text | 947 | | | killingmysee | What do u suggest | | Mon Sep 18 20 51 00 UTC 2023 |
| Text | 948 | | | killingmysee | I was gonna say we can go in your car | | Mon Sep 18 20 53 48 UTC 2023 |
| Text | 949 | | | killingmysee | Yes we can | | Mon Sep 18 20 56 07 UTC 2023 |
| Text | 950 | | | killingmysee | Where to | | Mon Sep 18 20 56 10 UTC 2023 |
| Text | 951 | | | killingmysee | Idk | | Mon Sep 18 21 14 41 UTC 2023 |
| Text | 952 | | | killingmysee | But u cant sneak me in right? | | Mon Sep 18 22 13 31 UTC 2023 |
| Text | 953 | | | killingmysee | No I canâ€™t | | Mon Sep 18 22 20 46 UTC 2023 |
| Text | 954 | | | killingmysee | Iâ€™ve checked and thereâ€™s no way | | Mon Sep 18 22 20 53 UTC 2023 |
| Text | 955 | | | killingmysee | Ohh | | Mon Sep 18 22 33 37 UTC 2023 |
| Text | 956 | | | killingmysee | Daddy can you send me a dollar? | | Tue Sep 19 01 41 01 UTC 2023 |
| Text | 957 | | | killingmysee | Pleaseeee | | Tue Sep 19 01 41 06 UTC 2023 |
| Text | 958 | | killingmysee | | I can send you 10 | | Tue Sep 19 02 50 25 UTC 2023 |
| Text | 969 | | killingmysee | | How was ur day | | Wed Sep 20 04 10 55 UTC 2023 |
| Text | 970 | | | killingmysee | Bad | | Wed Sep 20 09 38 46 UTC 2023 |
| Text | 971 | | killingmysee | | Why baby | | Wed Sep 20 14 59 57 UTC 2023 |
| Text | 972 | | | killingmysee | It just is | | Wed Sep 20 16 11 27 UTC 2023 |
| Text | 973 | | killingmysee | | You excited to see me this weekend? | | Wed Sep 20 19 07 21 UTC 2023 |
| Text | 974 | | | killingmysee | Yeah | | Wed Sep 20 19 22 48 UTC 2023 |
| Text | 975 | | killingmysee | | Do u have anything new for me | | Wed Sep 20 20 04 38 UTC 2023 |
| Text | 976 | | | killingmysee | Like what? | | Wed Sep 20 20 08 43 UTC 2023 |
| Text | 980 | | | killingmysee | Are you okay | | Thu Sep 21 22 48 04 UTC 2023 |
| Text | 1099 | | | killingmysee | Will u still be in VA? | | Sat Sep 23 20 35 40 UTC 2023 |
| Text | 1138 | | | killingmysee | What | | Sat Sep 23 21 27 32 UTC 2023 |
| Text | 1139 | | | killingmysee | Hi | | Sun Sep 24 13 36 35 UTC 2023 |
| Text | 1140 | | killingmysee | | Heyy | | Sun Sep 24 16 42 34 UTC 2023 |
| Text | 1141 | | killingmysee | | Text my number | | Sun Sep 24 16 42 44 UTC 2023 |
| Text | 1142 | | killingmysee | | 3479354065 | | Sun Sep 24 16 42 51 UTC 2023 |