Government Exhibit 1B

Minor Victim 1

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | ▮▮▮▮▮▮▮▮▮▮ |
| | Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 271 |
| First message sent date/time | 8/30/2023 9:01:22 PM |
| Last message sent date/time | 9/25/2023 9:48:35 PM |
| Case time zone | (UTC) Coordinated Universal Time |



US-00000235



US-00000236



**Local User <IPhone A2172>**
Sorry didn't mean to call
8/30/2023 9:13:38 PM

↗ Sent
**Local User <IPhone A2172>**
It is
8/30/2023 9:13:41 PM

↗ Sent
**Local User <IPhone A2172>**
Maybe its my phone
8/30/2023 9:13:46 PM

✓ Received
8/30/2023 9:13:56 PM
It probably is

✓ Received
8/30/2023 9:14:04 PM
Cuz it's not blurry at all on my end

✓ Received
8/31/2023 2:01:54 AM
Why'd you call

↗ Sent
**Local User <IPhone A2172>**
Didn't mean to
8/31/2023 2:08:08 AM

↗ Sent
**Local User <IPhone A2172>**
How are u
8/31/2023 2:08:10 AM

US-00000237



I'm good hbu

✓ Received
8/31/2023 2:38:00 AM

Local User <IPhone A2172>
Im ok princess

↗ Sent
8/31/2023 3:43:24 AM

Local User <IPhone A2172>
Wyd

↗ Sent
8/31/2023 3:43:26 AM

I'm on the bus

✓ Received
8/31/2023 10:46:49 AM

Local User <IPhone A2172>
School?

↗ Sent
8/31/2023 2:34:40 PM

Yeah

✓ Received
8/31/2023 6:11:01 PM

Local User <IPhone A2172>
How did that go

↗ Sent
8/31/2023 6:28:05 PM

US-00000238



✓ Received
8/31/2023 8:16:16 PM
It was alr

✓ Received
8/31/2023 8:16:19 PM
My first day

Local User <IPhone A2172>
↗ Sent
8/31/2023 8:20:19 PM
Did u have fun baby

✓ Received
8/31/2023 8:36:34 PM
Nope

✓ Received
8/31/2023 8:36:37 PM
I hate school

Local User <IPhone A2172>
↗ Sent
8/31/2023 8:36:47 PM
I did too :)

Local User <IPhone A2172>
↗ Sent
8/31/2023 8:36:56 PM
People are so fake

✓ Received
8/31/2023 8:39:55 PM
Ongggg

US-00000239



**Local User <IPhone A2172>**
↗ Sent
8/31/2023 8:43:12 PM
I'd knock a mf ouy

**Local User <IPhone A2172>**
↗ Edit
8/31/2023 8:43:12 PM
I'd knock a mf out

**Local User <IPhone A2172>**
↗ Sent
8/31/2023 9:46:02 PM
Wyd

✓ Received
8/31/2023 9:56:14 PM
Lmao

✓ Received
8/31/2023 9:56:27 PM

**Local User <IPhone A2172>**
↗ Sent
9/1/2023 1:10:08 AM
Nicee

**Local User <IPhone A2172>**
↗ Sent
9/1/2023 1:10:15 AM
How was tanning

US-00000240



US-00000241



US-00000242



US-00000243



US-00000244



US-00000245



US-00000246



Wyd

At my friends. U ghosted me
✓ Received
9/24/2023 5:10:39 PM

Local User <IPhone A2172>
↗ Sent
9/24/2023 5:14:49 PM
I didn't I just woke up

Local User <IPhone A2172>
↗ Sent
9/24/2023 5:16:35 PM
Im like 4 hrs away from u rn

Local User <IPhone A2172>
↗ Sent
9/24/2023 5:16:42 PM
Can u meet tomorrow

✓ Received
9/24/2023 5:17:30 PM
Maybe. I'm mad at u

✓ Received
9/24/2023 5:17:46 PM
Why should I believe u now

Local User <IPhone A2172>
↗ Sent
9/24/2023 5:17:52 PM
I'll make it up to you. I was so exhausted I slept for like 13 hours

US-00000247



US-00000248



**Local User <IPhone A2172>** — 9/24/2023 5:21:08 PM
I have a surprise for you too

✓ Received — 9/24/2023 5:22:08 PM
I told u I can't do tonight

↗ Sent — 9/24/2023 5:22:46 PM
**Local User <IPhone A2172>**
Tomorrow then?

✓ Received — 9/24/2023 5:23:10 PM
Maybe. It's a school holiday

✓ Received — 9/24/2023 5:23:16 PM
What's my surprise

↗ Sent — 9/24/2023 5:26:27 PM
**Local User <IPhone A2172>**
Ok goood

↗ Sent — 9/24/2023 5:26:46 PM
**Local User <IPhone A2172>**
If I tell u it won't be a surprise

✓ Received — 9/24/2023 5:30:40 PM
Yeeah but how do I know I'll like it

US-00000249



US-00000250



US-00000251



US-00000252



US-00000253



I'll see

[REDACTED]

☺

✔ Received
9/24/2023 6:23:31 PM

[REDACTED]

I still want to see my surprise

✔ Received
9/24/2023 6:24:24 PM

[REDACTED]

Since u told me u have one

✔ Received
9/24/2023 6:24:43 PM

**Local User <IPhone A2172>**

I do baby

↗ Sent
9/24/2023 6:26:16 PM

[REDACTED]

Fineee

✔ Received
9/24/2023 6:28:53 PM

**Local User <IPhone A2172>**

Yesss

↗ Sent
9/24/2023 6:50:25 PM

**Local User <IPhone A2172>**

How long will u have

↗ Sent
9/24/2023 7:15:35 PM

US-00000254



US-00000255



**Local User <IPhone A2172>** — 9/24/2023 9:11:30 PM
Ok where do i pick u up from

Received — 9/24/2023 9:11:38 PM
Ummm

Received — 9/24/2023 9:11:49 PM
I can walk to shopping center down the road

↗ Sent
**Local User <IPhone A2172>** — 9/24/2023 9:12:50 PM
What's the address for that

Received — 9/24/2023 9:13:20 PM
I can see

Received — 9/24/2023 9:14:12 PM
There's a Giant there

Received — 9/24/2023 9:14:16 PM
In haymarket

↗ Sent
**Local User <IPhone A2172>** — 9/24/2023 9:24:23 PM
I need like a location lol

US-00000256



████████████████

✓ Received
9/24/2023 9:37:46 PM

Sorry lemme see

████████████████

✓ Received
9/24/2023 9:39:16 PM

https://maps.apple.com/?
address=5581%20Merchants%20View%20Square,%20Haymarket,%20VA%20%
2020169,%20United%20States&auid=7598938011622546284&ll=38.844913,-7
7.638447&lsp=9902&q=Giant%20Food&t=m

████████████████

✓ Received
9/24/2023 9:39:16 PM

US-00000257



https://maps.apple.com/?
address=5581%20Merchants%20View%20Square,%20Haymarket,%20VA%20%
2020169,%20United%20States&auid=7598938011622546284&ll=38.844913,-7
7.638447&lsp=9902&q=Giant%20Food&t=m

**Local User <IPhone A2172>**                                    ↗ Sent
                                                        9/25/2023 5:43:03 AM
I'll call u tomorrow when i head out from here ok?

                                                        ✓ Received
                                                        9/25/2023 1:45:26 PM
Okay

US-00000258



US-00000259



Okay I guess that's fineee

████████████                                    ↙ Received
                                                9/25/2023 5:38:05 PM
Hi

████████████                                    ↙ Received
                                                9/25/2023 5:38:25 PM
Are u close yet

                              Local User <IPhone A2172>        ↗ Sent
                                                9/25/2023 5:38:32 PM
                              Hii

                              Local User <IPhone A2172>        ↗ Sent
                                                9/25/2023 5:40:21 PM
                              Not yet too much traffic to

                              Local User <IPhone A2172>        ↗ Sent
                                                9/25/2023 5:40:36 PM
                              Its gonna be late

████████████                                    ↙ Received
                                                9/25/2023 5:40:57 PM
Are u actually even coming or r I ghosting me again

                              Local User <IPhone A2172>        ↗ Sent
                                                9/25/2023 5:43:39 PM
                              I promise im coming

US-00000260



US-00000261



Okay then share your location so I can see when to try and leave my house

✓ Received
9/25/2023 6:08:29 PM

**Local User <IPhone A2172>**

↗ Sent
9/25/2023 6:13:47 PM

Thats far

✓ Received
9/25/2023 6:19:29 PM

**Local User <IPhone A2172>**
Ik this traffic and weather is insane

↗ Sent
9/25/2023 6:36:06 PM

**Local User <IPhone A2172>**
2 hrs now

↗ Sent
9/25/2023 7:16:16 PM

Where r u now

✓ Received
9/25/2023 7:16:36 PM

**Local User <IPhone A2172>**
Somewhere in baltimore

↗ Sent
9/25/2023 7:16:51 PM

✓ Received

US-00000262



Send me map. I need to figure out how to get out
9/25/2023 7:17:24 PM

Local User <IPhone A2172>
↗ Sent
9/25/2023 7:17:44 PM

Local User <IPhone A2172>
↗ Sent
9/25/2023 7:37:00 PM
Heyy

Local User <IPhone A2172>
↗ Sent
9/25/2023 7:41:32 PM
Call me

✓ Received
9/25/2023 7:43:08 PM
Im with my friend. Cant talk yet bc her moms here

✓ Received
9/25/2023 7:44:02 PM
Can we get dinner too bc im supposed to eat at my friends too

Local User <IPhone A2172>
↗ Sent
9/25/2023 7:44:34 PM
Okay

Local User <IPhone A2172>
↗ Sent
9/25/2023 7:44:49 PM

US-00000263



US-00000264



US-00000265



US-00000266



My aunt thinks im going to friends for din

**Local User <IPhone A2172>**
↗ Sent
9/25/2023 8:31:13 PM
Ou ok

✓ Received
9/25/2023 8:32:07 PM
I can't have my guardians know tho

**Local User <IPhone A2172>**
↗ Sent
9/25/2023 8:32:23 PM
Then make sure they don't

✓ Received
9/25/2023 8:33:18 PM
Im tryin

✓ Received
9/25/2023 8:33:27 PM
Im excited tho

**Local User <IPhone A2172>**
↗ Sent
9/25/2023 8:33:33 PM
Me too

**Local User <IPhone A2172>**
↗ Sent
9/25/2023 8:33:38 PM
Be there by 5:30

US-00000267



US-00000268



Youll see

9/25/2023 8:36:11 PM

✓ Received
9/25/2023 8:36:24 PM

I like to keep surprises too 😊

**Local User <IPhone A2172>**

Oh yea?

↗ Sent
9/25/2023 8:36:33 PM

✓ Received
9/25/2023 8:37:10 PM

Ofc

✓ Received
9/25/2023 9:04:05 PM

How far r u now

**Local User <IPhone A2172>**

20 mins

↗ Sent
9/25/2023 9:08:55 PM

**Local User <IPhone A2172>**

Start walking soon

↗ Sent
9/25/2023 9:08:59 PM

✓ Received
9/25/2023 9:09:18 PM

Send me map

US-00000269



US-00000270



US-00000271



US-00000272



US-00000273