Government Exhibit 2

Minor Victim 2



**Local User <IPhone A2172>**  8/14/2021 7:51:50 PM
Weird ass mf

✓ Received
8/14/2021 7:52:36 PM
ikr

✓ Received
8/14/2021 7:53:09 PM
my mom said i should work at hooters **lol**

↗ Sent
**Local User <IPhone A2172>**  8/14/2021 8:05:18 PM
Lmaoo did she reallt

↗ Sent
**Local User <IPhone A2172>**  8/14/2021 8:05:25 PM
Really

✓ Received
8/14/2021 8:05:46 PM
yes **lol**

↗ Sent
**Local User <IPhone A2172>**  8/14/2021 8:07:50 PM
Lol wow

↗ Sent
**Local User <IPhone A2172>**  8/14/2021 8:07:58 PM
But you're not old enough yet😊

GX810-000008



✓ Received
8/14/2021 8:08:06 PM

don't you have to be 18

↗ Sent
Local User <IPhone A2172>   8/14/2021 8:08:12 PM
Yeah

✓ Received
8/14/2021 8:08:33 PM

that's in like 2 and a half years

↗ Sent
Local User <IPhone A2172>   8/14/2021 8:09:00 PM
Well then decide in 2 and a half years

✓ Received
8/14/2021 8:09:29 PM

ig

↗ Sent
Local User <IPhone A2172>   8/14/2021 8:27:12 PM
There's better places to work at

✓ Received
8/14/2021 8:27:32 PM

why not here

GX810-000009

█████████████████  ✓ Received
9/6/2021 1:32:33 AM

and lemme guess you're too busy to come this weekend cause you probably aren't even in austin

Local User <IPhone A2172>  ↗ Sent
9/6/2021 1:34:37 AM

I am in Austin. Just a lot going on here

Local User <IPhone A2172>  ↗ Sent
9/6/2021 1:34:50 AM

Whats your address i wanna see how far u are from me

████████████████  ✓ Received
9/6/2021 1:35:51 AM

im pretty sure

████████████████  ✓ Received
9/6/2021 1:36:24 AM

yeah it's that

Local User <IPhone A2172>  ↗ Sent
9/6/2021 1:36:27 AM

What city

████████████████  ✓ Received
9/6/2021 1:41:07 AM

idk if it's schertz or cibolo

GX810-000011

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 2:38:26 AM
Alright give me like 30 mins

[REDACTED]
✓ Received
9/6/2021 2:39:20 AM
so you're coming tonight?

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 2:39:40 AM
I'll let u know in a little bit

[REDACTED]
✓ Received
9/6/2021 2:49:53 AM
how long is a little bit

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 3:21:37 AM
Im coming

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 3:22:32 AM
I'll be there by 12 is that cool

[REDACTED]
✓ Received
9/6/2021 3:23:42 AM
yeah that's fine

GX810-000012

████████████████  ✓ Received
9/6/2021 3:23:46 AM

yay you're finally coming

**Local User <IPhone A2172>**  ↗ Sent
9/6/2021 3:24:38 AM

Lol yes just don't get in trouble

████████████████  ✓ Received
9/6/2021 3:24:45 AM

i won't

████████████████  ✓ Received
9/6/2021 3:39:56 AM

also i'm not putting a bra on so if you can tell i'm not wearing one don't say anything

**Local User <IPhone A2172>**  ↗ Sent
9/6/2021 3:40:58 AM

Omw

**Local User <IPhone A2172>**  ↗ Sent
9/6/2021 3:41:37 AM

Haha that's the first thing im gonna say

████████████████  ✓ Received
9/6/2021 3:41:57 AM

i mean that's just one less thing to worry about taking off

↗ Sent

GX810-000013



**Local User <IPhone A2172>** — 9/6/2021 3:50:09 AM
U right

✓ Received 9/6/2021 3:50:37 AM
exactly so you won't be complaining

✓ Received 9/6/2021 4:05:03 AM
can you bring some weed

✓ Received 9/6/2021 4:05:09 AM
or at least a bong

↗ Sent 9/6/2021 4:05:54 AM
**Local User <IPhone A2172>**
Lol I already left

✓ Received 9/6/2021 4:06:01 AM
damn

↗ Sent 9/6/2021 4:58:10 AM
**Local User <IPhone A2172>**
10 mind away

↗ Sent 9/6/2021 4:58:19 AM
**Local User <IPhone A2172>**
Mins*

GX810-000014

███████████████████

✓ Received
9/6/2021 5:00:31 AM

hold on

Local User <IPhone A2172>

↗ Sent
9/6/2021 5:01:22 AM

Wyd

███████████████████

✓ Received
9/6/2021 5:01:37 AM

going downstairs

███████████████████

✓ Received
9/6/2021 5:08:02 AM

he isn't barking yet

Local User <IPhone A2172>

↗ Sent
9/6/2021 5:08:29 AM

He will as soon as u open the door

███████████████████

✓ Received
9/6/2021 5:08:48 AM

he's knocked out what if i go out the back door

Local User <IPhone A2172>

↗ Sent
9/6/2021 5:08:52 AM

Or when u come back

GX810-000015



**Local User <IPhone A2172>** ↗ Sent 9/6/2021 5:08:58 AM
Ok

**Local User <IPhone A2172>** ↗ Sent 9/6/2021 5:09:08 AM
Just make sure u can go back in

✓ Received 9/6/2021 5:10:10 AM
okay i'm outside

**Local User <IPhone A2172>** ↗ Sent 9/6/2021 5:10:22 AM
Is everything good?

✓ Received 9/6/2021 5:10:32 AM
yeah he didn't make a sound

**Local User <IPhone A2172>** ↗ Sent 9/6/2021 5:11:17 AM
Are u outside

✓ Received 9/6/2021 5:11:23 AM
yup

**Local User <IPhone A2172>** ↗ Sent 9/6/2021 5:11:31 AM
Do u see me

GX810-000016



██████████████████████  ✓ Received
no                       9/6/2021 5:11:41 AM

**Local User <IPhone A2172>**  ↗ Sent
Im here                         9/6/2021 5:12:10 AM

██████████████████████  ✓ Received
whoops it's ████         9/6/2021 5:12:33 AM

██████████████████████  ✓ Received
not ████                 9/6/2021 5:12:38 AM

██████████████████████  ✓ Received
i'm sorry                9/6/2021 5:12:41 AM

**Local User <IPhone A2172>**  ↗ Sent
Im here                         9/6/2021 5:13:31 AM

**Local User <IPhone A2172>**  ↗ Sent by Siri
Fuck you fuck you to see now you ruined it   9/6/2021 7:44:41 AM

GX810-000017

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 8:35:09 AM
Lmk when you get inside

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 9:51:19 AM
Home

✓ Received
9/6/2021 2:28:05 PM
good morning

✓ Received
9/6/2021 3:14:23 PM
i'm so sore

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 8:10:37 PM
Lol how you feeling 👀

✓ Received
9/6/2021 8:19:43 PM
it hurts so bad

✓ Received
9/6/2021 8:25:02 PM
my mom was like weren't you going out and i said he's in austin and then she
was like your friends are flaky when you did come i just can't tell her lll

↗ Sent

GX810-000018



GX810-000019

████████████████████    ✓ Received
9/6/2021 8:39:24 PM

i mean i kinda figured it was going to

████████████████████    ✓ Received
9/6/2021 11:35:36 PM

JASON

████████████████████    ✓ Received
9/6/2021 11:35:44 PM

YOU BRUISED MY NECK

**Local User <IPhone A2172>**    ↗ Sent
9/6/2021 11:35:53 PM

Lol what

**Local User <IPhone A2172>**    ↗ Sent
9/6/2021 11:35:58 PM

How

████████████████████    ✓ Received
9/6/2021 11:36:27 PM

don't ask me i just went to the bathrrom and i was looking and it's all bruised
and there's a scratch lol

**Local User <IPhone A2172>**    ↗ Sent
9/6/2021 11:36:46 PM

Shit 😄

GX810-000020

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 11:36:56 PM
Maybe from me grabbing your neck

✓ Received
9/6/2021 11:37:10 PM
well yeah i figured since you didn't wanna kiss my neck

**Local User <IPhone A2172>**
↗ Sent
9/6/2021 11:51:46 PM
Lol I didn't wanna get you in trouble dummy

✓ Received
9/6/2021 11:52:34 PM
i told you you wouldn't have or you could've left them on my tits or inner thighs

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 1:19:52 AM
Oh yeah

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 1:20:02 AM
I could have

✓ Received
9/7/2021 1:20:22 AM
exactly lol

**Local User <IPhone A2172>**
↗ Sent
9/7/2021 1:29:27 AM

GX810-000021

make that maybe into a yes

9/7/2021 6:44:48 PM

**Local User <IPhone A2172>**

I'll have to see

↗ Sent
9/7/2021 6:45:06 PM

yeah ik

✓ Received
9/7/2021 6:45:18 PM

**Local User <IPhone A2172>**

How's school

↗ Sent
9/7/2021 8:35:44 PM

boring asf but i'm going with my sister and friends after

✓ Received
9/7/2021 8:55:33 PM

**Local User <IPhone A2172>**

Bet she's gonna wanna know more

↗ Sent
9/7/2021 10:38:16 PM

wdym

✓ Received
9/7/2021 10:38:31 PM

**Local User <IPhone A2172>**

About that night

↗ Sent
9/7/2021 10:38:55 PM

GX810-000022

███████████████                                    ✓ Received
                                                   9/7/2021 10:39:07 PM
i told her everything

                                                              ↗ Sent
Local User <IPhone A2172>                          9/7/2021 10:39:50 PM
😵😵

                                                              ↗ Sent
Local User <IPhone A2172>                          9/7/2021 10:40:09 PM
What exactly did u tell her 👀

███████████████                                    ✓ Received
                                                   9/7/2021 10:40:32 PM
i didn't tell her in detail i said we fucked and how good it was lol

                                                              ↗ Sent
Local User <IPhone A2172>                          9/7/2021 10:40:48 PM
Oh lol

                                                              ↗ Sent
Local User <IPhone A2172>                          9/7/2021 10:41:22 PM
And what did she say

███████████████                                    ✓ Received
                                                   9/7/2021 10:41:55 PM
she was like how was mine first bad but mine and our friends good and how
happy she was and stuff

GX810-000023

**Local User <IPhone A2172>**

↗ Sent
9/7/2021 11:08:24 PM

Lol ofc we're like bestfriends

**Local User <IPhone A2172>**

↗ Sent
9/7/2021 11:08:39 PM

Idk I'm just nervous about your sister knowing

✓ Received
9/7/2021 11:08:49 PM

why

**Local User <IPhone A2172>**

↗ Sent
9/7/2021 11:09:07 PM

No idea

✓ Received
9/7/2021 11:10:02 PM

i told her you're 17 cause if i told her your actual age she'd be mad

**Local User <IPhone A2172>**

↗ Sent
9/7/2021 11:28:41 PM

Oop 😬

**Local User <IPhone A2172>**

↗ Sent
9/7/2021 11:28:44 PM

Good thing

✓ Received

GX810-000024



yeah aren't you 20

9/7/2021 11:30:25 PM

**Local User <IPhone A2172>**
Yes ma'am

↗ Sent
9/7/2021 11:32:57 PM

**Local User <IPhone A2172>**
My birthday was just last week dont u remember 😊

↗ Sent
9/7/2021 11:33:12 PM

ik that but i couldn't remember if you were turning 19 or 20

✓ Received
9/7/2021 11:35:18 PM

but i was still right

✓ Received
9/7/2021 11:35:21 PM

**Local User <IPhone A2172>**
Yeah yeah

↗ Sent
9/7/2021 11:38:33 PM

fight me

✓ Received
9/7/2021 11:39:34 PM

**Local User <IPhone A2172>**
I will

↗ Sent
9/7/2021 11:39:48 PM

GX810-000025



now i'm almost home

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
✓ Received
9/14/2021 10:47:41 PM

**Local User <IPhone A2172>**
↗ Sent
9/14/2021 11:09:06 PM
Loved an image

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
✓ Received
9/14/2021 11:12:05 PM
see i'm smart lol

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
✓ Received
9/15/2021 12:02:44 AM
daddy i'm wet

**Local User <IPhone A2172>**
↗ Sent
9/15/2021 12:23:26 AM
Fuck im out rn baby

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
✓ Received
9/15/2021 12:24:07 AM
umm it says i'm 7 days late

**Local User <IPhone A2172>**
↗ Sent
9/15/2021 12:24:25 AM
What

GX810-000026

███████████████

yeah

✓ Received
9/15/2021 12:24:30 AM

**Local User <IPhone A2172>**

What says

↗ Sent
9/15/2021 12:24:35 AM

███████████████

my app that keeps track of my period

✓ Received
9/15/2021 12:24:55 AM

**Local User <IPhone A2172>**

what

↗ Sent
9/15/2021 12:25:16 AM

███████████████

you didn't finish in me though

✓ Received
9/15/2021 12:25:27 AM

**Local User <IPhone A2172>**

No I didn't

↗ Sent
9/15/2021 12:25:34 AM

**Local User <IPhone A2172>**

I thought you said it was supposed to happen this weekend

↗ Sent
9/15/2021 12:26:36 AM

✓ Received

GX810-000027

█████████████████████
9/15/2021 12:27:01 AM

nvm my dumbass read it wrong it says 7 days left lmao my bad

**Local User <IPhone A2172>**
↗ Sent
9/15/2021 12:27:35 AM
YO

**Local User <IPhone A2172>**
↗ Sent
9/15/2021 12:27:51 AM
do not scare me like that 😵

███████████████
✓ Received
9/15/2021 12:27:55 AM

i got so scared for a second

███████████████
✓ Received
9/15/2021 12:28:02 AM

don't scare you i scared myself

███████████████
✓ Received
9/15/2021 12:28:07 AM

my parents would kill me

███████████████
✓ Received
9/15/2021 12:28:13 AM

and i'd have to have the baby

**Local User <IPhone A2172>**
↗ Sent
9/15/2021 12:28:35 AM
Don't even go there 😖

GX810-000028



how far
9/25/2021 9:00:28 AM

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 9:00:45 AM
I'll let u know when im close

✓ Received
9/25/2021 9:00:52 AM
fine

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 9:01:08 AM
Fight me

✓ Received
9/25/2021 9:01:15 AM
i will

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 9:19:37 AM
10 mins

✓ Received
9/25/2021 9:19:53 AM
okay lmk like when your 5 minutes

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 9:28:00 AM
Almost here

GX810-000029



GX810-000030

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 11:35:30 AM
Lol finally

✓ Received
9/25/2021 11:35:47 AM
i was so scared

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 11:38:17 AM
Me too lol

✓ Received
9/25/2021 11:38:34 AM
my moms up too

✓ Received
9/25/2021 11:39:04 AM
i didn't even get to put my ice cream up :(

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 11:39:45 AM
Its ok at least you didn't get caught

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 11:40:04 AM
Eat all of it rn

✓ Received
9/25/2021 11:40:29 AM
i'm gonna sleep and just put it up when i wake up

GX810-000031

███████████████████

cause i can't be up rn or my parents will be suspicious

✓ Received
9/25/2021 11:40:43 AM

**Local User <IPhone A2172>**

Okk

↗ Sent
9/25/2021 11:41:04 AM

**Local User <IPhone A2172>**

Hide the ice cream

↗ Sent
9/25/2021 11:41:10 AM

███████████████████

i did dummy

✓ Received
9/25/2021 11:41:17 AM

**Local User <IPhone A2172>**

U dummy

↗ Sent
9/25/2021 11:41:27 AM

███████████████████

am not

✓ Received
9/25/2021 11:41:32 AM

**Local User <IPhone A2172>**

"Let's get ice cream "

↗ Sent
9/25/2021 11:41:40 AM

GX810-000032

| | ✓ Received |
|---|---|
| | 9/25/2021 11:41:51 AM |
| my bad i wanted ice cream | |

| | ✓ Received |
|---|---|
| | 9/25/2021 11:42:03 AM |
| at least i made it back without getting caught | |

| **Local User <IPhone A2172>** | ↗ Sent |
|---|---|
| | 9/25/2021 11:49:53 AM |
| Lol yes thank god | |

| | ✓ Received |
|---|---|
| | 9/25/2021 1:57:19 PM |
| good morning | |

| | ✓ Received |
|---|---|
| | 9/25/2021 3:33:09 PM |
| you left the hickey right in the middle of my neck | |

| **Local User <IPhone A2172>** | ↗ Sent |
|---|---|
| | 9/25/2021 8:00:45 PM |
| Lol | |

| **Local User <IPhone A2172>** | ↗ Sent |
|---|---|
| | 9/25/2021 8:00:50 PM |
| Did anyone ask yet | |

| | ✓ Received |
|---|---|
| | 9/25/2021 8:01:23 PM |

GX810-000033



no i have to put my hoodie a certain way so it's not noticeable

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:01:29 PM
😂😂

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:01:37 PM
I just woke up btw

✓ Received
9/25/2021 8:01:45 PM
yeah i figured you did

✓ Received
9/25/2021 8:01:59 PM
and how am i supposed to cover it up on monday

✓ Received
9/25/2021 8:02:07 PM
cause nothing covers it

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:02:36 PM
Show me how does it look

✓ Received
9/25/2021 8:02:50 PM
okay

GX810-000034

**Local User <IPhone A2172>**

↗ Sent
9/25/2021 8:03:41 PM

Wow

**Local User <IPhone A2172>**

↗ Sent
9/25/2021 8:03:46 PM

Goodluck 😂

✓ Received
9/25/2021 8:03:53 PM

oh wow thanks

**Local User <IPhone A2172>**

↗ Sent
9/25/2021 8:05:39 PM

Loved "oh wow thanks"

**Local User <IPhone A2172>**

↗ Sent
9/25/2021 8:05:44 PM

😵

**Local User <IPhone A2172>**

↗ Sent
9/25/2021 8:06:10 PM

How u feeling

✓ Received
9/25/2021 8:06:15 PM

next time no hickeys on the middle of my neck got it 😂

↗ Sent

GX810-000035

**Local User \<IPhone A2172\>**   9/25/2021 8:06:27 PM
No promises

✓ Received
9/25/2021 8:06:28 PM
it's a little hard to walk other than that i'm great

✗ Sent
**Local User \<IPhone A2172\>**   9/25/2021 8:06:34 PM
Laughed at "it's a little hard to walk other than that i'm great"

✓ Received
9/25/2021 8:06:49 PM
yes promises

✗ Sent
**Local User \<IPhone A2172\>**   9/25/2021 8:06:55 PM
Nopee

✗ Sent
**Local User \<IPhone A2172\>**   9/25/2021 8:07:14 PM
Loved fucking your brains out last night

✓ Received
9/25/2021 8:07:38 PM
yeah daddy it was great

✗ Sent
**Local User \<IPhone A2172\>**   9/25/2021 8:10:17 PM
Especially when i was pounding u so hard I felt your legs shaking

00000744                                                    GX810-000036

█████████████████
✓ Received
9/25/2021 8:11:19 PM

mmm fuck i'm getting wet thinking about it

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:11:57 PM

Or when I had my mouth and fingers on you at the same time

█████████████
✓ Received
9/25/2021 8:12:24 PM

omg yes that felt amazing

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:13:01 PM

or when i kissed u while fucking u and made u moan in my mouth

██████████████
✓ Received
9/25/2021 8:13:39 PM

fuckk daddy yeah come do it again

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:14:04 PM

u liked getting fucked like daddy's little slut didn't u

███████████████
✓ Received
9/25/2021 8:14:25 PM

ofc i did

GX810-000037

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:15:05 PM
u loved getting spanked and choked while getting pounded like daddy's cumslut

✓ Received
9/25/2021 8:15:45 PM
yeah daddy i loved it all

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:16:41 PM
wyd

✓ Received
9/25/2021 8:16:57 PM
laying in bed wbu

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:17:12 PM
same

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:17:26 PM
Im getting so hard thinking about u

✓ Received
9/25/2021 8:17:41 PM
and i'm wet lol

**Local User <IPhone A2172>**
↗ Sent
9/25/2021 8:17:45 PM
hol on

GX810-000038

██████████████████
✓ Received
10/23/2021 2:23:45 AM

imma take a little nap till 11

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 2:24:11 AM

Haha okay

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 2:24:27 AM

I'll let u know when im about to leave

██████████████████
✓ Received
10/23/2021 2:24:46 AM

okay also imma wear the underwear you like the most

██████████████████
✓ Received
10/23/2021 4:01:13 AM

they asleep

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 4:05:22 AM

Loved "okay also imma wear the underwear you like the most"

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 4:05:27 AM

That's great haha

GX810-000039

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 4:05:35 AM
I'm about to leave

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 4:19:09 AM
Omw

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 5:25:11 AM
10 mins

✓ Received
10/23/2021 5:25:23 AM
okay tell me when you i'm there neighborhood

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 5:30:41 AM
Its ▇▇ right?

✓ Received
10/23/2021 5:30:51 AM
yeah should i go outaide

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 5:31:12 AM
I'll lyk when im outside

✓ Received
10/23/2021 5:31:23 AM
okay

GX810-000040



**Local User <IPhone A2172>**
↗ Sent
10/23/2021 5:37:41 AM
Here

✓ Received
10/23/2021 5:38:06 AM
coming

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 7:52:21 AM
Got in okay?

✓ Received
10/23/2021 7:52:34 AM
yeah but the front door was open when i got here

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 7:53:07 AM
Maybe you left it open

✓ Received
10/23/2021 7:53:14 AM
i did

✓ Received
10/23/2021 7:53:16 AM
whoops

GX810-000041

**Local User <IPhone A2172>**
Lmaoo dummy

↗ Sent
10/23/2021 7:53:29 AM

i swear i shut it

✓ Received
10/23/2021 7:54:03 AM

**Local User <IPhone A2172>**
Well everyone's asleep right?

↗ Sent
10/23/2021 7:54:27 AM

yeah

✓ Received
10/23/2021 7:54:34 AM

**Local User <IPhone A2172>**
Then it was probably you

↗ Sent
10/23/2021 7:54:59 AM

yeah also i found a way to cover them

✓ Received
10/23/2021 8:05:28 AM

**Local User <IPhone A2172>**
How so

↗ Sent
10/23/2021 8:13:51 AM

✓ Received
10/23/2021 8:14:07 AM

GX810-000042



foundation and eyeshadow

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 8:14:41 AM
Lol try it and lmk if it works 😊

✓ Received
10/23/2021 8:14:51 AM
it does work

**Local User <IPhone A2172>**
↗ Sent
10/23/2021 8:15:03 AM
That's good then

✓ Received
10/23/2021 8:15:10 AM
yeah

✓ Received
10/23/2021 1:01:30 PM
good morning

✓ Received
10/23/2021 4:12:41 PM

GX810-000043

██████████████

✓ Received
10/23/2021 4:25:09 PM

my legs almost gave out on me running and it hurts to sit down lol

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 4:25:41 PM

I wonder why 😂

██████████████

✓ Received
10/23/2021 4:26:36 PM

also the makeup only covered the one hickey idk how imma cover the other for the dance

██████████████

✓ Received
10/23/2021 4:47:12 PM

did you even watch the video

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 8:00:19 PM

Lol I didn't

**Local User <IPhone A2172>**

↗ Sent
10/23/2021 8:00:32 PM

Been so busy today

██████████████

✓ Received
10/23/2021 8:01:38 PM

with what

GX810-000046

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:11:08 PM
nicee

wyd
✓ Received
10/24/2021 8:11:51 PM

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:13:20 PM
Driving back to dallas lol

my legs won't stop shaking
✓ Received
10/24/2021 8:16:04 PM

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:19:48 PM
Haha I wonder why

i'm literally sitting on the stairs cause i can't walk down them
✓ Received
10/24/2021 8:20:35 PM

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:20:49 PM
👀👀

GX810-000047

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:20:56 PM
Oops

✓ Received
10/24/2021 8:21:25 PM
why are they shaking so much usually they don't shake for this long

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:21:57 PM
Because I fucked your brains out

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:22:01 PM
:)

✓ Received
10/24/2021 8:22:18 PM
they weren't shaking earlier

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:22:33 PM
lol idkk

✓ Received
10/24/2021 8:22:44 PM
i wanna get food but i can't

**Local User <IPhone A2172>**
↗ Sent
10/24/2021 8:22:56 PM
Is it that bad

GX810-000048

✓ Received
12/3/2021 11:28:01 PM

same if only we were closer we could hang out every day

↗ Sent
**Local User <IPhone A2172>**
12/3/2021 11:57:05 PM

right?? Like i miss fucking ur brains outt

✓ Received
12/3/2021 11:57:48 PM

i got wet just from reading that wtf 😂

↗ Sent
**Local User <IPhone A2172>**
12/3/2021 11:58:07 PM

Haha fuck i miss seeing it😩

✓ Received
12/3/2021 11:59:45 PM

seeing what

✓ Received
12/3/2021 11:59:52 PM

you can just watch the video

↗ Sent
**Local User <IPhone A2172>**
12/4/2021 12:00:01 AM

Your tight pussy

↗ Sent
**Local User <IPhone A2172>**
12/4/2021 12:00:08 AM

GX810-000049



Yess I can

███████████████████ ✓ Received
mmm 12/4/2021 12:16:49 AM

███████████████████ ✓ Received
hey 12/4/2021 10:55:23 PM

Local User <IPhone A2172> ↗ Sent
hii 12/5/2021 1:45:03 AM

███████████████████ ✓ Received
wyd 12/5/2021 1:45:17 AM

Local User <IPhone A2172> ↗ Sent
Watching tv wny 12/5/2021 1:48:52 AM

Local User <IPhone A2172> ↗ Sent
Wby 12/5/2021 1:48:54 AM

███████████████████ ✓ Received
eating 12/5/2021 1:48:59 AM

GX810-000050

██████████████████████
✓ Received
12/16/2021 11:29:24 PM

omg yes

██████████████████████
✓ Received
12/16/2021 11:30:56 PM

i'm so wet daddy

██████████████████████
✓ Received
12/16/2021 11:31:15 PM

can you send me the video of you pounding my pussy

**Local User <IPhone A2172>**
↗ Sent
12/16/2021 11:32:32 PM

Mmm fuck i want you

**Local User <IPhone A2172>**
↗ Sent
12/16/2021 11:32:41 PM

Yea where do u want me to send it

██████████████████████
✓ Received
12/16/2021 11:33:44 PM

here so i can watch it over and over

██████████████████████
✓ Received
12/16/2021 11:33:59 PM

i miss your dick in me making me scream

**Local User <IPhone A2172>**
↗ Sent
12/16/2021 11:34:06 PM



Let me send it on insta

**Local User <IPhone A2172>**
↗ Sent
12/16/2021 11:34:18 PM
Don't want u to get in trouble

✓ Received
12/16/2021 11:34:23 PM
i'm not

✓ Received
12/16/2021 11:34:32 PM
and if i get my phone taken i'll delete

✓ Received
12/16/2021 11:34:34 PM
please

**Local User <IPhone A2172>**
↗ Sent
12/16/2021 11:42:12 PM
Too late

✓ Received
12/16/2021 11:42:24 PM
ugh

✓ Received
12/16/2021 11:46:19 PM
fuckk

GX810-000052

███████████████

i linda sound like a little girl when i scream and talk lol

✓ Received
12/16/2021 11:46:38 PM

**Local User <IPhone A2172>**
Haha i love that

↗ Sent
12/17/2021 12:36:29 AM

███████████████

really you sure we hearing the same thing

✓ Received
12/17/2021 12:37:07 AM

**Local User <IPhone A2172>**
Haha yeah

↗ Sent
12/17/2021 12:43:14 AM

███████████████

what do i sound like to you

✓ Received
12/17/2021 12:43:52 AM

**Local User <IPhone A2172>**
It's just when u start moaning makes me wanna go harder

↗ Sent
12/17/2021 12:44:12 AM

███████████████

why don't you

✓ Received
12/17/2021 12:45:04 AM

✓ Received

GX810-000053

**Local User   IPhone A2172**   1/8/2022 5:40:42 PM

I'll let u know

✓ Received
1/8/2022 5:40:49 PM

oh okay

↗ Sent
**Local User   IPhone A2172**   1/8/2022 10:03:20 PM

Late night tonight?

✓ Received
1/8/2022 10:03:33 PM

what time?

↗ Sent
**Local User   IPhone A2172**   1/8/2022 10:03:43 PM

What time can u sneak out

↗ Sent
**Local User   IPhone A2172**   1/8/2022 10:03:47 PM

Or sneak me in 👀

✓ Received
1/8/2022 10 03 59 PM

jason i can't sneak you in

✓ Received
1/8/2022 10 04 11 PM

but i can sneak out whenever everyone is asleep and idk what time that'll be

**Local User <IPhone A2172>** ↗ Sent
1/8/2022 10:04:28 PM

But it would be so much fun 😂

✓ Received
1/8/2022 10:04:42 PM

ik it would be but i can't

**Local User <IPhone A2172>** ↗ Sent
1/8/2022 10:04:48 PM

Okay I'll come whenever everyone's asleep.. as long as u don't fall asleep

✓ Received
1/8/2022 10:05:04 PM

i'll try not to

✓ Received
1/8/2022 10:05:13 PM

i don't think i will tonight though i slept good

**Local User <IPhone A2172>** ↗ Sent
1/8/2022 10:05:16 PM

I think u should def sneak me in

**Local User <IPhone A2172>** ↗ Sent
1/8/2022 10:05:26 PM

Im still mad at u about that

███████████████

✓ Received
1/8/2022 10:05:47 PM

im sorry i tried to my eyes weren't wit it though lol

███████████████

✓ Received
1/8/2022 10:06:19 PM

i would if i could if my room was downstairs so i could just bring you in the window

**Local User <IPhone A2172>**

↗ Sent
1/8/2022 10:22:03 PM

Lol its okay I can climb

███████████████

✓ Received
1/8/2022 10:22:53 PM

with what

**Local User <IPhone A2172>**

↗ Sent
1/8/2022 10:23:05 PM

No idea 😂

███████████████

✓ Received
1/8/2022 10:23:18 PM

exactly

**Local User <IPhone A2172>**

↗ Sent
1/8/2022 10:23:20 PM

Or just sneak me in the front door 😂

███████████████

✓ Received
1/8/2022 10:23:40 PM

i can't do that cauee my parents can hear a certain stair when you step on it

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:24:08 PM
Then u just tell me not to step on it

████████████████
✓ Received
1/8/2022 10:24:56 PM
idk which one it is

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:26:49 PM
Besides they gonna be sleeping

████████████████
✓ Received
1/8/2022 10:27:08 PM
true but still don't wanna take that chance

████████████████
✓ Received
1/8/2022 10:27:25 PM
like i'm scared to sneak out again tbh lol

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:27:41 PM
That's why u should sneak someone in

**Local User <IPhone A2172>**
↗ Sent
1/8/2022 10:27:52 PM
If they get suspicious i'll just hide😂

███████████
you really wanna come inside that bad?

✓ Received
1/8/2022 10:28:05 PM

**Local User   IPhone A2172**
Im just saying it would be better 😂

↗ Sent
1/8/2022 10:43:57 PM

███████████
how would it be better

✓ Received
1/8/2022 10 45 04 PM

**Local User <IPhone A2172>**
U don't have to sneak out lol

↗ Sent
1/8/2022 10 45 15 PM

███████████
ik there's another reason in your mind lol

✓ Received
1/8/2022 10 45 50 PM

**Local User <IPhone A2172>**
Lmao what reason 👀

↗ Sent
1/8/2022 10 46 53 PM

███████████
idk jason what reason

✓ Received
1/8/2022 10:47:10 PM

↗ Sent

**Local User <IPhone A2172>**
1/8/2022 10:49:22 PM
Idk u seem to know better

████████████
✓ Received
1/8/2022 10:49:52 PM
but i want you to say it

↗ Sent
**Local User <IPhone A2172>**
1/8/2022 11:22:33 PM
Im just saying u won't get in trouble that way

████████████
✓ Received
1/8/2022 11:23:00 PM
no but ik you wanna come in for another reason too

████████████
✓ Received
1/8/2022 11:23:07 PM
so what's the real reason you wanna come in my room

↗ Sent
**Local User <IPhone A2172>**
1/8/2022 11:23:13 PM
Lol what reason is that?

████████████
✓ Received
1/8/2022 11:23:25 PM
you tell me

████████████
✓ Received
1/8/2022 11:23:36 PM
im curious to know

**Local User   IPhone A2172**

↗ Sent
1/8/2022 11:24:02 PM

Lol I already told u the reason

████████████

✓ Received
1/8/2022 11:24:23 PM

okay then what's the other reason

**Local User   IPhone A2172**

↗ Sent
1/8/2022 11:24:38 PM

There is no other reason😂

████████████

✓ Received
1/8/2022 11 25 04 PM

yes there is you keep laughing

████████████

✓ Received
1/8/2022 11 25 09 PM

so just tell me

**Local User <IPhone A2172>**

↗ Sent
1/9/2022 1 03 11 AM

Lol I can't laugh?

████████████

✓ Received
1/9/2022 1 06 19 AM

not unless you tell me the other reason

**Local User <IPhone A2172>** ↗ Sent
1/9/2022 1:08:58 AM
There's no other reason

**Local User <IPhone A2172>** ↗ Sent
1/9/2022 1:09:07 AM
Except that I wanna hold you

✓ Received
1/9/2022 1:10:34 AM
you can do that anywhere

**Local User <IPhone A2172>** ↗ Sent
1/9/2022 1:12:53 AM
But your bed is comfy ☺

✓ Received
1/9/2022 1:13:05 AM
true

**Local User <IPhone A2172>** ↗ Sent
1/9/2022 1:15:36 AM
Yeaa

✓ Received
1/9/2022 1:15:52 AM
so is you're backseat

✓ Received
1/9/2022 1:16:07 AM
but if my bed would be better



GX810-000054

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:50:42 AM
I miss hearing u moan so much

✓ Received
1/9/2022 7:50:55 AM
at least you have the video to watch

✓ Received
1/9/2022 7:51:09 AM
oh also did i tell you i got snap back

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:53:51 AM
I don't have the video anymore

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:53:55 AM
No u didn't

✓ Received
1/9/2022 7:55:55 AM
you deleted it?

✓ Received
1/9/2022 7:55:57 AM
whyyy

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:57:03 AM
Lol I got a new phone

GX810-000055

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:57:09 AM
We can make new ones

✓ Received
1/9/2022 7:57:26 AM
and it didn't transfer over?

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:57:39 AM
No i lost a lot of pics and vids

✓ Received
1/9/2022 7:58:37 AM
important ones?

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:59:11 AM
Yea some

**Local User <IPhone A2172>**
↗ Sent
1/9/2022 7:59:18 AM
Can we make new ones

✓ Received
1/9/2022 7:59:41 AM
yeah ofc

GX810-000056

██████████████████████ ✓ Received
12/14/2022 6:12:04 AM

i've missed you

Local User <IPhone A2172>          ↗ Sent
                                    12/14/2022 6:12:10 AM
I miss you

Local User <IPhone A2172>          ↗ Sent
                                    12/14/2022 6:12:12 AM
Wyd

████████████████ ✓ Received
12/14/2022 6:12:24 AM

about to sleep wbu

Local User <IPhone A2172>          ↗ Sent
                                    12/14/2022 6:12:33 AM
I can't sleep

Local User <IPhone A2172>          ↗ Sent
                                    12/14/2022 6:13:02 AM
I was just going thru my camera roll and found that video of us

██████████████████ ✓ Received
12/14/2022 6:14:38 AM

you still have it?

Local User <IPhone A2172>          ↗ Sent
                                    12/14/2022 6:14:50 AM
apparently i di

                    GX810-000059

**Local User <IPhone A2172>**
↗ Sent
12/14/2022 6:15:46 AM
we need to make better ones

████████████████████
✓ Received
12/14/2022 6:16:55 AM
you'll have to wait and see 😊

████████████████████
✓ Received
12/14/2022 6:17:02 AM
Loved "we need to make better ones "

**Local User <IPhone A2172>**
↗ Sent
12/14/2022 6:17:08 AM
what if I wanna see rn

████████████████████
✓ Received
12/14/2022 6:17:20 AM
i wanna see the video first

**Local User <IPhone A2172>**
↗ Sent
12/14/2022 6:19:51 AM
🔲

**Local User <IPhone A2172>**
↗ Sent
12/14/2022 6:19:57 AM
What do i get

████████████████████
✓ Received
12/14/2022 6:23:24 AM

GX810-000060