Government Exhibit 4

Minor Victim 4

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | |
| | Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 495 |
| First message sent date/time | 12/29/2022 8:25:16 AM |
| Last message sent date/time | 9/25/2023 7:38:18 AM |
| Case time zone | (UTC) Coordinated Universal Time |

---

✓ Received
12/29/2022 8:25:16 AM

↗ ent
Local User <IPhone A2172>          12/29/2022 8:25:33 AM
Loved an image

↗ ent
Local User <IPhone A2172>          12/29/2022 8:25:37 AM
Babygirl

↗ ent
Local User <IPhone A2172>          12/29/2022 8:25:58 AM
Loved an image

↗ ent
Local User <IPhone A2172>          12/29/2022 8:26:08 AM
Loved an image

✓ Received
12/29/2022 8:33:39 AM

██████████████████████████████

**Local User <IPhone A2172>**     ↗ ent
1/10/2023 10:26:16 PM
U blocked me?

**Local User <IPhone A2172>**     ↗ ent
1/13/2023 7:02:26 AM
███

**Local User <IPhone A2172>**     ↗ ent
1/16/2023 9:08:46 PM
Hi

✓ Received
1/19/2023 8:15:12 PM

Hey I'm not supposed to talk to you but

✓ Received
1/19/2023 8:15:20 PM

I am sorry for how I treated you last time

✓ Received
1/19/2023 8:15:24 PM

I have a bf

✓ Received
1/19/2023 8:15:56 PM

But times are tough rn and I was scrolling through my iMessages and I say you were still on here

✓ Received

1/19/2023 8:16:05 PM

So I am sorry for the last time I treated you

**Local User <IPhone A2172>**

↗ Sent
1/19/2023 8:16:37 PM

You just left out of nowhere..

**Local User <IPhone A2172>**

↗ Sent
1/19/2023 8:17:09 PM

I didn't think u would do that to me

**Local User <IPhone A2172>**

↗ Sent
1/24/2023 6:34:22 PM

Hi

**Local User <IPhone A2172>**

↗ Sent
1/30/2023 9:08:47 PM

Hey

✓ Received
4/5/2023 11:48:40 PM

Hey

**Local User <IPhone A2172>**

↗ Sent
4/9/2023 8:42:13 AM

**Local User <IPhone A2172>**

↗ Sent
4/9/2023 8:44:00 AM

**Local User <IPhone A2172>**

↗ Sent
4/9/2023 8:44:18 AM



✓ Received
9/6/2023 11:26:00 PM

Cup Pong

↗ ent
9/7/2023 12:17:45 AM

Local User <IPhone A2172>
Look who it is

↗ ent
9/7/2023 12:52:55 AM

Local User <IPhone A2172>



Cup Pong

✓ Received
9/7/2023 1:09:48 AM

ha

✓ Received
9/7/2023 1:10:10 AM

Cup Pong

Local User <IPhone A2172>                          ↗ ent
                                                   9/7/2023 1:13:39 AM
Why did u text me now

Local User <IPhone A2172>                          ↗ ent
                                                   9/7/2023 1:14:05 AM



Cup Pong

                                                   ✓ Received
█████████████████                                 9/7/2023 11:37:52 AM

i just wanted to play cup pong with someone if you don't want me to text you just let me know

                                                   ✓ Received
█████████████████                                 9/7/2023 11:38:11 AM

Cup Pong

Local User <IPhone A2172>                          ↗ Sent
                                                   9/7/2023 2:24:42 PM



Cup Pong

↗ Sent
**Local User <IPhone A2172>**                                9/7/2023 2:24:49 PM

Im playing am I not

✓ Received
9/7/2023 2:25:31 PM

idk

✓ Received
9/7/2023 2:25:39 PM

i'm sorry,

↗ Sent
**Local User <IPhone A2172>**                                9/7/2023 2:25:47 PM

for what

↗ Sent
**Local User <IPhone A2172>**                                9/7/2023 2:26:11 PM

leaving again or yelling at me for playing a game?

| | ✓ Received |
|---|---|
| | 9/7/2023 2:26:39 PM |

i wasn't yelling.

| | ✓ Received |
|---|---|
| | 9/7/2023 2:26:55 PM |

and bc i needed time to work on me jay

| | ✓ Received |
|---|---|
| | 9/7/2023 2:35:10 PM |

you don't understand ik ik okay i should have talked to you but ik i had to work on me i needed it and yk i'm still working on myself i still got shit i got to figure out and i'm sorry you didn't understand before and that's why i am telling you now jay.

| | ✓ Received |
|---|---|
| | 9/7/2023 2:35:33 PM |

Cup Pong

| | ✓ Received |
|---|---|
| | 9/7/2023 2:38:46 PM |

my grandpa died 1 month ago and i haven't been dealing with it well

| | ✓ Received |
|---|---|
| | 9/7/2023 2:38:58 PM |

i've been doing some bad stuff to myself lately

| | ↗ ent |
|---|---|
| **Local User <IPhone A2172>** | 9/7/2023 3:23:31 PM |

like what

| | ↗ ent |
|---|---|
| **Local User <IPhone A2172>** | 9/7/2023 3:23:52 PM |



Cup Pong

| | ✓ Received |
|---|---|
| | 9/7/2023 4:49:40 PM |

it don't matter

| | ✓ Received |
|---|---|
| | 9/7/2023 4:50:04 PM |

Cup Pong

| | ↗ Sent |
|---|---|
| **Local User <IPhone A2172>** | 9/7/2023 6:15:30 PM |
| it does matter | |

| | ✓ Received |
|---|---|
| | 9/7/2023 6:15:31 PM |

if you don't wanna talk to me that's fine just tell me that okay?

| | ↗ Sent |
|---|---|
| **Local User <IPhone A2172>** | 9/7/2023 6:15:31 PM |

like what

✓ Received
9/7/2023 6:15:40 PM

it don't matter lol

✓ Received
9/7/2023 6:15:43 PM

it really don't

↗ ent
Local User <IPhone A2172>                              9/7/2023 6:16:01 PM



Cup Pong

✓ Received
9/7/2023 6:17:17 PM

Cup Pong

↗ Sent
Local User <IPhone A2172>                              9/7/2023 6:17:32 PM

What did u do

✓ Received
9/7/2023 6:17:41 PM

why does it matter?

✓ Received
9/7/2023 6:17:45 PM

i mean really,

**Local User <IPhone A2172>**                              ↗ ent
Bc i care about you                              9/7/2023 6:18:01 PM

**Local User <IPhone A2172>**                              ↗ ent
Despite you leaving over and over again              9/7/2023 6:18:07 PM

✓ Received
9/7/2023 6:20:21 PM

sorry

✓ Received
9/7/2023 6:20:43 PM

ik that ain't good enough

✓ Received
9/7/2023 6:20:46 PM

ik that

✓ Received
9/7/2023 6:22:47 PM

and why do that i mean like you said i left over and over again

**█████████████**                                           ✓ Received
                                                              9/7/2023 6:23:22 PM
and the last time was bc o had to work on me

                              **Local User <IPhone A2172>**      ↗ ent
                              its ok I understand              9/7/2023 6:50:36 PM

**█████████████**                                           ✓ Received
                                                              9/7/2023 6:51:17 PM
wym

**█████████████**                                           ✓ Received
                                                              9/7/2023 6:51:52 PM
tbh i am still working on a lot of shit

**█████████████**                                           ✓ Received
                                                              9/7/2023 6:52:05 PM
and my grandpa died and i am going through a lot

                              **Local User <IPhone A2172>**      ↗ ent
                              Im sorry                         9/7/2023 6:56:16 PM

                              **Local User <IPhone A2172>**      ↗ ent
                              Im here if u wanna talk about it  9/7/2023 6:56:23 PM

**█████████████**                                           ✓ Received
                                                              9/7/2023 7:09:48 PM
i just know you'll prob get mad

                              **Local User <IPhone A2172>**      ↗ ent

9/7/2023 7:10:13 PM

I wont

**Local User <IPhone A2172>**                                        ↗ Sent
Are u still single                                          9/7/2023 7:10:22 PM

✓ Received
9/7/2023 7:26:12 PM

ya

✓ Received
9/7/2023 7:26:20 PM

and ya you would get mad

**Local User <IPhone A2172>**                                        ↗ Sent
why would i get mad                                        9/7/2023 7:26:30 PM

✓ Received
9/7/2023 7:31:37 PM

bc i cut myself

✓ Received
9/7/2023 7:31:42 PM

that what you wanna hear?

✓ Received
9/7/2023 7:31:47 PM

now your mad.

**Local User <IPhone A2172>**                                        ↗ Sent
im not.. i just wish u would talk to me before u did something like that    9/7/2023 7:32:05 PM

████████████████

✓ Received
9/7/2023 7:33:21 PM

i'm sorry..

Local User <IPhone A2172>

↗ ent
9/7/2023 7:33:28 PM

dont be

Local User <IPhone A2172>

↗ ent
9/7/2023 7:33:32 PM

u want me to be here for u?

████████████████

✓ Received
9/7/2023 7:33:43 PM

that not up to me.

Local User <IPhone A2172>

↗ ent
9/7/2023 7:34:24 PM

do u want me to?

████████████████

✓ Received
9/7/2023 7:34:47 PM

ofc.

████████████████

✓ Received
9/7/2023 7:34:59 PM

but i don't deserve it that's why i understand if you aren't.

Local User <IPhone A2172>

↗ ent
9/7/2023 7:35:06 PM

then im right here

████████████████

✓ Received
9/7/2023 7:35:... PM

or don't wanna be.

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:35:12 PM

so stfu

✓ Received
9/7/2023 7:35:17 PM

oh....

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:35:18 PM

before i fight u

✓ Received
9/7/2023 7:35:27 PM

i'm sorry....

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:37:35 PM

stop saying sorry

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:37:38 PM

im not upset at u

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:37:41 PM

u understand?

✓ Received
9/7/2023 7:37:52 PM

yes.

**Local User <IPhone A2172>**
↗ ent
9/7/2023 7:37:59 PM

good

**Local User <IPhone A2172>**
↗ ent
9/7/2023 7:38:10 PM

now come here and lay on me

✓ Received
9/7/2023 7:39:20 PM

i'm tired.

✓ Received
9/7/2023 7:39:35 PM

and i still have a whole thing i have to go to after school

✓ Received
9/7/2023 7:39:40 PM

it's a hog show for ffa

✓ Received
9/7/2023 7:39:51 PM

and i'm in ffa so i have to stay after

**Local User <IPhone A2172>**
↗ Sent
9/7/2023 7:39:56 PM

sounds exciting tho

✓ Received
9/7/2023 7:39:58 PM

and i have really bad cramps

✓ Received

9/7/2023 7:40:21 PM

it's not exciting when you are bleeding out of your vagina like heavy blood and heavy cramps

Local User <IPhone A2172>

↗ Sent
9/7/2023 7:40:35 PM

oochh

Local User <IPhone A2172>

↗ Sent
9/7/2023 7:40:37 PM

im sorry

✓ Received
9/7/2023 7:40:37 PM

but my mom came to the school and gave me medicine to help with the cramps

✓ Received
9/7/2023 7:40:40 PM

it's fine

Local User <IPhone A2172>

↗ Sent
9/7/2023 7:40:47 PM

wish i could help

✓ Received
9/7/2023 7:41:02 PM

cuddles and pressure on stomach helps

✓ Received
9/7/2023 7:41:05 PM

the cramps

Local User <IPhone A2172>

↗ Sent
9/7/2023 7:41:12 PM

i gotchu princess

████████████████                                    ✓ Received
                                                    9/7/2023 7:41:12 PM
like i cuddle a pillow


████████████████                                    ✓ Received
                                                    9/7/2023 7:47:30 PM
i'm tired


                    Local User <IPhone A2172>            ↗ ent
                    ik me too                       9/7/2023 8:06:35 PM


████████████████                                    ✓ Received
                                                    9/7/2023 8:16:33 PM
ya


                    Local User <IPhone A2172>            ↗ ent
                    when do u get home              9/7/2023 8:17:08 PM


████████████████                                    ✓ Received
                                                    9/7/2023 8:57:08 PM
idk


                    Local User <IPhone A2172>            ↗ ent
                    Oh                              9/7/2023 9:05:04 PM


████████████████                                    ✓ Received
                                                    9/7/2023 10:01:16 PM
ya sorry


                    Local User <IPhone A2172>            ↗ ent

9/7/2023 10:01:44 PM



Cup Pong

✓ Received
9/7/2023 10:45:06 PM



**Cup Pong**

↗ ent
**Local User <IPhone A2172>**                    9/7/2023 11:02:49 PM



Cup Pong

**Local User <IPhone A2172>**

Dont be

Cup Pong

**Local User <IPhone A2172>**



**Local User <IPhone A2172>**    ↗ Sent
9/8/2023 12:29:14 AM
Stupid game

                                ✓ Received
                                9/8/2023 12:29:40 AM
hehe

**Local User <IPhone A2172>**    ↗ Sent
9/8/2023 12:34:22 AM
Wyd

                                ✓ Received
                                9/8/2023 2:49:09 AM
i'm home now

**Local User <IPhone A2172>**    ↗ Sent
9/8/2023 4:12:02 AM
Wanna call tn?

i fell asleep last night i am sorry

✓ Received
9/8/2023 1:22:01 PM

**Local User <IPhone A2172>**
its okayy

↗ ent
9/8/2023 2:41:42 PM

✓ Received
9/8/2023 2:42:26 PM

**Local User <IPhone A2172>**
Loved an image

↗ ent
9/8/2023 2:42:50 PM

**Local User <IPhone A2172>**
So cute

↗ ent
9/8/2023 2:42:52 PM

**Local User <IPhone A2172>**
I wanna see all your pics that I missed

↗ ent
9/8/2023 2:43:03 PM

✓ Received
9/8/2023 2:44:26 PM

✓ Received
9/8/2023 2:44:30 PM

oki

✓ Received

9/8/2023 2:45:52 PM

✓ Received
9/8/2023 2:47:30 PM

✓ Received
9/8/2023 2:49:58 PM

↗ Sent
**Local User <IPhone A2172>**          9/8/2023 2:56:59 PM
I absolutely love all of themm

✓ Received
9/8/2023 3:00:36 PM

thanks lol

↗ Sent
**Local User <IPhone A2172>**          9/8/2023 3:00:47 PM
Is that everything

✓ Received
9/8/2023 3:01:55 PM

i think

↗ Sent
**Local User <IPhone A2172>**          9/8/2023 3:03:53 PM
ok

✓ Received
9/8/2023 3:04:27 PM

it's not

✓ Received
9/8/2023 3:04:33 PM

there is just to much!!

↗ ent
Local User <IPhone A2172>                    9/8/2023 3:04:41 PM
then i want everythinggg

✓ Received
9/8/2023 3:04:46 PM

fineeee

↗ ent
Local User <IPhone A2172>                    9/8/2023 3:04:57 PM
ok princess

✓ Received
9/8/2023 3:07:14 PM

✓ Received
9/8/2023 3:07:34 PM

✓ Received
9/8/2023 3:08:03 PM

✓ Received
9/8/2023 3:08:45 PM

✓ Received

9/8/2023 3:10:42 PM

✓ Received
9/8/2023 3:11:05 PM

✓ Received
9/8/2023 3:11:07 PM

✓ Received
9/8/2023 3:11:17 PM

✓ Received
9/8/2023 3:12:20 PM

✓ Received
9/8/2023 3:13:09 PM

✓ Received
9/8/2023 3:13:21 PM

✓ Received
9/8/2023 3:13:34 PM

✓ Received
9/8/2023 3:14:23 PM

✓ Received
9/8/2023 3:14:28 PM

✓ Received
9/8/2023 3:15:16 PM

✓ Received
9/8/2023 3:15:51 PM

✓ Received
9/8/2023 3:16:02 PM

✓ Received
9/8/2023 3:16:16 PM

that's it

✓ Received
9/8/2023 3:16:19 PM

bc i can't send more

✓ Received
9/8/2023 3:16:28 PM

bc i'm about to pull in to silver dollar city

↗  ent
**Local User <IPhone A2172>**                           9/8/2023 4:32:09 PM
Okayy

↗  ent

Local User <IPhone A2172>
You do take a lottt of pics

9/8/2023 4:32:19 PM

↗ Sent
Local User <IPhone A2172>
I love it tho

9/8/2023 4:32:22 PM

✓ Received
9/8/2023 10:21:11 PM

ya and i don't wanna send more lol

↗ Sent
Local User <IPhone A2172>
lmao finee

9/8/2023 10:23:21 PM

↗ Sent
Local User <IPhone A2172>
but eventually i wanna see all

9/8/2023 10:23:26 PM

✓ Received
9/8/2023 11:41:40 PM

ok

↗ Sent
Local User <IPhone A2172>
how was ur day

9/9/2023 12:23:01 AM

✓ Received
9/9/2023 12:34:38 AM

it was good

✓ Received
9/9/2023 12:34:41 AM

but my foot hurts

✓ Received
9/9/2023 12:34:43 AM

lol

Local User <IPhone A2172>
ent
9/9/2023 1:13:03 AM

u home?

✓ Received
9/9/2023 1:20:02 AM

ya i'm home

Local User <IPhone A2172>
ent
9/9/2023 1:20:59 AM

wanna talk otp

✓ Received
9/9/2023 1:35:30 AM

hold up

✓ Received
9/9/2023 1:41:59 AM

we can call now if you want

Local User <IPhone A2172>
ent
9/9/2023 1:57:32 AM

Local User <IPhone A2172>
ent
9/9/2023 1:58:24 AM

✓ Received

9/9/2023 2:34:43 AM

↗ Sent
**Local User <IPhone A2172>**
9/9/2023 3:15:47 AM
U calling?

✓ Received
9/9/2023 3:23:13 AM

↗ Sent
**Local User <IPhone A2172>**
9/9/2023 3:23:27 AM
Loved an image

✓ Received
9/9/2023 3:24:03 AM

✓ Received
9/9/2023 3:27:34 AM

✓ Received
9/9/2023 3:29:52 AM
?

✓ Received
9/9/2023 3:30:52 AM
jay?

✓ Received
9/9/2023 3:35:25 AM
hey you good?

█████████████████
                                         ✓ Received
                                  9/9/2023 3:37:05 AM

◆ ███████████ Deposited a new message:
"Hey, Jay, it's, hey, are you? Ok. I, I, I'm kind of worried now but, uh, please, uh, call me back if you get this, I'm kind of worried."
Click here: ████████████ to listen to full voice message.

█████████████████
                                         ✓ Received
                                  9/9/2023 3:38:31 AM

☐☐███████████ Deposited a new message:
"I know this is like the second voicemail and I'm not gonna bother you. And II I, I'd really like to bother you but I, I don't know if you're busy or I, I don't know, um there's some part of me that's kind of like worried about you and some part of me that's just like he's just ok, he's ok, but I, I won't bother you. But please, please, please, please please text me as soon as possible. So I know you're ok. Ok. I, I love you. Bye."
Click here: ████████████ to listen to full voice message.

                                         ↗ Sent
**Local User &lt;IPhone A2172&gt;**         9/9/2023 3:45:38 AM

Call me

                                         ✓ Received
█████████████████     9/9/2023 4:06:51 AM

hey

                                         ↗ Sent
**Local User &lt;IPhone A2172&gt;**         9/9/2023 4:07:09 AM

Hii

                                         ↗ Sent
**Local User &lt;IPhone A2172&gt;**         9/9/2023 7:46:36 AM

U awake?

                                         ✓ Received
█████████████████     9/9/2023 1:37:04 PM

fell asleep

███████████

✓ Received
9/9/2023 1:37:08 PM

i'm sorry

███████████

✓ Received
9/9/2023 1:43:50 PM

good morning

Local User <IPhone A2172>                    ↗ ent
9/9/2023 7:27:56 PM

Sorry i got busy

Local User <IPhone A2172>                    ↗ ent
9/9/2023 7:27:59 PM

Family came over

███████████

✓ Received
9/9/2023 7:44:21 PM

k

███████████

✓ Received
9/9/2023 7:44:29 PM

it's all good

███████████

✓ Received
9/9/2023 7:44:33 PM

i fell asleep

Local User <IPhone A2172>                    ↗ ent
9/9/2023 9:34:01 PM

good jobbb

███████████

✓ Received
9/9/2023 1153 PM

huh?

9/9/2023 9:34:12 PM

✓ Received
9/9/2023 9:34:39 PM

😶

✓ Received
9/9/2023 9:34:43 PM

i'm in the bath lol

✓ Received
9/9/2023 9:43:42 PM

weird

✓ Received
9/9/2023 9:43:49 PM

your weird

✓ Received
9/9/2023 9:43:56 PM

but it's okay lol

↗ Sent
9/9/2023 9:44:03 PM

**Local User <IPhone A2172>**
Im omw

✓ Received
9/9/2023 9:44:10 PM

what

↗ Sent
9/9/2023 9:44:11 PM

**Local User <IPhone A2172>**
How am I weird

**Local User <IPhone A2172>**
To you

9/9/2023 9:44:17 PM ↗ ent

✓ Received
9/9/2023 9:44:27 PM

no your not.

**Local User <IPhone A2172>**
I want too

9/9/2023 9:44:40 PM ↗ ent

✓ Received
9/9/2023 9:44:45 PM

what

**Local User <IPhone A2172>**
I wanna come see you

9/9/2023 9:45:09 PM ↗ ent

✓ Received
9/9/2023 9:45:26 PM

your not actually coming are you?

✓ Received
9/9/2023 9:45:31 PM

are you joking

✓ Received
9/9/2023 9:45:35 PM

is this just a joke

✓ Received
9/9/2023 9:45:... PM

9/9/2023 9:46:54 PM

hello?

**Local User <IPhone A2172>**
Maybe one dayy

↗ Sent
9/9/2023 9:47:17 PM

ya but not today lol

✓ Received
9/9/2023 9:50:22 PM

**Local User <IPhone A2172>**
Lmao yk where i live rigjt

↗ Sent
9/9/2023 9:50:46 PM

i forgot lol

✓ Received
9/9/2023 9:51:02 PM

✓ Received
9/9/2023 9:54:37 PM

**Local User <IPhone A2172>**
You're temptinggg

↗ Sent
9/9/2023 9:55:56 PM

huh??

✓ Received
9/9/2023 9:56:15 PM

**Local User <IPhone A2172>**
Sshhh

↗ Sent
9/9/2023 10:11:04 PM

**Local User <IPhone A2172>**
↗ ent
9/9/2023 10:11:14 PM

U have no idea what i'd do to u

oh really like what?

✓ Received
9/9/2023 10:27:10 PM

**Local User <IPhone A2172>**
↗ ent
9/9/2023 11:13:07 PM

like choke you and pin u down

damn

✓ Received
9/9/2023 11:22:54 PM

**Local User <IPhone A2172>**
↗ ent
9/9/2023 11:24:09 PM

Is that what u want

**Local User <IPhone A2172>**
↗ ent
9/10/2023 9:43:28 AM

Hii

hi

✓ Received
9/10/2023 3:22:48 PM

**Local User <IPhone A2172>**
↗ ent
9/10/2023 5:30:46 PM

Gm!!!

✓ Received
9/10/2023

more like afternoon

9/10/2023 5:38:26 PM

**Local User <IPhone A2172>**
Ssshhh

↗ Sent
9/10/2023 5:40:23 PM

**Local User <IPhone A2172>**
Good morning

↗ Sent
9/10/2023 5:40:26 PM

████████████████████

✓ Received
9/10/2023 6:34:25 PM

good afternoon

**Local User <IPhone A2172>**
How r uuu

↗ Sent
9/10/2023 7:50:11 PM

████████████████████

✓ Received
9/10/2023 7:57:43 PM

bad

**Local User <IPhone A2172>**
WHYY

↗ Sent
9/10/2023 7:57:52 PM

**Local User <IPhone A2172>**
Hey

↗ Sent
9/11/2023 4:59:36 AM

████████████████████

✓ Received
9/11/2023 12:54:21 PM

hey

Local User <IPhone A2172>                                    ↗ ent
How r uu                                            9/11/2023 3:22:33 PM

████████████████████                              ✓ Received
i'm fine ig                                        9/11/2023 5:39:58 PM

Local User <IPhone A2172>                                    ↗ ent
Wyd                                                9/11/2023 7:28:43 PM

████████████████████                              ✓ Received
nun                                                9/11/2023 8:37:02 PM

Local User <IPhone A2172>                                    ↗ ent
Wanna call?                                        9/11/2023 9:40:16 PM

████████████████████                              ✓ Received
not really.                                        9/12/2023 2:07:28 AM

Local User <IPhone A2172>                                    ↗ ent
Why..                                              9/12/2023 2:34:37 AM

████████████████████                              ✓ Received
bc i don't                                         9/12/2023 3:30:23 AM

Local User <IPhone A2172>                                    ↗ ent

9/12/2023 3:30:33 AM

what's wrong

✓ Received
9/12/2023 3:31:07 AM

nothing

↗ Sent

**Local User <IPhone A2172>**       9/12/2023 3:31:17 AM

u don't wanna talk?

✓ Received
9/12/2023 4:03:16 AM

fine call me

↗ Sent

**Local User <IPhone A2172>**       9/12/2023 4:04:57 AM

Can I call you later?

↗ Sent

**Local User <IPhone A2172>**       9/12/2023 4:05:08 AM

Driving rn gimme a few

✓ Received
9/12/2023 4:05:08 AM

idk.

✓ Received
9/12/2023 4:05:12 AM

okay

✓ Received
9/12/2023 4:22:43 AM

just call me when you get home ig

idk when i might sleep

✓ Received
9/12/2023 4:22:48 AM

hi

✓ Received
9/12/2023 5:05:06 AM

**Local User <IPhone A2172>**
Hii

↗ Sent
9/12/2023 5:05:39 AM

✓ Received
9/12/2023 5:08:09 AM

✓ Received
9/12/2023 5:17:35 AM

✓ Received
9/12/2023 5:17:41 AM

✓ Received
9/12/2023 5:20:54 AM

**Local User <IPhone A2172>**
Loved an image

↗ Sent
9/12/2023 5:21:15 AM

✓ Received
9/12/2023 5:17:41 AM

9/12/2023 5:26:50 PM



✓ Received
9/12/2023 5:27:58 AM

✓ Received
9/12/2023 7:27:13 AM

:(

↗ Sent
9/12/2023 7:28:40 AM

**Local User <IPhone A2172>**

U want me to stayyy?

↗ Sent
9/12/2023 7:28:44 AM

**Local User <IPhone A2172>**

Call me

✓ Received
9/12/2023 11:46:16 AM

i'm okay

↗ Sent
9/12/2023 3:00:43 PM

**Local User <IPhone A2172>**

Gmmm

✓ Received
9/12/2023 3:00:53 PM

hi ig

✓ Received
9/12/2023 3:02:44 PM

Cup Pong



**Local User <IPhone A2172>**                    ↗ ent
                                        9/12/2023 3:02:56 PM

wyddd

**Local User <IPhone A2172>**                    ↗ ent
                                        9/12/2023 3:03:15 PM



Cup Pong

                                        ✓ Received
                                        9/12/2023 3:05:24 PM



Cup Pong

**Local User <IPhone A2172>**                    ↗ Sent
                                        9/12/2023 3:05:37 PM

u at school?

                                        ✓ Received
                                        9/12/2023 3:05:51 PM

yes



**Local User <IPhone A2172>**                                   ↗ ent
                                                        9/12/2023 3:06:06 PM



Cup Pong

**Local User <IPhone A2172>**                                   ↗ Sent
                                                        9/12/2023 3:06:16 PM
damn i did good

                                                        ✓ Received
                                                        9/12/2023 3:07:22 PM



Cup Pong

**Local User <IPhone A2172>**                                   ↗ Sent
                                                        9/12/2023 3:26:25 PM



Cup Pong

Local User <IPhone A2172>                    ↗ Sent
                                    9/12/2023 10:24:15 PM
Hi

✓ Received
9/12/2023 10:28:58 PM

hey

Local User <IPhone A2172>                    ↗ Sent
                                    9/12/2023 10:29:09 PM
Wydd

✓ Received
9/13/2023 1:46:19 AM

nun

✓ Received
9/13/2023 1:46:37 AM



Cup Pong

▬▬▬▬▬▬▬▬

✓ Received
9/13/2023 12:48:18 PM

i'm so pissed that i got OSS from school

Local User <IPhone A2172>            ↗ ent
Whats oss?                           9/13/2023 2:42:30 PM

Local User <IPhone A2172>            ↗ ent
                                     9/13/2023 2:42:46 PM



Cup Pong

▬▬▬▬▬▬▬▬

✓ Received
9/13/2023 2:44:50 PM

out of school suspension

▬▬▬▬▬▬▬▬

✓ Received
9/13/2023 2:46:15 PM



dumb ass game

✓ Received
9/13/2023 2:46:15 PM

↗ ent
**Local User <IPhone A2172>**
9/13/2023 2:47:02 PM
What for

↗ ent
**Local User <IPhone A2172>**
9/13/2023 2:47:13 PM
hehe im just too good

✓ Received
9/13/2023 2:47:33 PM
trying to fight someone and caught with a vape bc my dumb ass friend and snitches

✓ Received
9/13/2023 2:47:34 PM
lol

✓ Received
9/13/2023 2:57:31 PM
w

✓ Received
9/13/2023 2:57:33 PM
wyd

↗ ent
**Local User <IPhone A2172>**
9/13/2023 3:11:33 PM
wow some friends

**Local User <IPhone A2172>** ↗ ent
9/13/2023 3:11:40 PM

im in online classs wby

✓ Received
9/13/2023 3:13:24 PM

ya i'm laying down

✓ Received
9/13/2023 3:13:30 PM

bored asf

✓ Received
9/13/2023 3:13:43 PM

rather be in school tbh

**Local User <IPhone A2172>** ↗ Sent
9/13/2023 3:13:51 PM

u didnt go today?

✓ Received
9/13/2023 3:13:54 PM

and i never said that

✓ Received
9/13/2023 3:13:56 PM

ya

✓ Received
9/13/2023 3:13:58 PM

i can't

↗ Sent

**Local User <IPhone A2172>**

9/13/2023 3:14:10 PM

ohh

✓ Received
9/13/2023 3:14:34 PM

ya

✓ Received
9/13/2023 3:14:39 PM

i can't tomorrow either

↗ Sent
**Local User <IPhone A2172>**                                        9/13/2023 3:14:46 PM

Why not

✓ Received
9/13/2023 3:15:00 PM

bc i'm out of school suspension lol

↗ Sent
**Local User <IPhone A2172>**                                        9/13/2023 3:15:17 PM

damnn

✓ Received
9/13/2023 3:17:54 PM

ya

✓ Received
9/13/2023 3:18:01 PM

i don't fuck around with people lol

↗ Sent
**Local User <IPhone A2172>**                                        9/13/2023 3:18:08 PM

lmao ik

✓ Received
9/13/2023 3:18:11 PM

ya

✓ Received
9/13/2023 3:18:17 PM

✓ Received
9/13/2023 3:18:21 PM

that me this morning

✓ Received
9/13/2023 3:20:45 PM

✓ Received
9/13/2023 3:21:00 PM

lol how about not that pic lol

Local User <IPhone A2172>

↗ ent
9/13/2023 3:21:03 PM

so prettyyy

Local User <IPhone A2172>

↗ ent
9/13/2023 3:21:10 PM

Loved an image

✓ Received
9/13/2023 3:21:12 PM

no

Local User <IPhone A2172>

↗ ent
9/13/2023 3:21:14 PM

9/13/2023 3:21:18 PM

yes stfu

✓ Received
9/13/2023 3:21:23 PM

the mirror pics idk

✓ Received
9/13/2023 3:21:26 PM

but not that one

↗ Sent
**Local User <IPhone A2172>**          9/13/2023 3:21:39 PM
all of them shush

↗ Sent
**Local User <IPhone A2172>**          9/13/2023 3:21:47 PM
Loved an image

✓ Received
9/13/2023 3:21:54 PM

why don't you come and make me

↗ ent
**Local User <IPhone A2172>**          9/13/2023 3:22:10 PM
u wouldn't be able to handle that

✓ Received
9/13/2023 3:22:25 PM

i'd scream your name so ik

↗ ent
**Local User <IPhone A2172>**          9/13/2023 3:22:46 PM
you better. I'd make u scream

✓ Received
9/13/2023 3:23:01 PM

please do

✓ Received
9/13/2023 3:23:03 PM

↗ ent

**Local User <IPhone A2172>**
9/13/2023 3:23:09 PM

good girl

✓ Received
9/13/2023 3:23:27 PM

i hate sitting here bored

↗ ent

**Local User <IPhone A2172>**
9/13/2023 3:32:50 PM

what do u wanna do

✓ Received
9/13/2023 3:35:00 PM

idk

✓ Received
9/13/2023 3:35:42 PM

i'm just doing stuff rn

↗ ent

**Local User <IPhone A2172>**
9/13/2023 3:37:34 PM

likee?

✓ Received
9/13/2023 3:...

idk if i should tell you

9/13/2023 3:38:13 PM

**Local User <IPhone A2172>**
u should

↗ Sent
9/13/2023 3:38:31 PM

**Local User <IPhone A2172>**
or u can call me too

↗ Sent
9/13/2023 3:38:37 PM

✓ Received
9/13/2023 3:39:57 PM

playing with my clit

**Local User <IPhone A2172>**
no you're nottt

↗ ent
9/13/2023 3:41:12 PM

✓ Received
9/13/2023 3:41:17 PM

yes i ammmm

✓ Received
9/13/2023 3:41:27 PM

i just don't wanna ft

**Local User <IPhone A2172>**
no you're nott

↗ ent
9/13/2023 3:41:56 PM

✓ Received
9/13/2023 3:42:05 PM

yes i am

why you ft me after i say that tho

✓ Received
9/13/2023 3:42:12 PM

**Local User <IPhone A2172>**
bc u lieeee

↗ ent
9/13/2023 3:42:22 PM

**Local User <IPhone A2172>**
Sorry for sending you that

↗ ent
9/13/2023 3:53:04 PM

**Local User <IPhone A2172>**
I feel like shit now

↗ ent
9/13/2023 3:53:10 PM

no

✓ Received
9/13/2023 3:53:17 PM

it's fine

✓ Received
9/13/2023 3:53:21 PM

it's my fault

✓ Received
9/13/2023 3:53:28 PM

**Local User <IPhone A2172>**
its not fine. Im sorry

↗ ent
9/13/2023 3:53:42 PM

**Local User <IPhone A2172>**                                    ↗ ent
I thought u would like it                              9/13/2023 3:53:50 PM

**Local User <IPhone A2172>**                                    ↗ ent
I feel like shit. Sorry.                               9/13/2023 3:54:02 PM

██████████████                                         ✓ Received
                                                       9/13/2023 3:54:08 PM
i don't want people for there body

██████████████                                         ✓ Received
                                                       9/13/2023 3:54:10 PM
i hope yk that

**Local User <IPhone A2172>**                                    ↗ ent
I didn't even say that...                              9/13/2023 3:54:24 PM

**Local User <IPhone A2172>**                                    ↗ ent
nvm. sorry for calling you                             9/13/2023 3:54:34 PM

██████████████                                         ✓ Received
                                                       9/13/2023 3:54:53 PM
no i

██████████████                                         ✓ Received
                                                       9/13/2023 3:54:57 PM
fuck!

██████████████                                         ✓ Received
                                                       9/13/2023 3:54:57 PM

9/13/2023 3:55:24 PM

i was letting yk i never said you said that...

Local User <IPhone A2172>                    ↗ Sent
why would u lmk if i never implied that..     9/13/2023 3:55:59 PM

███████████████                    ✓ Received
i always do that i'm sorry          9/13/2023 3:56:21 PM

███████████████                    ✓ Received
damn                                9/13/2023 3:56:27 PM

Local User <IPhone A2172>                    ↗ Sent
not your fault                      9/13/2023 4:07:04 PM

███████████████                    ✓ Received
obviously it is                     9/13/2023 4:10:14 PM

Local User <IPhone A2172>                    ↗ Sent
no                                  9/13/2023 4:19:55 PM

███████████████                    ✓ Received
i wish i was there                  9/13/2023 4:20:57 PM

Local User <IPhone A2172>                    ↗ Sent
why                                 9/13/2023 4:21:06 PM

█████████████████                                    ✓ Received
                                                     9/13/2023 4:22:00 PM
i wanna make it up to you


█████████████████                                    ✓ Received
                                                     9/13/2023 4:22:07 PM
i sorry


█████████████████                                    ✓ Received
                                                     9/13/2023 4:28:11 PM
.

                            Local User <IPhone A2172>               ↗ Sent
                                                          9/13/2023 4:28:34 PM
                    I wish u were here too


█████████████████                                    ✓ Received
                                                     9/13/2023 4:29:10 PM
tell me how i could make it up to you if i wa s there


█████████████████                                    ✓ Received
                                                     9/13/2023 4:33:01 PM
please


█████████████████                                    ✓ Received
                                                     9/13/2023 4:33:09 PM
i'm sorryy.


█████████████████                                    ✓ Received
                                                     9/13/2023 4:35:25 PM
it can be anything

                                                          ↗ ent
                            Local User <IPhone A2172>

9/13/2023 4:44:47 PM

im not sure

↗ Sent

**Local User <IPhone A2172>**
9/13/2023 4:44:50 PM

but its fine

✓ Received
9/13/2023 4:45:08 PM

██████████████

✓ Received
9/13/2023 4:45:12 PM

██████████████

jay

✓ Received
9/13/2023 4:45:15 PM

██████████████

please

↗ ent

**Local User <IPhone A2172>**
9/13/2023 4:45:17 PM

████

↗ ent

**Local User <IPhone A2172>**
9/13/2023 4:45:50 PM

what would u wanna do

✓ Received
9/13/2023 4:45:52 PM

██████████████

what would you want me to do if i was there

✓ Received
9/13/2023 4:45:57 PM

██████████████

you.

**Local User <IPhone A2172>**

really

↗ ent
9/13/2023 4:46:04 PM

**Local User <IPhone A2172>**

well but you're not here so

↗ ent
9/13/2023 4:46:18 PM

✓ Received
9/13/2023 4:46:42 PM

ik but what would you want me to do

✓ Received
9/13/2023 4:46:52 PM

it can be anything

**Local User <IPhone A2172>**

idk bc i already feel like shit

↗ ent
9/13/2023 4:47:24 PM

✓ Received
9/13/2023 4:47:33 PM

**Local User <IPhone A2172>**

so im not gonna do or say anything that u don't want

↗ Sent
9/13/2023 4:47:44 PM

**Local User <IPhone A2172>**

so i dont feel like this again

↗ Sent
9/13/2023 4:47:54 PM

✓ Received

9/13/2023 4:50:09 PM

█████████████████

no

✓ Received
9/13/2023 4:50:13 PM

█████████████████

hey

✓ Received
9/13/2023 4:50:17 PM

█████████████████

it's okay

↗ Sent
Local User <IPhone A2172>                                    9/13/2023 4:54:47 PM

its not and uk that

↗ Sent
Local User <IPhone A2172>                                    9/13/2023 4:54:57 PM

you wouldn't be reacting like that if it was ok

↗ Sent
Local User <IPhone A2172>                                    9/14/2023 9:06:50 PM

Hi

✓ Received
9/15/2023 2:13:45 PM

█████████████████

hi

↗ Sent
Local User <IPhone A2172>                                    9/15/2023 3:06:05 PM

Gm

✓ Received
9/15/2023 6:51:16 PM

█████████████████

gm



Local User <IPhone A2172>                          ↗ ent
                                                   9/15/2023 6:55:11 PM
how r u

                                                   ✓ Received
                                                   9/15/2023 6:55:27 PM
i'm fine

                                                   ✓ Received
                                                   9/15/2023 6:55:32 PM
friend say hi

Local User <IPhone A2172>                          ↗ ent
                                                   9/15/2023 6:55:46 PM
hi!!

                                                   ✓ Received
                                                   9/15/2023 6:56:09 PM

Local User <IPhone A2172>                          ↗ ent
                                                   9/15/2023 6:56:28 PM
Lol what are ya'll doin

                                                   ✓ Received
                                                   9/15/2023 6:57:12 PM

Local User <IPhone A2172>                          ↗ ent
                                                   9/15/2023 7:19:46 PM
Sounds like fun lol

                                                   ✓ Received
                                                   9/15/2023 7:... PM

9/18/2023 2:39:02 AM

↗ Sent
9/18/2023 3:04:36 AM

**Local User <IPhone A2172>**
Res

↗ Edit
9/18/2023 3:04:36 AM

**Local User <IPhone A2172>**
Red

✓ Received
9/19/2023 6:38:12 AM

ok

↗ Sent
9/19/2023 8:20:41 PM

**Local User <IPhone A2172>**
how r u

✓ Received
9/19/2023 8:21:55 PM

✓ Received
9/19/2023 8:22:01 PM

that's answer your question?

↗ Sent
9/19/2023 8:22:07 PM

**Local User <IPhone A2172>**
WHAT HAPPENED

✓ Received
9/19/2023 8:23:08 PM

it's a ganglion cyst, a pocket of fluid from trauma. i'm in a brace for two weeks to see if it goes down, if it doesn't i have to go back so they can drain it with a needle

**Local User <IPhone A2172>**
↗ Sent
9/19/2023 8:26:20 PM

Wow

✓ Received
9/19/2023 8:30:19 PM

yup

**Local User <IPhone A2172>**
↗ Sent
9/19/2023 8:30:37 PM

How did it happen

✓ Received
9/19/2023 8:32:54 PM

idk

✓ Received
9/24/2023 2:11:10 AM

heyyy

✓ Received
9/24/2023 2:11:17 AM

ik you don't wanna talk to me prob

✓ Received
9/24/2023 2:11:44 AM

bc you never answered and i thought you didn't want me talking to you and i still think that but it's worth a shot trying to talk to you

✓ Received
9/24/2023 2:11:54 AM

alsoooo wanna see what i'm wearing to home comingggggg



✓ Received
9/24/2023 4:20:21 AM

✓ Received
9/24/2023 4:20:21 AM

✓ Received
9/24/2023 4:20:21 AM

**Local User <IPhone A2172>**
Wow

↗ Sent
9/24/2023 4:57:11 AM

**Local User <IPhone A2172>**
I love itt sm

↗ Sent
9/24/2023 4:57:15 AM

thank you☺

✓ Received
9/24/2023 4:57:39 AM

i thought maybe you would

✓ Received
9/24/2023 4:57:49 AM

✓ Received
9/24/2023 4:57:56 AM

so i wanted you to see

**Local User <IPhone A2172>**
↗ ent
9/24/2023 4:57:57 AM

Your ass looks hella fat

**Local User <IPhone A2172>**
↗ ent
9/24/2023 4:58:02 AM

Loved "so i wanted you to see"

✓ Received
9/24/2023 4:58:06 AM

lol bc it is

**Local User <IPhone A2172>**
↗ Sent
9/24/2023 4:58:38 AM

oh yea?

✓ Received
9/24/2023 4:58:45 AM

ya

✓ Received
9/24/2023 4:59:04 AM



e0ff23c2-d238-4b88-8f4c-9e551b5be952.mp4

*Click to play the video attachment.*

✓ Received
9/24/2023 5:06:25 AM

b3cd9652-37d3-4b86-aab9-1cf8943963bf.mp4

*Click to play the video attachment.*

| | |
|---|---|
| **Local User \<IPhone A2172\>** | ↗ Sent |
| Wow | 9/24/2023 5:31:42 AM |

| | |
|---|---|
| ███████████████ | ✓ Received |
| what | 9/24/2023 5:49:58 AM |

| | |
|---|---|
| **Local User \<IPhone A2172\>** | ↗ Sent |
| Ur so cute | 9/24/2023 5:50:27 AM |

| | |
|---|---|
| ███████████████ | ✓ Received |
| thank you | 9/24/2023 5:52:30 AM |

| | |
|---|---|
| **Local User \<IPhone A2172\>** | ↗ Sent |
| ofc princess | 9/24/2023 5:52:52 AM |

| | |
|---|---|
| ███████████████ | ✓ Received |
| can we call i can't sleep and i'm tired but i can't sleep | 9/24/2023 5:53:12 AM |

| | |
|---|---|
| ███████████████ | ✓ Received |
| if not you can tell me no | 9/24/2023 5:54:46 AM |

| | |
|---|---|
| **Local User \<IPhone A2172\>** | ↗ Sent |
| | 9/24/2023 5:54:47 AM |

i wish but im not home baby

**Local User <IPhone A2172>**
Im in Pennsylvania

↗ ent
9/24/2023 5:55:06 AM

oki

✓ Received
9/24/2023 5:55:12 AM

it's fine

✓ Received
9/24/2023 5:55:16 AM

**Local User <IPhone A2172>**
Yea i came for a wedding

↗ ent
9/24/2023 5:59:11 AM

ah

✓ Received
9/24/2023 5:59:18 AM

**Local User <IPhone A2172>**
yeaa

↗ ent
9/24/2023 5:59:49 AM

**Local User <IPhone A2172>**
how are u

↗ ent
9/24/2023 5:59:50 AM

i'm okay ig

✓ Received
9/24/2023 6:00:02 AM



**Local User <IPhone A2172>**
u sure?



9/25/2023 7:38:18 AM



✓ Received
9/25/2023 7:38:18 AM