Government Exhibit 5

Minor Victim 5

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | ██████████████████ |
| | Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 253 |
| First message sent date/time | 1/31/2023 8:26:58 AM |
| Last message sent date/time | 4/14/2023 11:44:20 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**Local User <IPhone A2172>**                               ↗ ent
Heyy you                                          1/31/2023 8:26:58 AM

**Local User <IPhone A2172>**                               ↗ ent
Its Jay                                           1/31/2023 8:27:01 AM

██████████████████                           ✓ Received
hii jay                                           1/31/2023 8:27:35 AM

**Local User <IPhone A2172>**                               ↗ ent
heyy                                             1/31/2023 8:28:39 AM

**Local User <IPhone A2172>**                               ↗ ent
call me?                                          1/31/2023 8:28:42 AM

**Local User <IPhone A2172>**
1/31/2023 9:20:29 AM  ↗ ent

**Local User <IPhone A2172>**
1/31/2023 9:22:39 AM  ↗ ent

✓ Received
1/31/2023 3:10:13 PM

good morning ‼ my phone died last night lol

✓ Received
1/31/2023 3:10:23 PM

and schools cancelled for me woo

**Local User <IPhone A2172>**
1/31/2023 7:17:39 PM  ↗ ent

Yayy

**Local User <IPhone A2172>**
1/31/2023 7:17:41 PM  ↗ ent

Hii

**Local User <IPhone A2172>**
1/31/2023 7:17:52 PM  ↗ ent

I attended my class and then fell back asleep

**Local User <IPhone A2172>**
1/31/2023 7:32:47 PM  ↗ ent

Its so cold all i wanna do is sleep

✓ Received

1/31/2023 9:23:12 PM

same that's what i've been doing lmao i just woke up again

↗ Sent
**Local User <IPhone A2172>**
1/31/2023 9:27:44 PM
Haha sleepyhead

↗ Sent
**Local User <IPhone A2172>**
1/31/2023 9:37:54 PM
Wyd

✓ Received
1/31/2023 9:38:02 PM

Loved "Haha sleepyhead "

✓ Received
1/31/2023 9:38:15 PM

still laying in bed lmfao

✓ Received
1/31/2023 9:38:17 PM

wbu?

↗ Sent
**Local User <IPhone A2172>**
1/31/2023 9:39:32 PM
haha want company?

✓ Received
1/31/2023 9:46:24 PM

yes that would be so nice

↗ ent
**Local User <IPhone A2172>**
1/31/2023 9:55:20 PM

✓ Received
1/31/2023 9:58:53 PM

↗ ent
Local User <IPhone A2172>
Loved a movie
1/31/2023 9:59:25 PM

↗ ent
Local User <IPhone A2172>
1/31/2023 10:06:01 PM

↗ ent
Local User <IPhone A2172>
1/31/2023 10:58:24 PM

✓ Received
1/31/2023 10:59:52 PM
gosh i wish you were next to me right now

✓ Received
1/31/2023 11:00:03 PM
i don't know what i would do but i still want it

↗ ent
Local User <IPhone A2172>
if i was next to you you'd be getting pounded rn
1/31/2023 11:03:07 PM

✓ Received
1/31/2023 11:04:23 PM
which position would you have me in?

Local User <IPhone A2172>                                    ↗ ent
                                                    1/31/2023 11:06:50 PM
probably missionary first

Local User <IPhone A2172>                                    ↗ ent
                                                    1/31/2023 11:06:52 PM
Then doggy

█████████████████████          ✓ Received
                               1/31/2023 11:07:39 PM
id love that one

█████████████████████          ✓ Received
                               1/31/2023 11:07:50 PM
you could shove my face into my pillow to keep me quiet

Local User <IPhone A2172>                                    ↗ ent
                                                    1/31/2023 11:21:53 PM
And pull u up by your hair and leave marks all over ur necl

Local User <IPhone A2172>                                    ↗ ent
                                                    1/31/2023 11:21:55 PM
neck*

█████████████████████          ✓ Received
                               1/31/2023 11:22:38 PM
yah and hold my hips still so you can fuck me as deep as possible

Local User <IPhone A2172>                                    ↗ ent
                                                    1/31/2023 11:26:12 PM
and spank you till i leave my handprint on ur ass

                               ✓ Received
█████████████████████

yes pleaseee

1/31/2023 11:38:18 PM

▬▬▬▬▬▬▬▬▬▬

✓ Received
1/31/2023 11:38:26 PM

mark me up so everyone knows i'm yours

Local User <IPhone A2172>

↗ Sent
1/31/2023 11:38:47 PM

you're my dirty whore u understand?

▬▬▬▬▬▬▬▬▬▬

✓ Received
1/31/2023 11:45:23 PM

yes sir

Local User <IPhone A2172>

↗ ent
2/1/2023 12:05:15 AM

good girl

Local User <IPhone A2172>

↗ ent
2/1/2023 12:05:24 AM

where are my pics

▬▬▬▬▬▬▬▬▬▬

✓ Received
2/1/2023 12:07:56 AM

ahh i forgot daddy

▬▬▬▬▬▬▬▬▬▬

✓ Received
2/1/2023 12:08:02 AM

what kind of pics do you want?

Local User <IPhone A2172>

↗ ent
2/1/2023 12:09:01 AM

whatever u have

✓ Received
2/1/2023 12:15:57 AM

let's see i have a video if you wanna see it

↗ ent
**Local User <IPhone A2172>**                    2/1/2023 12:18:12 AM

ofc i do

✓ Received
2/1/2023 12:25:46 AM

↗ ent
**Local User <IPhone A2172>**                    2/1/2023 12:39:18 AM

i love that

✓ Received
2/1/2023 12:44:14 AM

i'm glad ☐☐

↗ ent
**Local User <IPhone A2172>**                    2/1/2023 1:10:47 AM

you should keep going

✓ Received
2/1/2023 1:17:57 AM

can you send me something to think of while i do?

↗ Sent
**Local User <IPhone A2172>**                    2/1/2023 1:29:35 AM

hmm yes i can baby

↗ Sent

**Local User <IPhone A2172>**    2/1/2023 1:29:40 AM
i wanna see you ride your dildo

**Local User <IPhone A2172>**    ↗ Sent
2/1/2023 1:30:26 AM

✓ Received
2/1/2023 2:02:33 AM

i love seeing you cum omg

✓ Received
2/1/2023 2:04:14 AM

i'll send you my vid but it might take a while it's a minute long and my phone is acting up

**Local User <IPhone A2172>**    ↗ Sent
ofc baby!    2/1/2023 2:04:24 AM

**Local User <IPhone A2172>**    ↗ Sent
you're worth waiting for    2/1/2023 2:04:28 AM

✓ Received
2/1/2023 2:04:42 AM

Loved "you're worth waiting for"

✓ Received
2/1/2023 2:08:47 AM

here it isss

✓ Received
2/1/2023 2:08:55 AM

it's so hard to ride this one i wish i had one of those ones with the suction cups at the bottom

✓ Received
2/1/2023 2:09:07 AM

██████████████

or better yet a real dick attached to a real person ☐

↗ ent
2/1/2023 2:10:57 AM

**Local User <IPhone A2172>**
you did good baby

↗ ent
2/1/2023 2:11:13 AM

**Local User <IPhone A2172>**
turn around and bounce your ass up and down that dildo u little slut

↗ ent
2/1/2023 2:13:09 AM

**Local User <IPhone A2172>**
U understand?

✓ Received
2/1/2023 2:13:32 AM

██████████████

yes daddy, i'm on it now ☐

✓ Received
2/1/2023 2:21:36 AM

██████████████

☒sorry this angle is kinda hard to film lol

↗ ent
2/1/2023 2:23:02 AM

**Local User <IPhone A2172>**
you did good princess. how did it feel

✓ Received
2/1/2023 2:24:13 AM

██████████████

felt reallly good but i think it would feel better if it could stay still

↗ Sent

**Local User <IPhone A2172>**
ikr. Feel like u need a different toy

2/1/2023 2:24:30 AM

████████████████

✓ Received
2/1/2023 2:26:54 AM

yess so much

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 2:27:55 AM

i want you to slide a finger inside your ass

████████████████

✓ Received
2/1/2023 2:30:01 AM

i would but it's gonna be kinda uncomfortable my nails are too long    i'm sorry daddy

**Local User <IPhone A2172>**

↗ ent
2/1/2023 2:30:19 AM

its alright princess. u should try it with the dildo

████████████████

✓ Received
2/1/2023 2:33:20 AM

i'll tryy

████████████████

✓ Received
2/1/2023 2:34:54 AM

it's so hard it's a big stretch    i have to be worked open there

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 2:39:06 AM

spit on it and try your best

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 2:39:15 AM

But if it hurts u can stop

**Local User <IPhone A2172>**
↗ ent
2/1/2023 2:39:17 AM

u understand?

✓ Received
2/1/2023 2:43:46 AM

i did, it hurt    but it's okay

✓ Received
2/1/2023 2:44:10 AM

maybe when you come see me you can work me up to fit something that big

**Local User <IPhone A2172>**
↗ Sent
2/1/2023 3:02:28 AM

i can

**Local User <IPhone A2172>**
↗ Sent
2/1/2023 3:02:46 AM

by spitting on it and sliding my fingers inside

**Local User <IPhone A2172>**
↗ Sent
2/1/2023 3:02:50 AM

stretching it open

✓ Received
2/1/2023 3:04:07 AM

yess

✓ Received
2/1/2023 3:04:30 AM

and hook your fingers and rub the insides i'm so sensitive there

**Local User <IPhone A2172>**                                                 ↗ ent
2/1/2023 3:05:51 AM

yess slide it in all the way till u feel your insides being rearranged

✓ Received
2/1/2023 3:09:07 AM

yesss

✓ Received
2/1/2023 3:09:19 AM

it's gonna be really hard to keep me quiet if you do that

**Local User <IPhone A2172>**                                                 ↗ ent
2/1/2023 3:11:19 AM

im still gonna do it

**Local User <IPhone A2172>**                                                 ↗ ent
2/1/2023 3:11:22 AM

u understand ?

✓ Received
2/1/2023 3:13:49 AM

yess daddy

✓ Received
2/1/2023 3:13:58 AM

tell me what else you're gonna do to me please

**Local User <IPhone A2172>**                                                 ↗ ent
2/1/2023 3:16:00 AM

i wanna see u piss on yourself u fucking whore

                                                                              ↗ ent

**Local User <IPhone A2172>**

2/1/2023 3:17:54 AM

i will grab you by your hair and make u get on your knees and shove my whole cock down your throat.. then pull it out slap you and spit in your mouth and shove it back in

✓ Received
2/1/2023 3:18:51 AM

ohh my gosh i wish you were here with me

✓ Received
2/1/2023 3:19:05 AM

i want you to make me hold it in until i can't anymore

↗ ent

**Local User <IPhone A2172>**   2/1/2023 3:22:20 AM

i will! i wanna see u cover yourself in your piss

✓ Received
2/1/2023 3:25:42 AM

you could fuck me while i have to piss too

↗ ent

**Local User <IPhone A2172>**   2/1/2023 3:26:01 AM

oh i will. Make u beg me to let u piss

✓ Received
2/1/2023 3:26:05 AM

it makes me cum sooner and when i do it's soo hard to hold it in i would piss myself on your dick

✓ Received
2/1/2023 3:26:06 AM

yess

↗ ent

**Local User <IPhone A2172>**   2/1/2023 3:26:12 AM

can i see u piss on yourself?

**Local User <IPhone A2172>**                                              ↗ ent
                                                                    2/1/2023 3:26:25 AM
u better fucking ask me before u understand?

                                                                    ✓ Received
                                                                    2/1/2023 3:27:01 AM
yes daddy, i won't do anything without your permission first

                                                                    ✓ Received
                                                                    2/1/2023 3:28:03 AM
i'll drink a couple water bottles now and if you want you can make me hold it

**Local User <IPhone A2172>**                                              ↗ ent
                                                                    2/1/2023 3:35:40 AM
oh yes i will

                                                                    ✓ Received
                                                                    2/1/2023 3:40:30 AM
Loved "oh yes i will "

**Local User <IPhone A2172>**                                              ↗ ent
                                                                    2/1/2023 3:43:11 AM
did u do it

                                                                    ✓ Received
                                                                    2/1/2023 3:43:51 AM
i'm drinking the rest of this bottle and then i'll be done

**Local User <IPhone A2172>**                                              ↗ ent
                                                                    2/1/2023 3:43:57 AM
Good girl

                                                                    ✓ Received

i finishedd it'll be a few minutes before i start feeling the need to go tho

**Local User <IPhone A2172>** ↗ Sent
2/1/2023 4:04:32 AM

let me know when u feel like u need to go

✓ Received
2/1/2023 4:13:22 AM

i think cause i peed earlier it's taking longer i'm drinking another bottle

**Local User <IPhone A2172>** ↗ Sent
2/1/2023 4:21:10 AM

that's okay love. Take your time

**Local User <IPhone A2172>** ↗ Sent
2/1/2023 4:21:15 AM

U only pee when i say so

✓ Received
2/1/2023 4:23:18 AM

yes daddy ☐

✓ Received
2/1/2023 4:26:41 AM

i finished, i think i'm going to start feeling it soon

✓ Received
2/1/2023 4:34:39 AM

ahh i feel like i have to go

✓ Received
2/1/2023 5:04:59 AM

i just drank some more water i wanna be really desperate

**Local User <IPhone A2172>**  ↗ ent
2/1/2023 5:07:49 AM
you don't fucking go yet

**Local User <IPhone A2172>**  ↗ ent
2/1/2023 5:07:51 AM
u understand?

✓ Received
2/1/2023 5:08:09 AM

yesss daddy i understand

✓ Received
2/1/2023 5:11:06 AM

ahh fuck i have to go so bad

**Local User <IPhone A2172>**  ↗ ent
2/1/2023 5:14:24 AM
not yet

**Local User <IPhone A2172>**  ↗ ent
2/1/2023 5:14:33 AM
who's my dirty whore

✓ Received
2/1/2023 5:15:09 AM

me daddy i am

✓ Received
2/1/2023 5:15:23 AM

i wish you were here to press over my bladder that would hurt so good

✓ Received

daddy pleasee i have to go so bad

2/1/2023 5:20:07 AM

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 5:20:12 AM

i'd press over it and slap you. you're not allowed to go yet u understand?

✓ Received
2/1/2023 5:20:24 AM

yes daddy i understand

✓ Received
2/1/2023 5:20:29 AM

i'm so wet

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 5:20:58 AM

beg for it when it's uncontrollable

✓ Received
2/1/2023 5:21:09 AM

i will daddy

**Local User <IPhone A2172>**

↗ Sent
2/1/2023 5:21:23 AM

that's my girl

✓ Received
2/1/2023 5:28:17 AM

daddy i don't know how much longer i can hold it

✓ Received
2/1/2023 5:31:49 AM

daddy please

**Local User <IPhone A2172>**                                    ↗ ent
beg for it u dirty whore                                   2/1/2023 5:32:08 AM

✓ Received
2/1/2023 5:33:13 AM

pleaseee let me pee i have to go so bad

✓ Received
2/1/2023 5:33:39 AM

fuuck daddy i'm so wet it feels good to hold it for you

✓ Received
2/1/2023 5:35:09 AM

daddy pleaseeee

✓ Received
2/1/2023 5:36:38 AM

ah daddy please

✓ Received
2/1/2023 5:36:42 AM

i wanna pee so bad

✓ Received
2/1/2023 5:39:39 AM

daddyyyyy

**Local User <IPhone A2172>**                                    ↗ ent
ok u can go now                                           2/1/2023 5:41:40 AM

↗ ent

**Local User <IPhone A2172>**  2/1/2023 5:41:51 AM

i wanna see u piss all over yourself and thank daddy

↗ Sent
**Local User <IPhone A2172>**  2/1/2023 5:41:54 AM

u understand ?

✓ Received
2/1/2023 5:41:58 AM

thank youu thank you daddy i understand

✓ Received
2/1/2023 5:47:38 AM

⌧thank you daddy

✓ Received
2/1/2023 5:48:12 AM

that felt so good i'm wet in two ways

↗ Sent
**Local User <IPhone A2172>**  2/1/2023 6:12:21 AM

That was good baby

↗ Sent
**Local User <IPhone A2172>**  2/1/2023 6:12:31 AM

next time u piss all over your body

↗ Sent
**Local User <IPhone A2172>**  2/1/2023 6:12:34 AM

do u understand

✓ Received
2/1/2023 6:13:22 AM

yes daddy

✓ Received
2/1/2023 6:13:32 AM

Loved "That was good baby"

↗ ent
Local User <IPhone A2172>
2/1/2023 6:16:15 AM
good girl

↗ ent
Local User <IPhone A2172>
2/1/2023 6:16:26 AM
i wanna see u covered in your own piss

✓ Received
2/1/2023 6:20:15 AM

yes daddy i wanna be covered in it too

✓ Received
2/1/2023 6:20:24 AM

i wanna feel you pissing on me

↗ ent
Local User <IPhone A2172>
2/1/2023 6:23:44 AM
yess u will

↗ ent
Local User <IPhone A2172>
2/1/2023 6:23:51 AM
and u will take it in your mouth

↗ ent
Local User <IPhone A2172>
2/1/2023 6:23:53 AM
u understand?

✓ Received

yes daddy i can't wait

Received
2/1/2023 6:28:22 AM

daddy i wanna make you cum

Sent
2/1/2023 6:31:18 AM

**Local User <IPhone A2172>**
we'll find out. when i call you

Received
2/1/2023 6:32:47 AM

Loved "we'll find out. when i call you"

Received
2/1/2023 6:33:29 AM

daddy i'm such a needy whore for your dick when can you call me?

Sent
2/1/2023 6:38:19 AM

**Local User <IPhone A2172>**
in a few babygirl. im eating rn

Received
2/1/2023 8:58:31 AM

Sent
2/1/2023 9:12:45 AM

**Local User <IPhone A2172>**
Loved an image

Sent
2/1/2023 9:12:56 AM

**Local User <IPhone A2172>**
Loved an image

**Local User <IPhone A2172>**
Good morning baby

↗ ent
2/1/2023 6:28:36 PM

✓ Received
2/1/2023 9:05:50 PM

i just woke up lmao good morning/afternoon

✓ Received
2/1/2023 9:05:53 PM

how were your classes?

**Local User <IPhone A2172>**
i still have one more

↗ ent
2/1/2023 10:00:09 PM

**Local User <IPhone A2172>**
sleepyhead

↗ ent
2/1/2023 10:00:12 PM

✓ Received
2/1/2023 10:17:54 PM

Loved "sleepyhead "

✓ Received
2/1/2023 10:18:53 PM

ohh have fun lmao

✓ Received
2/1/2023 10:19:02 PM

did you already have your exam?

↗ ent

**Local User <IPhone A2172>**  2/1/2023 10:19:42 PM
yeah i did

2/1/2023 10:19:54 PM  ✓ Received
how was it?

↗ Sent  2/1/2023 10:20:05 PM
**Local User <IPhone A2172>**
i think i did alright

↗ Sent  2/1/2023 10:20:09 PM
**Local User <IPhone A2172>**
might pass

↗ ent  2/1/2023 10:34:34 PM
**Local User <IPhone A2172>**
wyd

2/1/2023 10:51:49 PM  ✓ Received
Loved "might pass     "

2/1/2023 10:51:58 PM  ✓ Received
yay that's good ! lmao

2/1/2023 10:52:09 PM  ✓ Received
i'm in the shower

↗ ent  2/1/2023 10:52:18 PM
**Local User <IPhone A2172>**

i wanna see you!

✓ Received
2/1/2023 10:52:23 PM

Loved "i wanna see you!"

✓ Received
2/1/2023 10:55:22 PM

✓ Received
2/1/2023 10:55:30 PM

**Local User <IPhone A2172>**
who's my dirty whore

↗ Sent
2/1/2023 10:56:37 PM

✓ Received
2/1/2023 10:58:14 PM

mee <3

**Local User <IPhone A2172>**
good girl

↗ Sent
2/1/2023 11:10:19 PM

**Local User <IPhone A2172>**
i wanna see u bent over

↗ Sent
2/1/2023 11:11:04 PM

✓ Received
2/1/2023 11:38:57 PM

███████████████████                                    ✓ Received
2 angles ☐                                             2/1/2023 11:39:01 PM

                    **Local User <IPhone A2172>**        ↗ ent
                    You're such a good girl aren't you    2/2/2023 12:44:27 AM

                    **Local User <IPhone A2172>**        ↗ ent
                    wyd                                   2/2/2023 12:48:04 AM

███████████████████                                    ✓ Received
Loved "You're such a good girl aren't you"             2/2/2023 1:00:23 AM

███████████████████                                    ✓ Received
sorry i was downstairs with my parents                 2/2/2023 1:00:32 AM

███████████████████                                    ✓ Received
but i'm in my room now, in bed                         2/2/2023 1:00:39 AM

                    **Local User <IPhone A2172>**        ↗ ent
                    my phone died                         2/2/2023 1:28:59 AM

███████████████████                                    ✓ Received
    lol it's okay i just got back                       2/2/2023 1:30:54 AM

███████████████████                                    ✓ Received

2/2/2023 1:31:05 AM

my brother needed help with our computer sorry it took so long

**Local User <IPhone A2172>**                                    ↗ Sent
                                                      2/2/2023 1:47:07 AM

⬚

                                                      ✓ Received
                                                      2/2/2023 1:48:32 AM

Loved a movie

**Local User <IPhone A2172>**                                    ↗ Sent
Did u like the video babg                              2/2/2023 3:30:46 AM

**Local User <IPhone A2172>**                                    ↗ Sent
Baby                                                   2/2/2023 3:30:47 AM

                                                      ✓ Received
                                                      2/2/2023 4:19:49 AM

yess i loved it ⬚⬚

**Local User <IPhone A2172>**                                    ↗ Sent
wyd babygirl                                           2/2/2023 4:22:25 AM

                                                      ✓ Received
                                                      2/2/2023 4:28:01 AM

went to watch tv but now im in bed again      wbu?

**Local User <IPhone A2172>**                                    ↗ ent
im watching a movie with my sister                     2/2/2023 4:28:39 AM

███████████████    ✓ Received
2/2/2023 4:29:16 AM

awesome

███████████████    ✓ Received
2/2/2023 4:29:18 AM

what movie?

**Local User <IPhone A2172>**    ↗ ent
Smile    2/2/2023 4:29:23 AM

███████████████    ✓ Received
2/2/2023 4:29:58 AM

oh that ones a horror movie right? is it good?

**Local User <IPhone A2172>**    ↗ ent
yess    2/2/2023 4:42:57 AM

**Local User <IPhone A2172>**    ↗ ent
its good so far    2/2/2023 4:43:00 AM

███████████████    ✓ Received
2/2/2023 5:03:56 AM

nice

███████████████    ✓ Received
2/2/2023 5:03:58 AM

Loved "its good so far"

↗ ent

**Local User <IPhone A2172>**                                      2/2/2023 5:06:29 AM

do u like horror movies

▉▉▉▉▉▉▉▉▉                                               ✓ Received
                                                        2/2/2023 5:06:55 AM

i do, i haven't watched any in a while though

**Local User <IPhone A2172>**                            ↗ Sent
                                                        2/2/2023 5:13:32 AM

▒▒

**Local User <IPhone A2172>**                            ↗ Sent
                                                        2/2/2023 5:14:10 AM

we can watch one together

▉▉▉▉▉▉▉▉▉                                               ✓ Received
                                                        2/2/2023 5:20:53 AM

yess that's a great idea

▉▉▉▉▉▉▉▉▉                                               ✓ Received
                                                        2/2/2023 5:21:21 AM

can you send more pics of you? i realized i haven't seen your face that much lol

**Local User <IPhone A2172>**                            ↗ Sent
                                                        2/2/2023 5:22:26 AM

Haha ik u never asked

**Local User <IPhone A2172>**                            ↗ Sent
                                                        2/2/2023 5:22:36 AM

Thanksgiving why i sent u this pic

**Local User <IPhone A2172>**                            ↗ Sent
                                                        2/2/2023 5:26:37 AM

That's*

Local User <IPhone A2172>                                    ↗ ent
Lmao auto correct wildin                                     2/2/2023 5:26:43 AM

                                                             ✓ Received
                                                             2/2/2023 5:28:48 AM
Loved "Lmao auto correct wildin"

                                                             ✓ Received
                                                             2/2/2023 5:28:58 AM
lmao thanksgiving

                                                             ✓ Received
                                                             2/2/2023 5:29:11 AM
could you send another one tho?    i wanna see you

Local User <IPhone A2172>                                    ↗ Sent
Stopp                                                        2/2/2023 5:30:01 AM

Local User <IPhone A2172>                                    ↗ Sent
                                                             2/2/2023 5:30:15 AM

Local User <IPhone A2172>                                    ↗ Sent
i wanna see youu                                             2/2/2023 5:32:06 AM

Local User <IPhone A2172>                                    ↗ Sent
what                                                         2/2/2023 5:47:44 AM

                                                             ↗ Sent

**Local User <IPhone A2172>**                                                           2/4/2023 8:10:46 AM
Alyssa?

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      2/6/2023 6:01:32 AM
Just tell me what happened

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      2/27/2023 10:23:34 AM
Hey

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      3/12/2023 1:30:49 AM
Hi

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      3/23/2023 8:50:43 AM
Hey

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      4/14/2023 11:15:02 PM
Hey

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      4/14/2023 11:16:39 PM
Need to talk to you about something

                                                                      ✓ Received
███████████████████████                                               4/14/2023 11:16:45 PM

who's this

**Local User <IPhone A2172>**                                          ↗ Sent
                                                                      4/14/2023 11:17:02 PM
It's Jay

| | ↗ ent |
|---|---|
| **Local User <IPhone A2172>** | 4/14/2023 11:17:05 PM |
| U remember me? | |

| | ↗ ent |
|---|---|
| **Local User <IPhone A2172>** | 4/14/2023 11:17:49 PM |
| It's something important | |

| | ↗ ent |
|---|---|
| **Local User <IPhone A2172>** | 4/14/2023 11:44:20 PM |
| Im in san an | |