# Government Exhibit 6

# Minor Victim 6

# IOS IMESSAGE/SMS/MMS

| **CHAT PARTICIPANTS** | |
|---|---|
| Number of participants | 2 |
| Display names | [redacted]<br>Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 126 |
| First message sent date/time | 4/21/2023 8:38:21 AM |
| Last message sent date/time | 9/23/2023 8:34:43 AM |
| Case time zone | (UTC) Coordinated Universal Time |

↗ ent
**Local User <IPhone A2172>** 4/21/2023 8:38:21 AM
Hi

↙ Received
[redacted] 4/21/2023 8:38:30 AM
Ella

↙ Received
[redacted] 4/21/2023 8:38:43 AM
Ello*

↗ ent
**Local User <IPhone A2172>** 4/21/2023 8:38:54 AM
Sorry im not Ella

↗ ent
**Local User <IPhone A2172>** 4/21/2023 8:11:24 PM
Sleep well baby



**Local User <IPhone A2172>**                                          ↗ ent
Are u asleep love                                           4/22/2023 9:33:09 AM

                                                                  ✓ Received
████████████                                              4/22/2023 11:28:20 AM
I

                                                                  ✓ Received
████████████                                              4/22/2023 11:28:23 AM
No

                                                                  ✓ Received
██████████                                                4/22/2023 11:28:26 AM
I miss you

**Local User <IPhone A2172>**                                          ↗ ent
I called you :/                                             4/22/2023 6:43:47 PM

                                                                  ✓ Received
████████████                                              4/23/2023 12:20:30 AM
Sorry I was asleep

**Local User <IPhone A2172>**                                          ↗ ent
Its okayy                                                   4/23/2023 6:03:48 AM

**Local User <IPhone A2172>**                                          ↗ ent
How r u                                                     4/23/2023 6:03:54 AM

                                                                      ↗ ent

**Local User <IPhone A2172>** 4/23/2023 6:04:00 AM

I was out all night

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:50:24 AM

Hey

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:50:35 AM

You found somebody else

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:50:40 AM

Or wtf

↙ Received

[redacted] 4/26/2023 2:50:48 AM

I didn't but ok

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:51:02 AM

Why didn't you text me

↙ Received

[redacted] 4/26/2023 2:51:11 AM

Idk

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:51:16 AM

??

↗ Sent

**Local User <IPhone A2172>** 4/26/2023 2:51:22 AM

You don't wanna talk anymore?

↙ Received
4/26/2023 2:51:43 AM

I do but I'm not good enough for you

↗ ent
4/26/2023 2:51:46 AM

**Local User <IPhone A2172>**
Thought u wanted something with me

↙ Received
4/26/2023 2:51:53 AM

I do

↗ ent
4/26/2023 2:51:57 AM

**Local User <IPhone A2172>**
Did I ever say that

↙ Received
4/26/2023 2:52:02 AM

I did

↗ ent
4/26/2023 2:52:03 AM

**Local User <IPhone A2172>**
Who tf told u that

↗ ent
4/26/2023 2:52:13 AM

**Local User <IPhone A2172>**
Well I dont think that

↗ ent
4/26/2023 2:52:16 AM

**Local User <IPhone A2172>**
And that's bullshit

↗ ent

**Local User <IPhone A2172>** 4/26/2023 2:52:28 AM
I didn't think u would disappear on me

↙ Received
[REDACTED] 4/26/2023 2:53:00 AM
I didn't want to hurt you so I just left

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 2:53:09 AM
Hurt me how

↙ Received
[REDACTED] 4/26/2023 2:53:42 AM
Mentally

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 2:53:57 AM
You can't do that

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 2:54:03 AM
How would u hurt me

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 2:54:11 AM
What haven't you told me

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 2:59:14 AM
Tell me

↗ Sent
**Local User <IPhone A2172>** 4/26/2023 3:02:58 AM
Or call me

↗ ent
4/26/2023 3:20:22 AM

**Local User <IPhone A2172>**

...

↗ ent
4/26/2023 9:39:26 PM

**Local User <IPhone A2172>**

Hi?

↙ Received
4/27/2023 5:55:06 AM

[REDACTED]

The reason why I never believe you when you tell me, you love me will you tell me that you care about me is because I don't believe anyone could love someone so horrible I don't think I'm worthy of love and you were so nice to me and I really wanted to be with you I did, but I knew that I would just have just push you away and hurting you even more than if I left now and for that I'm sorry

↗ ent
4/27/2023 4:12:42 PM

**Local User <IPhone A2172>**

You do deserve it

↗ ent
4/27/2023 4:13:38 PM

**Local User <IPhone A2172>**

You deserve a lot more than I give

↗ ent
4/27/2023 9:34:28 PM

**Local User <IPhone A2172>**

Where r u rn

↗ ent
4/29/2023 7:09:40 AM

**Local User <IPhone A2172>**

Hey

↗ ent
4/29/2023 7:09:41 AM

**Local User <IPhone A2172>**

Call?

↙ Received
9/17/2023 8:20:26 AM

[redacted]
Hey...

↗ ent
9/17/2023 6:11:30 PM

**Local User <IPhone A2172>**
Hey

↗ ent
9/18/2023 2:00:01 AM

**Local User <IPhone A2172>**
U okay ?

↙ Received
9/18/2023 5:24:53 AM

[redacted]
Yea sorry

↙ Received
9/18/2023 5:25:00 AM

[redacted]
How've you been

↗ ent
9/18/2023 5:28:10 AM

**Local User <IPhone A2172>**
Im okay

↗ ent
9/18/2023 5:28:12 AM

**Local User <IPhone A2172>**
Wby?

↙ Received
9/18/2023 5:30:25 AM

[redacted]
Same

↙ Received

■■■■■■

What you been up too

9/18/2023 5:30:35 AM

Local User <IPhone A2172>

↗ Sent
9/18/2023 5:30:59 AM

Nothin much

Local User <IPhone A2172>

↗ Sent
9/18/2023 5:31:05 AM

How come you decided to text me

✓ Received
9/18/2023 5:31:55 AM

■■■■■■

Idk tbh

✓ Received
9/18/2023 5:35:24 AM

■■■■■■

Wyd

Local User <IPhone A2172>

↗ Sent
9/18/2023 5:36:12 AM

Layin in bed wby

✓ Received
9/18/2023 5:37:01 AM

■■■■■■

Same wanna call?

Local User <IPhone A2172>

↗ Sent
9/18/2023 5:37:23 AM

Sure gimme a few

✓ Received
9/18/2023 5:37:28 AM

■■■■■■

Ok

↙ Received
9/18/2023 5:45:13 AM

Jus call when you ready

↙ Received
9/18/2023 6:02:00 AM

Yo?

↙ Received
9/18/2023 6:13:33 AM

OBJ OBJ OBJ

↙ Received
9/18/2023 6:15:16 AM

OBJ

↙ Received
9/18/2023 6:16:15 AM

OBJ OBJ OBJ OBJ

↙ Received
9/18/2023 6:25:46 AM

OBJ OBJ OBJ OBJ

↙ Received
9/18/2023 6:25:46 AM

OBJ OBJ OBJ OBJ

↙ Received
9/18/2023 6:30:21 AM

OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ



↙ Received
9/18/2023 6:30:21 AM

[redacted]

OBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJ

↙ Received
9/18/2023 6:30:21 AM

[redacted]

OBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJ

↙ Received
9/18/2023 6:30:38 AM

[redacted]

OBJOBJ

↙ Received
9/18/2023 6:34:58 AM

[redacted]

OBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJOBJ

↙ Received
9/18/2023 6:35:33 AM

[redacted]

OBJOBJOBJ

↙ Received
9/18/2023 6:35:33 AM

[redacted]

OBJOBJOBJ

↙ Received
9/18/2023 6:37:09 AM

[redacted]

OBJ

↙ Received
9/18/2023 6:41:56 AM

[redacted]

OBJ

↗ ent
9/18/2023 6:42:20 AM

**Local User <IPhone A2172>**
Loved an image

↗ ent
9/18/2023 1:56:24 PM

**Local User <IPhone A2172>**
Gm

✓ Received
9/18/2023 4:01:08 PM

[REDACTED]
Gm

↗ ent
9/18/2023 4:01:20 PM

**Local User <IPhone A2172>**
Gm sleepyhead

✓ Received
9/18/2023 4:02:29 PM

[REDACTED]
Hi

↗ ent
9/18/2023 4:02:36 PM

**Local User <IPhone A2172>**
Wyd

✓ Received
9/18/2023 4:02:58 PM

[REDACTED]
Omw to school

↗ ent
9/18/2023 4:04:02 PM

**Local User <IPhone A2172>**
Boringg

✓ Received

9/18/2023 4:04:10 PM
Ok?

↗ Sent
**Local User <IPhone A2172>** 9/18/2023 4:04:32 PM
Do u remember being otp w me last night

↗ Sent
**Local User <IPhone A2172>** 9/18/2023 9:13:33 PM
Wyd

↗ Sent
**Local User <IPhone A2172>** 9/19/2023 2:41:06 AM
Hi

↙ Received
9/19/2023 2:41:28 AM
Hey

↗ Sent
**Local User <IPhone A2172>** 9/19/2023 2:41:38 AM
How r u

↙ Received
9/19/2023 2:41:45 AM
I'm ok hbu

↗ Sent
**Local User <IPhone A2172>** 9/19/2023 2:42:57 AM
Im good

↗ Sent
**Local User <IPhone A2172>** 9/19/2023 2:43:02 AM
Where were u all day

[redacted]
Football game

✓ Received
9/19/2023 2:43:12 AM

**Local User <IPhone A2172>**
How was that

↗ ent
9/19/2023 2:43:18 AM

[redacted]
Good we won

✓ Received
9/19/2023 2:44:25 AM

**Local User <IPhone A2172>**
Nice

↗ ent
9/19/2023 2:44:44 AM

**Local User <IPhone A2172>**
Congrats

↗ ent
9/19/2023 2:44:48 AM

[redacted]
Ong

✓ Received
9/19/2023 2:44:58 AM

**Local User <IPhone A2172>**
U had fun?

↗ ent
9/19/2023 2:47:06 AM

[redacted]
I basically played with little kids the whole time

✓ Received
9/19/2023 2:58:28 AM

↗ ent

**Local User <IPhone A2172>** 9/19/2023 2:59:25 AM

You pedophile

↗ Sent
**Local User <IPhone A2172>** 9/19/2023 2:59:32 AM

Jkjk

↙ Received
9/19/2023 3:00:05 AM

Ok lmao

↗ ent
**Local User <IPhone A2172>** 9/19/2023 3:00:57 AM

But u had fun right

↙ Received
9/19/2023 3:01:21 AM

Yea kinda

↗ ent
**Local User <IPhone A2172>** 9/19/2023 3:01:40 AM

That's good princess

↗ ent
**Local User <IPhone A2172>** 9/19/2023 3:03:22 AM

U want me to call u tonight?

↙ Received
9/19/2023 3:07:23 AM

Maybe

↗ ent
**Local User <IPhone A2172>** 9/19/2023 3:07:37 AM

Do u want me to

↙ Received
9/19/2023 3:08:08 AM

Maybe

↗ ent
**Local User <IPhone A2172>** 9/19/2023 3:08:29 AM
Lmk when u decide if u want me to princess

↙ Received
9/19/2023 3:14:32 AM

Ok

↗ ent
**Local User <IPhone A2172>** 9/19/2023 8:22:19 PM
Hi

↗ ent
**Local User <IPhone A2172>** 9/20/2023 4:03:20 AM
U up?

↗ ent
**Local User <IPhone A2172>** 9/21/2023 6:12:13 AM
Hii

↗ ent
**Local User <IPhone A2172>** 9/21/2023 6:36:19 AM
Where u been

↗ ent
**Local User <IPhone A2172>** 9/22/2023 7:48:18 PM
Hi

↗ ent

**Local User <IPhone A2172>** 9/22/2023 7:48:29 PM

I knocked out before u called

↗ ent

**Local User <IPhone A2172>** 9/23/2023 1:58:46 AM

Call me when you're free

↗ ent

**Local User <IPhone A2172>** 9/23/2023 7:25:01 AM

Call

↗ ent

**Local User <IPhone A2172>** 9/23/2023 8:34:43 AM

?