# Government Exhibit 8

# Report of Defendant's Interview

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/18/2023

## CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

On September 25, 2023, ELISHA JASON ALBERT (hereinafter ALBERT) date of birth ▮▮▮▮▮ 1998, was interviewed pursuant to his arrest at the FBI Northern Virginia Resident Agency, Manassas, Virginia. Present for the interview were FBI Special Agents (hereinafter SA) ▮▮▮▮▮ ▮▮▮▮▮. After being advised of the nature of the interview, ALBERT provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties were electronically recorded. The original recording is maintained in a 1D and captures the actual words spoken.**

Prior to beginning of the interview, ALBERT was read Advice of Rights form FD-395 by SA ▮▮▮▮▮ in the presence of SA ▮▮▮▮▮. ALBERT read the form and initialed each item and signed the form. ALBERT agreed to speak with investigators. The form was placed as a 1A for inclusion into the case file. ALBERT was informed by SA ▮▮▮▮▮ that a medic would attend to a wound ALBERT suffered during his arrest, which looked to be an abrasion on his elbow. ALBERT informed interviewing parties that he was not under the influence of any drugs or alcohol.

### BACKGROUND

ALBERT was born in Karachi, Pakistan. ALBERT moved to the United States sometime in 2014 and is a United States citizen through a Green Card. ALBERT's family is mostly located in Dallas, Texas. ALBERT has brothers and sisters and currently resides with his parents. ALBERT confirmed the cellular device locate inside the vehicle at the time of his arrest belonged

Investigation on   09/25/2023   at   Manassas, Virginia, United States (In Person)

File # ▮▮▮▮▮                                                            Date drafted   10/02/2023

by ▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

to him. ALBERT identified the following social media accounts attributed to him:

- Snapchat:
- Instagram:

ALBERT told investigators he had a Facebook account, however does not use it, and does not use Telegram or Kik. ALBERT used Kik in high school but is no longer active on the application. ALBERT also has a WhatsApp account.

ALBERT is currently employed in the information technology industry at INFOSYS. ALBERT attending the University of Texas at Dallas and graduated with a major in Political Science.

ALBERT has never owned a firearm.

ALBERT was born in 1998 and just turned 25 years old. ALBERT subconsciously was aware that the age for consent to sex was 16, depending on the state.

ALBERT's first language is Urdu. ALBERT learned English in Pakistan. ALBERT lost his virginity at eighteen or seventeen years old. ALBERT does not believe he has had sex with anyone under the age of eighteen.

**TRAVEL TO THE EAST COAST**

ALBERT flew to the east coast for a wedding. The wedding was scheduled for the week of ALBERT's arrest. The wedding was set to begin on September 26, 2023 in Pennsylvania. ALBERT had booked a hotel in Philadelphia, Pennsylvania for the event at the HAMPTON INN. The events for the wedding would begin on September 25, 2023, and ALBERT was one of the groomsman.

**TRAVEL TO VIRGINIA**

In the beginning of the interview, ALBERT admitted to driving to Virginia to meet an individual, known to investigators as ▮▮▮▮▮ (**MINOR VICTIM, PROTECT IDENTITY**, hereinafter ▮▮), but said he "had no idea she was a minor." ALBERT met ▮▮ online through SnapChat, but could not recall ▮▮'s name or username on SnapChat, however was communicating with her through text message. ALBERT continued to inform investigators that he was unaware of her age.

ALBERT left in the morning of September 25, 2023 from Long Island, New York to meet with ▮▮ in Virginia, as ALBERT had been communicating with ▮▮ for some time. ALBERT stated that he wouldn't do anything with the individual if she said she was under the age of eighteen. ALBERT has never

Continuation of FD-302 of (U) Interview of Elisha Jason Albert, On 09/25/2023, Page 3 of 5

been arrested before. ALBERT stated he had not made specific plans with ▇, however spoke with ▇ about sex through the phone conversation, and their meeting may have led to sex. ▇ sent photographs to ALBERT. ALBERT told investigators that ▇ and ALBERT had made plans to meet the day prior, on Sunday, however ALBERT couldn't and told ▇ he would come today.

ALBERT told investigators he had planned to "get food" with ▇ and "maybe get a hotel for us," however reiterated that he had no idea ▇ was a minor.

ALBERT took a flight out of Love Field Airport in Dallas, Texas to Philadelphia airport. ALBERT has family in Philadelphia, Pennsylvania, however no family in Virginia. ALBERT's reason for travel to Virginia was specifically to meet with ▇. ALBERT drove from Long Island, New York to Virginia. ALBERT was at his friend ▇ LNU's house in Long Island, New York.

**CONVERSATIONS WITH ▇**

During the interview, SA ▇ informed ALBERT that investigators had obtained the communication between ALBERT and ▇. Additionally, ALBERT could be shown a moment in the chat where ▇ told ALBERT she was fifteen years old. ALBERT stated that he could not recall when ▇ told ALBERT she was fifteen, and then asked investigators if it was a crime for ALBERT to engage in conversation with ▇ at fifteen years old.

ALBERT told investigators that he received pictures from ▇ and had paid for some of the pictures using CashApp. ALBERT did not plan to force himself on ▇ and if ALBERT had met ▇ in person and she did not want to have sex, it would be fine with ALBERT.

ALBERT later told investigators that though he believed the age for people to consent to sex was sixteen in some states, even if he had remembered ▇ was fifteen, that he still would've traveled to Virginia to meet with ▇. ALBERT stated that he would have acted different if ▇ told ALBERT she was fifteen in person, but online, it's different. Even if ▇ stated she was fifteen to ALBERT, he would still be okay to hang out with her. If ALBERT was the father of a fifteen year old he would "probably not" want a twenty-five year old to hang out with his fifteen year old.

ALBERT believed he met ▇ on SnapChat through a "quick ads" feature. ALBERT began speaking with ▇ through SnapChat a few weeks prior, and ▇ informed ALBERT that she lived in Virginia. ALBERT told ▇ he would be in the area for a wedding. Based off the photographs sent by ▇ ALBERT

believed her to be nineteen or twenty.

SA ▬▬▬ read a piece of the chat between ALBERT and ▬▬▬ which started on or about September 7, 2023. ALBERT stated that he uses the word "princess" with all of his girlfriends. ALBERT was also confronted with his request in the chat of additional images of ▬▬▬ on or around September 15, 2023. ALBERT acknowledged that he made the request for additional photographs around that time. ALBERT thanked investigators for not allowing ALBERT "to go through with it."

ALBERT acknowledged that he was aware that ▬▬▬ was fifteen years old, however he "willingly completely ignored" that fact. ALBERT said the ignorance of ▬▬▬'s age was his fault. ALBERT is thankful he didn't "go through with it." ALBERT did not bring any condoms with him to meet ▬▬▬. as he didn't want to expect anything. ALBERT told investigators the "surprise" he promised ▬▬▬ was a donut which was located in the front seat of the vehicle he drove. ALBERT knew ▬▬▬.'s age subconsciously, however it wasn't a motivating factor for ALBERT to travel to Virginia to meet with ▬▬▬

ALBERT told investigators he received images of ▬▬▬ prior to and after ▬▬▬ told ALBERT that she was fifteen. ALBERT was unsure if he saved the images ▬▬▬ sent him through SnapChat to his phone, but it's possible.

ALBERT believed the age of consent for sex is different state to state, sometimes sixteen.

ALBERT probably masturbated to the videos and images sent to him by ▬▬▬ ALBERT was not sure if he had masturbated to those specific photographs, but probably treated the images like normal pornography. ALBERT was unsure why he paid for those images, as he would normally purchase pornography from OnlyFans or Pornhub. ALBERT had no valid reason for purchasing the pictures from ▬▬▬.

ALBERT admitted to discussing sneaking into ▬▬▬'s house over text. ALBERT did not know where ▬▬▬ lived.

**TELEPHONE BELONGING TO ALBERT**

ALBERT provided the pass code for his telephone as his birthday, ▬▬▬.

ALBERT has a "For my eyes only" in his SnapChat, but he doesn't believe there are many items contained in there. There is no hidden vault on his phone.

ALBERT told investigators, upon the review of his phone, investigators will be able to locate the photographs sent to him by ▓.

ALBERT was not aware of a website called "Mega" or "Megalinks". ALBERT did not believe he had the application "Megalinks". ALBERT only remembered purchasing pornography on SnapChat, and asked investigators if they had proof if ALBERT had purchased pornography elsewhere.

**ADDITIONAL INFORMATION**

ALBERT was not aware of the reason for his arrest at the time of his arrest.

ALBERT has met other women online which led to sex, specifically through Hinge. ALBERT did not believe they were underage, and believed the individual was twenty-two years old.

ALBERT has never heard of the website Chat Avenue.

ALBERT is not sure if he's speaking with anyone else over social media or text that may be underage. ALBERT stated that he was unaware that anyone under the age of eighteen was considered a minor. ALBERT later clarified that he was aware that people under the age of eighteen were minors, however was unsure if there were guidelines for regarding sexual conversation between minors and adults.

ALBERT is attracted to women, but does not have a particular sexual preference for younger women.

The vehicle ALBERT arrived in was rented at Philadelphia Airport. ALBERT flew Southwest Airlines to Philadelphia.

The additional laptops found in the vehicle have to be unlocked using multiple encryption methods including Bitlocker. ALBERT has not used his work devices for personal use. ALBERT owns a personal laptop, which is located in Texas. ALBERT has not used the laptop for anything illegal.

The FD-395, Advice of Rights form, read and signed by ALBERT was placed in a 1A for inclusion into the case file.