# Exhibit 1

April 23, 2024

Honorable Michael S. Nachmanoff
United States District Court Judge
Eastern District of Virginia—Alexandria
401 Courthouse Square, Alexandria, VA 22314

Dear Judge Nachmanoff:

For the past couple of months, I've had a lot of time to think and reflect on what I want to say to the Court, the government, and anyone who was hurt by my conduct. First and foremost, I would like to apologize to anyone I've hurt—especially the minor whom I was coming to meet. I would also like to apologize to this Court and the government for having to spend time and resources on my bad conduct. Finally, I want to apologize to my family for all that they have had to endure and for what they will have to endure into the future.

I come before you today filled with tremendous guilt and shame regarding what has happened. I realize now how wrong it is to meet with someone underage just to fulfill my own desires. Though inexcusable, I never meant to hurt or harm anyone in this process, and I was not thinking about the emotional ripples that my behavior would create. Sitting here now, in the daylight, I realize that not only have I broken the law, but more importantly, have created lasting emotional harm to someone and their family. For that, I will eternally be sorry, having to bear this on my conscience for the remainder of my days

The truth is that I did possess explicit material of this victim, I did attempt to meet her for the purpose of a sexual encounter, and I did have horrible material on my phone. For the past 8 months, I've had time to think about how horrible my actions were, and I don't think I could apologize enough to the victims and their families. My intention, to the extent that it matters, was never to hurt or harm anyone. I have never been violent towards anyone in my life, and it was never my intention to cause this type of harm. The sad fact of the matter was that I was lonely and was seeking attention in all the wrong ways. This horrible reason is no excuse for the appalling wrong that I committed—it makes me sick to my stomach knowing the harm that I have caused and that we are all here today because of my conduct, not only with this minor but also regarding the material that was on my phone.

I am sure the Court is aware that this is my first time serving any type of time behind bars. The biggest impact of my incarceration will, unfortunately, not be on me but instead on my family, more specifically, my parents—people who are completely innocent in this entire affair. Currently, my father and mother rely on me almost completely for their


DEFENDANT'S EXHIBIT 1

physical, financial, and emotional care. This I was glad to do because they gave up everything back in Pakistan just for me to have a better life here. The undeniable truth is that I have let them down. With everything that they have done for me and my family, they deserve a son who can be there for them, assisting with everything that they need help with. Unfortunately, because of my actions, I can no longer be that son. However, I hope and plead that the Court shows some leniency so I can get a second chance at being not just a better person but a better son, a better brother, and a better friend. I look forward to the day that I can rejoin society (and my family) and start contributing and giving back to those who gave me so much. I still have strong hopes that one day, after my eventual release, I can start my own graphic design company. I envision a business in which I talk to my clients about their respective designs and work with them on taking their ideas (which had up and until that point only existed in their imagination) and putting them "on paper." However, before that day comes, I need to atone for my mistakes and make serious changes. I am ready for this, and I am ready to embrace the changes that I must make. I can promise the Court that I will never make these mistakes again.

    Thank you for considering all that I've offered here. Once again, I apologize to anyone who I have hurt, and I apologize for the person that I was.

                                            Sincerely,

                                            Elisha Jason Albert