# Exhibits 4





# 5 C'S DEVELOPMENT PROGRAM

## *CERTIFICATE OF COMPLETION*

*This certificate acknowledges that the recipient has successfully completed the required training for construction safety and health.*

### *ELISHA ALBERT*

*As an OSHA Outreach Training Program trainer, I affirm that I have conducted this OSHA Outreach Training Program training class in accordance with OSHA Outreach Training Requirements.*

*John Henry Brown III*

01/03/2024

OSHA Authorized Construction Trainer

Date

DEFENDANT'S EXHIBIT

4



**SAFER ROADS SAVE LIVES**

Dear Certified Flagger:

Enclosed, please find your card signifying you as an ATSSA Certified Flagger. This card should be carried and presented to employers while performing work on our nation's roadways. Please be aware that the card is not valid without a Photo I.D.

We commend you on your decision to become an ATSSA Certified Flagger. This distinction reflects that you have been trained by the leader in roadway safety and also entitles you to be listed on our National Flagger Database. Please review your state requirements for expiration of your flagger card. Also, please inform us of any errors or changes in your name or address so we may keep our records up to date.

Once again, ATSSA thanks you for your dedication to ensuring that our work zones are safe and that lives will be saved with proper training. Please visit our website at www.atssa.com for additional training courses and work zone safety products.

Sincerely,

*Donna M. Clark*

VP of Education and Technical Services

**Laminating the front of your card with Dual Laminate:**





**American Traffic Safety Services Association**
15 Riverside Parkway, Suite 100 • Fredericksburg, VA 22406-1077
Office: 540-368-1701 • Toll-Free: 800-272-8772 • Fax: 540-368-1717
www.atssa.com