# Exhibit 5

DEFENDANT'S EXHIBIT 5

# The University of Texas at Dallas

This Certifies That

## Elisha Jason Albert

has completed the required course of study and is therefore awarded

the degree of

## Bachelor of Arts in Political Science

with all the rights and privileges thereunto appertaining.

In Witness Thereof, this diploma is granted by the Board of Regents

upon the recommendation of the Faculty.

Presented at Dallas, Texas, on this fourteenth day of August, two thousand and twenty-one.

*Chairman, Board of Regents*

*Chancellor*



*President*

*Provost*



# St. Paul's English High School Karachi

## THIS CERTIFICATE OF MERIT

*is awarded to*

**ELISHA JASON ALBERT**

*For outstanding achievement*

in Class __VI__ Section __'C'__

in the year __2009 - 2010__ and has secured __THIRD__ Position

2 4 MAR 2010
Date

Principal

# President's Education Awards Program



presented to

### Elisha Albert

in recognition of

## Outstanding Academic Achievement

### 2017

*Betsy DeVos*
U.S. Secretary of Education

*Neil Ganesh*
Principal

*Donald Trump*
President of the United States

Richmond Hill High School



SAYA LEADERSHIP

Jason Albert

All Star Award

In recognition of your consistent leadership unwavering support of the SAYA family.

DEDUNU SURAWEERA
COMMUNITY SCHOOL DIRECTOR

JUNE 12TH 2017

